# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HONX, INC.,[1] | ) | Case No. 22-90035 (MI) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| | ) | **Re: Docket No.** ____ |

## ORDER GRANTING COMPLEX CHAPTER 11 BANKRUPTCY CASE TREATMENT

Leave is granted to file a revised proposed form of order. The correct form is on the Court's complex case web page

Signed: April 28, 2022

Marvin Isgur
United States Bankruptcy Judge

relief requested in the Motion is in the best interests of the Debtor's estate, its creditors, and other parties in interest; and this Court having found that the Debtor's notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "Hearing");

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is HONX, Inc. (2163). The location of the Debtor's service address in this chapter 11 case is: 1501 McKinney Street, Houston, Texas, 77010.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Procedures for Complex Chapter 11 Cases in the Southern District of Texas apply to this case. The procedures are posted on the Court's website. Compliance with the procedures is required.

2. The Debtors must give notice of this Order to all parties in interest within seven days. If a party in interest objects to the provisions of this Order, that party may file an appropriate motion within fourteen days after service of the Order.

3. The Bankruptcy Local Rules apply to this case, subject to the following modifications:

    a. Bankruptcy Local Rule 1001-1(b) (generally applying the District Local Rules) does not apply.

    b. District Local Rule 83.1 (admission to practice) applies.

    c. Appendix A to the District Local Rules (disciplinary rules) applies.

    d. If a conflict exists between the Bankruptcy Local Rules and the Procedures for Complex Chapter 11 Cases in the Southern District of Texas, the Procedures for Complex Chapter 11 Cases in the Southern District of Texas govern.

Houston, Texas
Dated: _____, 2022

UNITED STATES BANKRUPTCY JUDGE