IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| HONX, INC., | ) Case No. 22-90035 (MI) |
| Debtor. | ) |

**ORDER GRANTING COMPLEX CASE TREATMENT**
(Re: Docket No. _____)

This case was filed on April 28, 2022. A Notice of Designation as Complex Case was filed. Based on its review of the initial pleadings, the Court concludes that the complex case designation is appropriate. Accordingly, the Court orders:

1. The Procedures for Complex Cases in the Southern District of Texas apply to this case. The procedures are posted on the Court's website. Compliance with the procedures is required.

2. The Debtor must give notice of this Order to all parties in interest within seven days. If a party-in-interest objects to the provisions of this Order, that party may file an appropriate motion within 14 days after service of the Order.

3. The Bankruptcy Local Rules apply to this case, subject to the following modifications:

    a. Bankruptcy Local Rule 1001-1(b) does not apply.

    b. Local District Court Civil Rule 83.1 applies.

    c. Appendix A to the Local Rules of the District Court applies.

    d. If a conflict exists between the Bankruptcy Local Rules and the Procedures for Complex Cases in the Southern District of Texas, the Procedures for Complex Cases in the Southern District of Texas govern.

Houston, Texas
Dated: _____, 2022

UNITED STATES BANKRUPTCY JUDGE