IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| In re:<br><br>HONX, INC.,[1]<br><br>            Debtor. | ) <br> ) Chapter 11 <br> ) <br> ) Case No. 22-90035 (MI) <br> ) <br> ) <br> ) |

**AGENDA FOR FIRST DAY HEARING
ON FIRST DAY MOTIONS SCHEDULED FOR MAY 2, 2022,
AT 8:00 A.M. (PREVAILING CENTRAL TIME), BEFORE JUDGE ISGUR AT
THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT
OF TEXAS, AT COURTROOM 404, 515 RUSK STREET, HOUSTON, TEXAS 77002**

The above-captioned debtors and debtors in possession (the "Debtor") hereby file this agenda for matters set for hearing on **May 2, 2022, at 8:00 a.m. (prevailing Central Time)**.

**I.    Evidentiary Support for First Day Pleadings**

1. **First Day Declaration.** Declaration of Todd R. Snyder, Chief Administrative Officer of HONX, Inc., in Support of Chapter 11 Petition and First Day Motions [Docket No. 8].

   **Status**: The Declaration will be relied upon as evidentiary support for the first day matters listed below.

**II.    First Day Pleadings**

2. **Cash Management Motion.** Debtor's Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to (A) Continue to Operate Its Cash Management System, (B) Continue Use of Its Bank Account, and (C) Continue to Perform Intercompany Transactions, (II) Authorizing the Debtor's Bank to Charge Certain Fees and Other Amounts, and (III) Granting Related Relief [Docket No. 19].

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is HONX, Inc. (2163). The location of the Debtor's service address in this chapter 11 case is: 1501 McKinney Street, Houston, Texas, 77010.

**Status**:  This matter is going forward.

3. **Schedules and SOFAs Extension Motion.**  Debtor's <u>Emergency</u> Motion for Entry of an Order (I) Extending Time to File (A) Schedules of Assets and Liabilities, (B) Schedules of Current Income and Expenditures, (C) Schedules of Executory Contracts and Unexpired Leases, (D) Statements of Financial Affairs, and (II) Granting Related Relief [Docket No. 9].

    **Status**: This matter is going forward.

4. **Creditor Matrix Motion.**  Debtor's <u>Emergency</u> Motion for Entry of an Order (I) Authorizing the Debtor to File a List of the Top Law Firms Representing the Largest Numbers of Asbestos Plaintiffs Asserting Claims Against the Debtor in Lieu of the List of the Twenty Largest Unsecured Creditors, (II) Authorizing the Listing of Addresses of Counsel for Asbestos Claimants in Creditor Matrix in Addition to the Asbestos Claimants' Addresses, (III) Authorizing the Debtor to Redact Personally Identifiable Information, (IV) Approving Certain Notice Procedures for Asbestos Claimants, (V) Approving the Form and Manner of Notice of the Commencement of this Chapter 11 Case, and (VI) Granting Related Relief [Docket No. 12].

    **Status**: This matter is going forward.

Houston, Texas
April 28, 2022

*/s/ Matthew D. Cavenaugh*

| | |
|---|---|
| **JACKSON WALKER LLP** | **KIRKLAND & ELLIS LLP** |
| Matthew D. Cavenaugh (TX Bar No. 24062656) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Jennifer F. Wertz (TX Bar No. 24072822) | Christopher T. Greco, P.C. (*pro hac vice* pending) |
| Veronica A. Polnick (TX Bar No. 24079148) | Matthew C. Fagen (*pro hac vice* pending) |
| 1401 McKinney Street, Suite 1900 | 601 Lexington Avenue |
| Houston, TX 77010 | New York, New York 10022 |
| Telephone:  (713) 752-4200 | Telephone:  (212) 446-4800 |
| Facsimile:  (713) 752-4221 | Facsimile:  (212) 446-4900 |
| Email:  mcavenaugh@jw.com | Email:  christopher.greco@kirkland.com |
|   jwertz@jw.com |   matthew.fagen@kirkland.com |
|   vpolnick@jw.com | |

*Proposed Co-Counsel to the Debtor
and Debtor in Possession*

- and -

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Jaimie Fedell (TX Bar No. 24093423) (*pro hac vice* pending)
300 North LaSalle
Chicago, Illinois 60654
Telephone:  (312) 862-2000
Facsimile:  (312) 862-2200
Email:  jaimie.fedell@kirkland.com

- and -

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Michael F. Williams, P.C. (*pro hac vice* pending)
Daniel T. Donovan, P.C. (*pro hac vice* pending)
1301 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Telephone:  (202) 389-5000
Facsimile:  (202) 389-5200
Email:  michael.williams@kirkland.com
  daniel.donovan@kirkland.com

*Proposed Co-Counsel to the Debtor
and Debtor in Possession*

## Certificate of Service

      I certify that on April 28, 2022, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Matthew D. Cavenaugh*
Matthew D. Cavenaugh