**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HONX, INC.,[1] | ) | Case No. 22-90035 (MI) |
| | ) | |
| Debtor. | ) | |
| | ) | |

## NOTICE OF HEARING ON FIRST DAY MOTIONS

**PLEASE TAKE NOTICE** that on April 28, 2022 (the "Petition Date"), the above-captioned debtor and debtor in possession (the "Debtor") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code") with the United States Bankruptcy Court for the Southern District of Texas, Houston Division at [Docket No. 1].

**PLEASE TAKE NOTICE** that together with its chapter 11 petition, the Debtor also filed the following motions set forth below (collectively, the "First Day Motions"):

### First Day Declaration

1. **Snyder Declaration.** Declaration of Todd R. Snyder, Chief Administrative Officer of HONX, Inc., in Support of Chapter 11 Petition and First Day Motions [Docket No. 8]

### First Day Motions

2. **Schedules and SOFAs Extension Motion.** Debtor's Emergency Motion for Entry of an Order (I) Extending Time to File (A) Schedules of Assets and Liabilities, (B) Schedules of Current Income and Expenditures, (C) Schedules of Executory Contracts and Unexpired Leases, (D) Statements of Financial Affairs, and (II) Granting Related Relief [Docket No. 9].

3. **Creditor Matrix Motion.** Debtor's Emergency Motion for Entry of an Order (I) Authorizing the Debtor to File a List of (A) the Top Law Firms Representing the Largest Numbers of Asbestos Plaintiffs Asserting Claims Against the Debtor and (B) The Unsecured Creditors of the Debtor, (II) Authorizing the Listing of Addresses of Counsel in Lieu of Claimants' Addresses, (III) Authorizing the Debtor to Redact Personal Identification Information, (IV) Approving Certain Notice Procedures for Asbestos Claimants, (V) Approving the Form and Manner of Notice of the Commencement of this Chapter 11 Case, and (IV) Granting Related Relief [Docket No. 12].

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is HONX, Inc. (2163).  The location of the Debtor's service address in this chapter 11 case is:  1501 McKinney Street, Houston, Texas, 77010.

4. **Cash Management Motion.** Debtor's <u>Emergency</u> Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to (A) Continue to Operate its Cash Management System, (B) Continue Use of its Bank Account, and (C) Continue to Perform Intercompany Transactions, (II) Authorizing the Debtor's Bank to Charge Certain Fees and Other Amounts, and (III) Granting Related Relief [Docket No. 19].

**PLEASE TAKE NOTICE** that a hearing on the First Day Motions has been set for **May 2, 2022 at 8:00 a.m. (Prevailing Central Time)**, before Judge Marvin Isgur. You may participate in the hearing via audio and video connection.

**PLEASE TAKE FURTHER NOTICE** that audio connection will be by use of the Court's dial-in facility. You may access the facility at **832-917-1510**. Once connected, you will be asked to enter the conference room number. Judge Isgur's conference room number is **954554**. Video communication will be by use of GoToMeeting platform. Connect via the free GoToMeeting application or click the link on Judge Isgur's home page, www.txs.uscourts.gov/content/united-states-bankruptcy-judge-marvin-isgur. The meeting code is "JudgeIsgur." Click the settings icon in the upper right corner and enter your name under the personal information setting.

**PLEASE TAKE FURTHER NOTICE** that hearing appearances must be made electronically in advance of both electronic and in-person hearings. To make your appearance, click the "Electronic Appearance" link on Judge Isgur's home page, www.txs.uscourts.gov/content/united-states-bankruptcy-judge-marvin-isgur. Select the case name, complete the required fields and click "Submit" to complete your appearance.

**PLEASE TAKE FURTHER NOTICE** that ***your rights may be affected***. You should read the first day pleadings carefully and discuss them with your attorney, if you have one, in connection with the chapter 11 case. (If you do not have an attorney, you may wish to consult with one).

Houston, Texas
April 28, 2022

/s/ Matthew D. Cavenaugh

| | |
|---|---|
| **JACKSON WALKER LLP** | **KIRKLAND & ELLIS LLP** |
| Matthew D. Cavenaugh (TX Bar No. 24062656) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Jennifer F. Wertz (TX Bar No. 24072822) | Christopher T. Greco, P.C. (*pro hac vice* pending) |
| Veronica A. Polnick (TX Bar No. 24079148) | Matthew C. Fagen (*pro hac vice* pending) |
| 1401 McKinney Street, Suite 1900 | 601 Lexington Avenue |
| Houston, TX 77010 | New York, New York 10022 |

JACKSON WALKER LLP
Matthew D. Cavenaugh (TX Bar No. 24062656)
Jennifer F. Wertz (TX Bar No. 24072822)
Veronica A. Polnick (TX Bar No. 24079148)
1401 McKinney Street, Suite 1900
Houston, TX 77010
Telephone:   (713) 752-4200
Facsimile:   (713) 752-4221
Email:        mcavenaugh@jw.com
               jwertz@jw.com
               vpolnick@jw.com

*Proposed Co-Counsel to the Debtor
and Debtor in Possession*

KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP
Christopher T. Greco, P.C. (*pro hac vice* pending)
Matthew C. Fagen (*pro hac vice* pending)
601 Lexington Avenue
New York, New York 10022
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:        christopher.greco@kirkland.com
               matthew.fagen@kirkland.com

- and -

KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP
Jaimie Fedell (TX Bar No. 24093423) (*pro hac vice* pending)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:        jaimie.fedell@kirkland.com

- and -

KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP
Michael F. Williams, P.C. (*pro hac vice* pending)
Daniel T. Donovan, P.C. (*pro hac vice* pending)
1301 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Telephone:  (202) 389-5000
Facsimile:  (202) 389-5200
Email:        michael.williams@kirkland.com
               daniel.donovan@kirkland.com

*Proposed Co-Counsel to the Debtor
and Debtor in Possession*

### Certificate of Service

I certify that on April 28, 2022, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Matthew D. Cavenaugh*
Matthew D. Cavenaugh