**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| | ) |
| HONX, INC.,[1] | ) Case No. 22-90035 (MI) |
| | ) |
| Debtor. | ) |
| | ) |

## CERTIFICATE OF SERVICE

I, James Nguyen-Phan, depose and say that I am employed by Stretto, the proposed claims and noticing agent for the Debtor in the above-captioned case.

On April 28, 2022, at my direction and under my supervision, employees of Stretto caused the following documents to be served via electronic mail on the service list attached hereto as **Exhibit A**:

- **Notice of Designation as Complex Chapter 11 Bankruptcy Case** (Docket No. 2)

- **Order Granting Complex Case Treatment** (Docket No. 5)

- **Declaration of Todd R. Snyder, Chief Administrative Officer of HONX, Inc., in Support of Chapter 11 Petition and First Day Motions** (Docket No. 8)

- **Debtor's Emergency Motion for Entry of an Order (I) Extending Time to File (A) Schedules of Assets and Liabilities, (B) Schedules of Current Income and Expenditures, (C) Schedules of Executory Contracts and Unexpired Leases, (D) Statements of Financial Affairs, and (II) Granting Related Relief** (Docket No. 9)

- **Debtor's Emergency Motion for Entry of an Order (I) Authorizing the Debtor to File a List of the Top Law Firms Representing the Largest Numbers of Asbestos Plaintiffs Asserting Claims Against the Debtor in Lieu of the List of the Twenty Largest Unsecured Creditors, (II) Authorizing the Listing of Addresses of Counsel for Asbestos Claimants in Creditor Matrix in Addition to the Asbestos Claimants' Addresses, (III) Authorizing the Debtor to Redact Personally Identifiable Information, (IV) Approving Certain Notice Procedures for Asbestos Claimants, (V) Approving the Form and Manner of Notice of the Commencement of this Chapter 11 Case, and (VI) Granting Related Relief** (Docket No. 12)

[SPACE LEFT INTENTIONALLY BLANK]

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is HONX, Inc. (2163). The location of the Debtor's service address in this chapter 11 case is: 1501 McKinney Street, Houston, Texas, 77010.

- **Debtor's Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to (A) Continue to Operate Its Cash Management System, (B) Continue Use of Its Bank Account, and (C) Continue to Perform Intercompany Transactions, (II) Authorizing the Debtor's Bank to Charge Certain Fees and Other Amounts, and (III) Granting Related Relief** (Docket No. 19)

- **Agenda for First Day Hearing on First Day Motions Scheduled for May 2, 2022, at 8:00 A.M. (Prevailing Central Time), Before Judge Isgur at the United States Bankruptcy Court for the Southern District of Texas, at Courtroom 404, 515 Rusk Street, Houston, Texas 77002** (Docket No. 22)

- **Notice of Hearing on First Day Motions** (Docket No. 23)

- **Debtor's Witness List and Exhibit List for Matters Set for May 2, 2022** (Docket No. 24)

Furthermore, on April 28, 2022, at my direction and under my supervision, employees of Stretto caused the following documents to be served via facsimile on the service list attached hereto as **Exhibit B**:

- **Agenda for First Day Hearing on First Day Motions Scheduled for May 2, 2022, at 8:00 A.M. (Prevailing Central Time), Before Judge Isgur at the United States Bankruptcy Court for the Southern District of Texas, at Courtroom 404, 515 Rusk Street, Houston, Texas 77002** (Docket No. 22)

- **Notice of Hearing on First Day Motions** (Docket No. 23)

Furthermore, on April 28, 2022, at my direction and under my supervision, employees of Stretto caused the following documents to be served via electronic mail on JP Morgan Chase, Attn: Alan Cam at alan.cam@jpmorgan.com:

- **Debtor's Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to (A) Continue to Operate Its Cash Management System, (B) Continue Use of Its Bank Account, and (C) Continue to Perform Intercompany Transactions, (II) Authorizing the Debtor's Bank to Charge Certain Fees and Other Amounts, and (III) Granting Related Relief** (Docket No. 19)

- **Agenda for First Day Hearing on First Day Motions Scheduled for May 2, 2022, at 8:00 A.M. (Prevailing Central Time), Before Judge Isgur at the United States Bankruptcy Court for the Southern District of Texas, at Courtroom 404, 515 Rusk Street, Houston, Texas 77002** (Docket No. 22)

- **Notice of Hearing on First Day Motions** (Docket No. 23)

[SPACE LEFT INTENTIONALLY BLANK]

Furthermore, on April 29, 2022, at my direction and under my supervision, employees of Stretto caused the following documents to be served via overnight mail on the service list attached hereto as **Exhibit C**:

- **Notice of Designation as Complex Chapter 11 Bankruptcy Case** (Docket No. 2)

- **Order Granting Complex Case Treatment** (Docket No. 5)

- **Declaration of Todd R. Snyder, Chief Administrative Officer of HONX, Inc., in Support of Chapter 11 Petition and First Day Motions** (Docket No. 8)

- **Debtor's Emergency Motion for Entry of an Order (I) Extending Time to File (A) Schedules of Assets and Liabilities, (B) Schedules of Current Income and Expenditures, (C) Schedules of Executory Contracts and Unexpired Leases, (D) Statements of Financial Affairs, and (II) Granting Related Relief** (Docket No. 9)

- **Debtor's Emergency Motion for Entry of an Order (I) Authorizing the Debtor to File a List of the Top Law Firms Representing the Largest Numbers of Asbestos Plaintiffs Asserting Claims Against the Debtor in Lieu of the List of the Twenty Largest Unsecured Creditors, (II) Authorizing the Listing of Addresses of Counsel for Asbestos Claimants in Creditor Matrix in Addition to the Asbestos Claimants' Addresses, (III) Authorizing the Debtor to Redact Personally Identifiable Information, (IV) Approving Certain Notice Procedures for Asbestos Claimants, (V) Approving the Form and Manner of Notice of the Commencement of this Chapter 11 Case, and (VI) Granting Related Relief** (Docket No. 12)

- **Debtor's Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to (A) Continue to Operate Its Cash Management System, (B) Continue Use of Its Bank Account, and (C) Continue to Perform Intercompany Transactions, (II) Authorizing the Debtor's Bank to Charge Certain Fees and Other Amounts, and (III) Granting Related Relief** (Docket No. 19)

- **Agenda for First Day Hearing on First Day Motions Scheduled for May 2, 2022, at 8:00 A.M. (Prevailing Central Time), Before Judge Isgur at the United States Bankruptcy Court for the Southern District of Texas, at Courtroom 404, 515 Rusk Street, Houston, Texas 77002** (Docket No. 22)

- **Notice of Hearing on First Day Motions** (Docket No. 23)

- **Debtor's Witness List and Exhibit List for Matters Set for May 2, 2022** (Docket No. 24)

[SPACE LEFT INTENTIONALLY BLANK]

Furthermore, on April 29, 2022, at my direction and under my supervision, employees of Stretto caused the following documents to be served via overnight mail on JP Morgan, Attn: Alan Cam at 383 Madison Ave, New York, NY 10017:

- **Debtor's Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to (A) Continue to Operate Its Cash Management System, (B) Continue Use of Its Bank Account, and (C) Continue to Perform Intercompany Transactions, (II) Authorizing the Debtor's Bank to Charge Certain Fees and Other Amounts, and (III) Granting Related Relief** (Docket No. 19)

- **Agenda for First Day Hearing on First Day Motions Scheduled for May 2, 2022, at 8:00 A.M. (Prevailing Central Time), Before Judge Isgur at the United States Bankruptcy Court for the Southern District of Texas, at Courtroom 404, 515 Rusk Street, Houston, Texas 77002** (Docket No. 22)

- **Notice of Hearing on First Day Motions** (Docket No. 23)

Dated: April 29, 2022

*/s/ James Nguyen-Phan*
James Nguyen-Phan
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
Telephone: 949.236.4562
Email: TeamHONX@stretto.com

# **Exhibit A**



**Exhibit A**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Hess Corporation | c/o Haynes and Boone, LLP | Attn Martha Wyrick | martha.wyrick@haynesboone.com |
| Hess Corporation | c/o Haynes Boone, LLP | Attn Charles Beckham Jr & Arsalan Muhammad | charles.beckham@haynesboone.com arsalan.muhammad@haynesboone.com |
| National Association of Attorneys General | | | support@naag.org |
| Office of the Attorney General for the State of Illinois | | | info@lisamadigan.org |
| Office of the U.S. Trustee | Stephen Douglas Statham & Alicia Lenae Barcomb | | stephen.statham@usdoj.gov alicia.barcomb@usdoj.gov |
| Southern District of Texas United States Attorneys Office | Attn: Jennifer Lowery | | usatxs.atty@usdoj.gov |
| Top Asbestos Counsel | c/o Burns Charest LLP | Attn Warren Burns | wburns@burnscharest.com |
| Top Asbestos Counsel | c/o Lee J. Rohn and Associates, LLC | Attn Lee J. Rohn, Esq. | lee@rohnlaw.com |
| Top Asbestos Counsel | c/o Maune Raichle Hartley French & Mudd, LLC | Attn Dawn Besserman, Esq. | dbesserman@mrhfmlaw.com |
| Top Asbestos Counsel | c/o Meirowitz & Wasserberg, LLP | Attn Daniel Wasserberg, Esq. | dw@mwinjurylaw.com |
| Top Asbestos Counsel | c/o Murray Law Firm | Attn Stephen Murray Sr & Stephen Murray Jr & Devin Lowell | smurray@murray-lawfirm.com smurrayjr@murray-lawfirm.com |
| Top Asbestos Counsel | c/o The Early Law Firm, LLC | Attn Brian Early Esq. | bearly@elslaw.com |
| Top Asbestos Counsel | c/o The Gori Law Firm, P.C. | Attn Sara Salger, Erin Beavers | Sara@gorijulianlaw.com |
| Top Asbestos Counsel | c/o The Pate Law Firm | Attn J. Russell B Pate | sunlawvi@gmail.com |
| Top Asbestos Counsel | c/o Thomas Alkon P.C. | | attorney.alkonlaw@gmail.com |
| U.S. Virgin Islands Dept of Justice | Office of the Attorney General | | info@usvidoj.com |

# **Exhibit B**



**Exhibit B**
Served Via Facsimile

| Name | Attention 1 | Attention 2 | Fax |
|---|---|---|---|
| Environmental Protection Agency | Region 2 | | 212-637-3526 |
| Environmental Protection Agency | Region 5 | | 312-353-4135 |
| Hess Corporation | c/o Haynes Boone, LLP | Attn Charles Beckham Jr & Arsalan Muhammad | 713-547-2600 |
| Internal Revenue Service | Attn: Centralized Insolvency Operation | | 267-941-1015 |
| JP Morgan Chase | Attn Alan Cam | | 212-270-1648 |
| Office of the Attorney General for the State of New York | | | 866-413-1069 |
| Office of the U.S. Trustee | Stephen Douglas Statham & Alicia Lenae Barcomb | | 713-718-4670 |
| Southern District of Texas United States Attorneys Office | Attn: Jennifer Lowery | | 713-718-3300 |
| Texas Office of the Attorney General | | | 512-475-2994 |
| Texas Office of the Attorney General | | | 512-475-2994 |
| Top Asbestos Counsel | c/o Burns Charest LLP | Attn Warren Burns | 469-444-5002 |
| Top Asbestos Counsel | c/o Harris & Huge, LLC | | 843-636-5229 |
| Top Asbestos Counsel | c/o Law Office of Ryan W. Greene | | 888-519-7138 |
| Top Asbestos Counsel | c/o Lee J. Rohn and Associates, LLC | Attn Lee J. Rohn, Esq. | 340-773-2954 |
| Top Asbestos Counsel | c/o Murray Law Firm | Attn Stephen Murray Sr & Stephen Murray Jr & Devin Lowell | 504-584-5249 |
| Top Asbestos Counsel | c/o The Early Law Firm, LLC | Attn Brian Early Esq. | 212-986-2255 |
| Top Asbestos Counsel | c/o The Gori Law Firm, P.C. | Attn Sara Salger, Erin Beavers | 618-659-9832 |
| Top Asbestos Counsel | c/o The Pate Law Firm | Attn J. Russell B Pate | 888-889-1132 |
| Top Asbestos Counsel | c/o Thomas Alkon P.C. | | 340-773-4491 |
| Top Asbestos Counsel | c/o Waters & Kraus, LLP | | 214-357-7252 |

In re: HONX, Inc.
Case No. 22-90035 (MI)

# **<u>Exhibit C</u>**



**Exhibit C**
Served Via Overnight Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Environmental Protection Agency | Caribbean Environ Protection Div | 48 Rd 165 KM 12 Suite 7000 | City View Plaza II | Guaynabo | PR | 00968-8069 |
| Environmental Protection Agency | Region 2 | 290 Broadway | | New York | NY | 10007-1866 |
| Environmental Protection Agency | Region 5 | 77 West Jackson Blvd | | Chicago | IL | 60604-3507 |
| Environmental Protection Agency | Region 6 | 1201 Elm St Ste 500 | | Dallas | TX | 75270 |
| Hess Corporation | c/o Haynes and Boone, LLP | 2323 Victory Ave Suite 700 | | Dallas | TX | 75219 |
| Hess Corporation | c/o Haynes Boone LLP | 1221 McKinney Street Suite 4000 | Charles Beckham & Arsalan Muhammad | Houston | TX | 77010 |
| Internal Revenue Service | Attn: Legal Dept | Department of the Treasury | | Ogden | UT | 84201-0045 |
| Internal Revenue Service | Centralized Insolvency Operation | 2970 Market Street | | Philadelphia | PA | 19104-50 |
| Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | Philadelphia | PA | 19101-7346 |
| Internal Revenue Service | Houston Department | 1919 Smith Street | | Houston | TX | 77002 |
| National Association of Attorneys General | | 1850 M Street NW, 12th floor | | Washington | DC | 20036 |
| Ofc of the Atty General State of IL | Attn: Legal Dept | 100 W Randolph St | James R Thompson Center | Chicago | IL | 62706 |
| Ofc of the Atty General State of NY | Attn: Legal Dept | The Capitol 2nd Floor | | Albany | NY | 12224 |
| Office of the U.S. Trustee | Stephen Douglas Statham & Alicia Lenae Barcomb | 515 Rusk Street, Suite 3516 | | Houston | TX | 77002 |
| Securities & Exchange Commission | Andrew Calamari Regional Director | 200 Vesey Street Ste 400 | Brookfield Place | New York | NY | 10281-1022 |
| Securities & Exchange Commission | Secretary of the Treasury | 100 F Street NE | | Washington | DC | 20002 |
| So Dist of TX US Attorneys Office | Jennifer Lowery | 1000 Louisiana St Suite 2300 | | Houston | TX | 77002 |
| Texas Ofc of the Attorney General | Attn: Legal Dept | 300 W 15th Street | | Austin | TX | 78701 |
| Texas Ofc of the Attorney General | Attn: Legal Dept | PO Box 12548 | | Austin | TX | 78711-2548 |
| Top Asbestos Counsel | c/o Burns Charest LLP | 900 Jackson Street Suite 500 | Attn Warren Burns | Dallas | TX | 75202 |
| Top Asbestos Counsel | c/o Harris & Huge LLC | 180 Spring Street | | Charleston | SC | 29403 |
| Top Asbestos Counsel | c/o Law Office of Ryan W Greene | PO Box 1197 | 15-B Norre Gade | St Thomas | | 00840-0000 |
| Top Asbestos Counsel | c/o Lee J Rohn and Associates LLC | 1101 King Street | Attn Lee J Rohn Esq | Christiansted-St Croix | VI | 00820-0000 |
| Top Asbestos Counsel | c/o Maune Raichle | 1015 Locust Street Suite 1200 | Attn Dawn Besserman Esq | St. Louis | MO | 63101 |
| Top Asbestos Counsel | c/o Meirowitz & Wasserberg LLP | 233 Broadway Suit 2070 | Attn Daniel Wasserberg Esq | New York | NY | 10279 |
| Top Asbestos Counsel | c/o Murray Law Firm | 701 Poydras Street Suite 4250 | SMurray Sr SMurray Jr & DLowell | New Orleans | LA | 70139 |
| Top Asbestos Counsel | c/o The Early Law Firm LLC | 360 Lexington Avenue 20th Floor | Attn Brian Early Esq | New York | NY | 10017 |
| Top Asbestos Counsel | c/o The Gori Law Firm PC | 156 N Main St | Attn Sara Salger Erin Beavers | Edwardsville | IL | 62025 |
| Top Asbestos Counsel | c/o The Pate Law Firm | PO Box 370 | Attn J Russell B Pate | Christiansted-St Croix | | 00821-0000 |
| Top Asbestos Counsel | c/o Thomas Alkon PC | PO Box 223032 | | Christiansted-St Croix | | 00822-0000 |
| Top Asbestos Counsel | c/o Waters & Kraus LLP | 3141 Hood Street Suite 700 | | Dallas | TX | 75219 |
| U.S. Virgin Islands Dept of Justice | Office of the Attorney General | 213 Estate La Reine | 6151 RR1 | St. Croix | VI | 00850-0000 |
| U.S. Virgin Islands Dept of Justice | Office of the Attorney General | 3438 Krondprindsens | Gade GERS Building, 2nd Floor | St. Thomas | VI | 00802-0000 |
| US Environmental Protection Agency | Office of General Counsel | 1200 Pennsylvania Avenue NW | Mail Code 2310A | Washington | DC | 20460 |

In re: HONX, Inc.
Case No. 22-90035 (MI)