# APPEARANCE SHEET FOR HEARING BEFORE JUDGE ISGUR
## Monday, May 2, 2022

| First Name | Last Name | Firm Name | Client Name |
| --- | --- | --- | --- |
| Charles A. | Beckham, Jr. | Haynes and Boone, LLP | Hess Corporation |
| Matthew D. | Cavenaugh | Jackson Walker | Debtor |
| Matt | Fagen | Kirkland & Ellis | Debtor |
| Liz | Freeman | Jackson Walker | Debtor |
| John | Higgins | Porter Hedges LLP | DC Plaintiffs |
| Arsalan | Muhammad | Haynes and Boone, LLP | Hess Corporation |
| Veronica A. | Polnick | Jackson Walker | Debtor |
| Jennifer F. | Wertz | Jackson Walker | Debtor |
| Michael | Williams | Kirkland & Ellis LLP | HONX |
| Michael | Williams | Kirkland & Ellis | Debtor |
| Martha | Wyrick | Haynes and Boone, LLP | Hess Corporation |