# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>HONX, INC.,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 22-90035 (MI) |

## NOTICE OF CANCELLATION OF HEARING
[Relates to Dkt. Nos. 51 and 53]

**PLEASE TAKE NOTICE THAT** the hearing scheduled for **Tuesday, May 3, 2022 at 3:30 p.m. prevailing Central Time** before the Honorable Marvin Isgur, United States Bankruptcy Judge, on the *Emergency Motion to Allow the Filing of Lawsuits Against Hess Corporation* [Dkt. No. 51], has been **CANCELLED**.

Respectfully submitted this 3rd day of May 2022.

                                         **PORTER HEDGES LLP**

                                         */s/ John F. Higgins*
                                         John F. Higgins, State Bar No. 09597500
                                         Eric M. English, State Bar No. 24062714
                                         M. Shane Johnson, State Bar No. 24083263
                                         1000 Main Street, 36th Floor
                                         Houston, Texas   77002-2764
                                         Telephone:  (713) 226-6000
                                         Facsimile:  (713) 226-6248
                                         jhiggins@porterhedges.com
                                         eenglish@porterhedges.com
                                         sjohnson@porterhedges.com

                                         - and –

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is HONX, Inc. (2163). The location of the Debtor's service address in this chapter 11 case is: 1501 McKinney Street, Houston, Texas 77010.

13394113

**BURNS CHAREST LLP**

Warren T. Burns
Daniel H. Charest
900 Jackson St., Ste. 500
Dallas, Texas 75202
Telephone: (469) 904-4550
dcharest@burnscharest.com
wburns@burnscharest.com

*COUNSEL FOR BC LITIGANTS*

## Certificate of Service

I certify that on May 3, 2022 I caused a copy of the foregoing Notice to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ John F. Higgins*
John F. Higgins