**Fill in this information to identify the case:**

Debtor Name _____

United States Bankruptcy Court for the:_____ District of _____
                                                                    (State)

Case number: _____

**Official Form 426**

# Periodic Report Regarding Value, Operations, and Profitability of Entities in Which the Debtor's Estate Holds a Substantial or Controlling Interest

**12/17**

This is the *Periodic Report* as of _____ Type text here on the value, operations, and profitability of those entities in which a Debtor holds, or two or more Debtors collectively hold, a substantial or controlling interest (a "Controlled Non-Debtor Entity"), as required by Bankruptcy Rule 2015.3. For purposes of this form, "Debtor" shall include the estate of such Debtor.

holds a substantial or controlling interest in the following entities:

| Name of Controlled Non-Debtor Entity | Interest of the Debtor | Tab # |
|---|---|---|
| | 50% | |
| | | |
| | | |

This *Periodic Report* contains separate reports (*Entity Reports*) on the value, operations, and profitability of each Controlled Non-Debtor Entity.

Each *Entity Report* consists of five exhibits.

*Exhibit A* contains the most recently available: balance sheet, statement of income (*loss*), statement of cash flows, and a statement of changes in shareholders' or partners' equity (*deficit*) for the period covered by the *Entity Report*, along with summarized footnotes.

*Exhibit B* describes the Controlled Non-Debtor Entity's business operations.

*Exhibit C* describes claims between the Controlled Non-Debtor Entity and any other Controlled Non-Debtor Entity.

*Exhibit D* describes how federal, state or local taxes, and any tax attributes, refunds, or other benefits, have been allocated between or among the Controlled Non-Debtor Entity and any Debtor or any other Controlled Non-Debtor Entity and includes a copy of each tax sharing or tax allocation agreement to which the Controlled Non-Debtor Entity is a party with any other Controlled Non-Debtor Entity.

*Exhibit E* describes any payment, by the Controlled Non-Debtor Entity, of any claims, administrative expenses or professional fees that have been or could be asserted against any Debtor, or the incurrence of any obligation to make such payments, together with the reason for the entity's payment thereof or incurrence of any obligation with respect thereto.

**This *Periodic Report* must be signed by a representative of the trustee or debtor in possession.**

Debtor Name _____     Case number_____

The undersigned, having reviewed the *Entity Reports* for each Controlled Non-Debtor Entity, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that to the best of his or her knowledge, (i) this *Periodic Report* and the attached *Entity Reports* are complete, accurate, and truthful to the best of his or her knowledge, and (ii) the Debtor did not cause the creation of any entity with actual deliberate intent to evade the requirements of Bankruptcy Rule 2015.3

| For non-individual Debtors: | ✘ _____ |
| | Signature of Authorized Individual |
| | |
| | _____ |
| | Printed name of Authorized Individual |
| | |
| | Date _____ |
| | MM / DD / YYYY |

| For individual Debtors: | ✘ _____ | ✘ _____ |
| | Signature of Debtor 1 | Signature of Debtor 2 |
| | | |
| | _____ | _____ |
| | Printed name of Debtor 1 | Printed name of Debtor 2 |
| | | |
| | Date _____ | Date _____ |
| | MM / DD / YYYY | MM / DD / YYYY |

Debtor Name _____     Case number_____

**Exhibit A: Financial Statements for**

Attached.

The Form 426 reporting do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP") or any other foreign jurisdiction, as applicable, nor are they intended to be fully reconciled with the consolidated financial statements of the Debtor. Additionally, the Form 426 reporting contains unaudited information that is subject to further review, potential adjustment, and reflect the Non-Debtor's commercially reasonable efforts to report the assets and liabilities of each Non-Debtor on an unconsolidated basis.

The SCPC joint venture was recorded as an equity investment(asset on Balance Sheet) on 0455-HOVIC/HONYC/HONX's books in Oct 1998 (SAP SA3).  In Dec 2011, the remaining ~$480K balance of the SCPC equity investment was written off (SAP SA3).

Source: Hess Corporation - Accounting

# ST. CROIX PETROCHEMICAL CORP.

# FINANCIAL STATEMENT

# DECEMBER 2020

**ST. CROIX PETROCHEMICAL CORP.**
**TABLE OF CONTENTS**
**DECEMBER 2020**

| DESCRIPTION | PAGE |
|---|---|
| **FINANCIAL STATEMENT** | |
| Balance Sheet | 1-2 |
| Plant Dismantlement Reserve | 3 |
| Statement of Changes in Financial Position | 4 |
| **INCOME STATEMENT SCHEDULES** | |
| Plant Operating Expenses - December 2017 | 5 |
| Plant Operating Expenses - Year To Date | 6 |
| Plant Operating Expenses - Inception to Date | 7 |
| Maintenance Expense | 8 |
| Summary of Invoices from HOVENSA | 9 |

**ST. CROIX PETROCHEMICAL CORP**
**ANALISIS OF BALANCE SHEET ACCOUNTS**
**DECEMBER 2020**
**($ whole USD)**

**(A)  PLANT DISMANTLMENT FUND**

| | | |
|---|---|---:|
| Amount Reserved from November 1982 to May 1992 | $ | 10,000,000 |
| Less:  July 1992 through Dec 2020 Charges (see Page 3) | $ | (6,330,543) |
| Less:  Dividend Paid April 1998 | $ | (3,000,000) |
| | | |
| Total | $ | 669,457 |

**(B)  PREPAID TAXES - U.S. VIRGIN ISLANDS INCOME TAX**

| | | | |
|---|---|---|---:|
| Increase (Decrease) in Plant Dismantlement Reserve | | $ | -  *See GRT Tax Calc* |
| | | | |
| Taxable Income | | $ | - |
| | | | |
| Income Tax - 35% | 35.00% | $ | - |
| Plus 3.5% V.I. Income Tax Surcharge (Changed from 10%) | 3.50% | $ | - |
| | | | |
| Total Taxes (2020) * *2010 Income Tax Rate changed to 35%* | | $ | -  Def Tax |
| Add Prepaid Taxes - 2019 | | $ | - |
| Add Prepaid Taxes - 2018 | | $ | - |
| Add Prepaid Taxes - 2017 | | $ | - |
| Add Prepaid Taxes - 2016 | | $ | (1,638) |
| Add Prepaid Taxes - 2015 | | $ | (1,348) |
| Add Prepaid Taxes - 2014 | | $ | (432) |
| Add Prepaid Taxes - 2013 | | $ | (2,140) |
| Add Prepaid Taxes - 2012 | | $ | (3,512) |
| Add Prepaid Taxes - 2011 | | $ | (4,610) |
| Add Prepaid Taxes - 2010 | | $ | 4,415 |
| Add Prepaid Taxes - 2009 | | $ | 2,460 |
| Add Prepaid Taxes - 2008 | | $ | 295 |
| Add Prepaid Taxes - 2007 | | $ | 3,425 |
| Add Prepaid Taxes - 2006 | | $ | 1,205 |
| Add Prepaid Taxes - 2005 | | $ | 2,604 |
| Add Prepaid Taxes - 2004 | | $ | 2,008 |
| Add Prepaid Taxes - 2003 | | $ | 3,137 |
| | | | |
| Total Prepaid Taxes | | $ | 5,869 |

**(C)  DEFERRED TAX - NON CURRENT**

| | | |
|---|---|---:|
| Plant Dismantlement Reserve | $ | 669,457 |
| | | |
| Deferred Tax | $ | 207,339 |

**(D)  ACCRUED EXPENSES**

| | | | |
|---|---|---:|---|
| Legal Fees | $ | 20,000 | *same as 2013, 2014, 2015, & 2016 file (bdl)* |
| Accounting Fees | $ | 550 | *same as 2013, 2014, 2015, & 2016 file (bdl)* |
| | | | |
| | $ | 20,550 | |

Page 1

**ST. CROIX PETROCHEMICAL CORP**
**BALANCE SHEET**
**DECEMBER 2020**
**($ whole USD)**

| ASSETS | Source | Difference | Dec 31, 2020 | | Dec 31, 2019 |
|---|---|---|---|---|---|
| **Current Assets** | | | | | |
| Cash - Operating Account | GRT Calc | $ - | $ 1,066,602 | | $ 1,066,602 |
| Cash - Plant Dismantlement Fund | GRT Calc | $ 2,259 | $ 669,457 (A) | | $ 667,198 |
| Prepaid U.S. Virgin Islands Income Taxes | Def tax calc | $ - | $ (5,575) (B) | | $ (5,575) |
| Total Current Assets | | | $ 1,730,483 | | $ 1,728,224 |
| | | | | | |
| **Other Assets** | Source | Difference | | | |
| Deferred U.S. Virgin Islands Income Taxes | Def tax cals | $ - | $ 207,339 (C) | | $ 207,339 |
| Restricted Cash - Operating Account | | $ - | $ - | | $ - |
| Restricted Cash - Plant Dismantlement Fund | | $ - | $ - (A) | | $ - |
| Total Other Assets | | | $ 207,339 | | $ 207,339 |
| **TOTAL ASSETS** | | | $ 1,937,822 | | $ 1,935,563 |

| LIABILITIES AND STOCKHOLDERS EQUITY | Source | Difference | Dec 31, 2020 | | Dec 31, 2019 |
|---|---|---|---|---|---|
| **Current Liabilities** | | | | | |
| Accounts Payable - Hovensa LLC | GRT Calc | $ - | $ 197,791 | | $ 197,791 |
| Taxes Payable - U.S. Virgin Island Gross Receipt | | | $ - | | $ - |
| Accrued Expenses | | $ - | $ 20,550 (D) | | $ 20,550 |
| Plant Dismantlement Reserve | GRT Calc | $ 2,259 | $ 669,457 (A) | | $ 667,198 |
| Total Current Liabilities | | | $ 887,797 | | $ 885,538 |
| | | | | | |
| **Stockholders Equity** | Source | Difference | | | |
| Common Stock | No Change | $ - | $ 5,800,000 | | $ 5,800,000 |
| Net Income | No Change | $ - | $ 84,250,026 | | $ 84,250,026 |
| Cumulative Dividends to Date | No Change | $ - | $ (89,000,000) | | $ (89,000,000) |
| Total Stockholders Equity | No Change | $ - | $ 1,050,026 | | $ 1,050,026 |
| **TOTAL LIABILITIES AND STOCKHOLDERS EQUITY** | | | $ 1,937,823 | | $ 1,935,564 |

Page 2

**ST. CROIX PETROCHEMICAL CORP**
**PLANT DISMANTLEMENT RESERVE**
**AS OF DECEMBER 31, 2020**

| ($ whole USD) | 12/31/19 INCEPTION TO - DATE | 2020 YEAR TO - DATE | 12/31/20 INCEPTION TO - DATE | Source |
|---|---|---|---|---|
| FUND BALANCE AS OF 6/30/92 | $ 10,000,000 | $ - | $ 10,000,000 | |
| | | | | |
| Additions to Fund | | | | |
| Sale of Assets | $ 348,500 | $ - | $ 348,500 | |
| Interest Income | $ 1,666,205 | $ 3,795 | $ 1,670,000 | Bank stmt       See GRT Tax Calc |
| Operating Expenses | $ (8,294,900) | $ (1,536) | $ (8,296,436) | Hovensa Invoice an( See GRT Tax Calc |
| Gross Receipt | $ (52,608) | $ - | $ (52,608) | |
| Change in Fund Balance | $ (6,332,802) | $ 2,259 | $ (6,330,543) | |
| | | | | |
| Less: Dividend paid in April 1998 | $ (3,000,000) | $ - | $ (3,000,000) | |
| | | | | |
| FUND BALANCE AS OF 12/31/20 | $ 667,198 | | $ 669,457 | |
| | | | (See Page 1) | |
| | | | | |
| Plant Shutdown | $ 4,526,581 | $ - | $ 4,526,581 | |
| Plant Dismantlement Contract (ICE) | $ 1,068,880 | $ - | $ 1,068,880 | |
| Sieve Removal and Disposal | $ 1,689,559 | $ - | $ 1,689,559 | |
| Heater Regractory Disposal | $ 173,292 | $ - | $ 173,292 | |
| Environmental Study | $ 161,938 | $ - | $ 161,938 | |
| Environmental Remediation Expenses | $ 673,776 | $ - | $ 673,776 | |
| Total Operating Expenses | $ 8,294,026 | $ - | $ 8,294,026 | |

ST. CROIX PETROCHEMICAL CORP
STATEMENT OF CHANGES IN FINANCIAL POSITION
AS OF DECEMBER 31, 2020
($ whole USD)

|  | | DECEMBER 2020 | YEAR TO - DATE |
|---|---|---|---|
| **SOURCE OF FUNDS** | | | |
| Net Income | | $ - | $ - |
| Deferred U.S. Virgin Islands Income Taxes | See Tax Calc | $ - | $ - |
| Funds Provided from Operations | | $ - | $ - |
| | | | |
| **Application of funds** | | | |
| Dividend Paid | | $ - | $ - |
| **Increase (Decrease) in Working Capital** | | $ - | $ - |
| | | | |
| | | | |
| **Increase (Decrease) in Components of Working Capital** | | | |
| Current Assets | | | |
| Cash - Operating Account | See GRT Tax Calc | $ - | $ - |
| Cash - Dismantlement Fund | See GRT Tax Calc | $ - | $ - |
| Prepaid U.S. Virgin Islands Income Taxes | See GRT Tax Calc | $ - | $ - |
| Total Current Assets | | $ - | $ - |
| | | | |
| Current Liabilities | | | |
| Accounts Payable - Hovensa LLC | | $ - | $ - |
| Taxes payable | | $ - | $ - |
| Other | | $ - | $ - |
| Accrued Expenses | | $ - | $ - |
| Plant Dismantlement Reserve | | $ - | $ - |
| Total Current Liabilites | | $ - | $ - |
| | | | |
| Increase / (Decrease) in Working Capital | | $ - | $ - |

PAGE 4

**ST. CROIX PETROCHEMICAL CORP**
**OPERATING EXPENSE - CHARGED TO DISMANTLEMENT RESERVE**
**DECEMBER 2020**
**($ whole USD)**

|  | See Page | | TOTAL | |
|---|---|---|---|---|
| Operating Expenses | | | | |
| | | | | |
| Variable | | | | |
| Maintenance | 8 | $ | - | See GRT Tax Calc |
| Miscellaneous Costs | | $ | 128 | |
| | | | | |
| Total Operating Expenses | | $ | 128 | |

PAGE 5

**ST. CROIX PETROCHEMICAL CORP**
**OPERATING EXPENSE - CHARGED TO DISMANTLEMENT RESERVE**
**AS OF DECEMBER 31, 2020**
**($ whole USD)**

| | See Page | YEAR - TO - DATE TOTAL | |
|---|---|---|---|
| Operating Expenses | | | |
| | | | |
| Variable | | | |
| Maintenance | 8 | $ - | See GRT Tax Calc |
| Miscellaneous Costs | | $ 1,536 | |
| | | | |
| Total Operating Expenses | | $ 1,536 | |

**ST. CROIX PETROCHEMICAL CORP**
**OPERATING EXPENSE - CHARGED TO DISMANTLEMENT RESERVE**
**AS OF DECEMBER 31, 2020**
**($ whole USD)**

| | HOVENSA | | SCPC | | |
| | Direct | Indirect | Direct | TOTAL | |
|---|---|---|---|---|---|
| **Operating Expenses** | | | | | |
| **Fixed** | | | | | |
| Insurance | $ (54,652) | $ - | $ 342,573 | $ 287,921 | |
| Rental Land | $ 50,000 | $ - | $ - | $ 50,000 | |
| Real Property Tax | $ 470,000 | $ - | $ - | $ 470,000 | |
| Total Fixed | $ 465,348 | $ - | $ 342,573 | $ 807,921 | |
| | | | | | |
| **Variable** | | | | | |
| Payroll Cost - Regular | $ 692,458 | $ - | $ 58,850 | $ 751,308 | |
| Payroll Cost - Overtime | $ 94,886 | $ - | $ - | $ 94,886 | |
| | | | | | |
| Maintenance | $ 913,058 | $ - | $ 3,450,354 | $ 4,363,412 | Only change - see GRT Tax Calc (maintenance) |
| Catalyst & Chemicals | $ - | $ - | $ (6,087) | $ (6,087) | |
| Plant Fuels | $ 168,880 | $ - | $ - | $ 168,880 | |
| Utilities | $ 667,333 | $ - | $ - | $ 667,333 | |
| Outside Services | $ 83,866 | $ - | $ 454,805 | $ 538,671 | |
| Office Expenses | $ 2,571 | $ - | $ 2,976 | $ 5,547 | |
| Telephone & Telegraph | $ - | $ - | $ 6,554 | $ 6,554 | |
| Employee Costs | $ 92,876 | $ - | $ 4,990 | $ 97,866 | |
| Travel & Entertainment | $ - | $ - | $ 12,563 | $ 12,563 | |
| Operating Supplies | $ 139,065 | $ - | $ 5,932 | $ 144,997 | |
| Materials Freight | $ 329,490 | $ - | $ 101,282 | $ 430,772 | |
| Vehicle Expenses | $ 1,151 | $ - | $ 247 | $ 1,398 | |
| Terminaling Fees | $ (448) | $ - | $ - | $ (448) | |
| Miscellaneous | $ 10,530 | $ - | $ 722 | $ 11,252 | |
| **Administrative Services** | | | | | |
| Payroll Accounting | $ - | $ 2,400 | $ - | $ 2,400 | |
| Financial & Administrative Services | $ - | $ 41,000 | $ 1,536 | $ 42,536 | |
| Personnel Department Services | $ - | $ 16,100 | $ - | $ 16,100 | |
| Medical & First Aid Services | $ - | $ 8,200 | $ - | $ 8,200 | |
| Safety | $ - | $ 4,300 | $ - | $ 4,300 | |
| General Fire Protection | $ - | $ 46,600 | $ - | $ 46,600 | |
| Security | $ - | $ 20,100 | $ - | $ 20,100 | |
| Purchasing & Warehousing | $ - | $ 58,500 | $ - | $ 58,500 | |
| | | | | | |
| Total Variable | $ 3,195,716 | $ 197,200 | $ 4,094,724 | $ 7,487,640 | |
| | | | | | |
| **Total Operating Expenses** | $ 3,661,064 | $ 197,200 | $ 4,437,297 | $ 8,295,561 | |

**ST. CROIX PETROCHEMICAL CORP**
**MAINTENANCE - CHARGED TO DISMANTLEMENT RESERVE**
**AS OF DECEMBER 31, 2020**
**($ whole USD)**

| CONTRACTORS | SERVICE PERFORMED | DECEMBER 2020 | YEAR TO - DATE | INCEPTION TO DATE JULY 1, 1992 THRU DECEMBER 31, 2020 |
|---|---|---|---|---|
| Caribbean Drilling Services | Drilling Services | $         - | $         - | $         60,577 |
| ETC Corp | Laboratory Analysis | $         - | $         - | $         1,920 |
| HOVENSA | Various Other | $         - | $         - | $         856,324 |
| ICE | Plant Dismantlement | $         - | $         - | $         1,068,880 |
| Kemron Environmental | Environmental Services | $         - | $         - | $         102,148 |
| Laidlaw Environmental | Catalyst Disposal | $         - | $         - | $         423,653 |
| Roy F. Weston | Environmental Services | $         - | $         - | $         96,860 |
| Southern Sanitation Service | Heater Refractory Disposal | $         - | $         - | $         109,290 |
| Tisco Catalyst Services Inc | Catalyst Disposal | $         - | $         - | $         913,655 |
| V.I. Industrial Maintenance Cc | General Maintenance | $         - | $         - | $         150,184 |
| Virgin Islands Paving | Compacted Fill & Seal Coating at SCPC site | $         - | $         - | $         375,264 |
| Total Outside Contractors | | $         - | $         - | $         4,158,755 |
| Maintenance Supplies | | $         - | $         - | $         190,514 |
| Total Maintenance | | $         - | $         - | $         4,349,269 |

PAGE 8

**ST. CROIX PETROCHEMICAL CORP**
**SUMMARY OF INVOICES FROM HOVENSA**
**AS OF DECEMBER 31, 2020**
**(\$ whole USD)**

| | DECEMBER 2020 | YEAR TO - DATE | |
|---|---|---|---|
| Manpower and Related | \$                 - | \$                 - | |
| Freight | \$                 - | \$                 - | |
| Materials | \$                 - | \$                 - | |
| Outside Labor | \$                 - | \$                 - | See GRT Tax Calc |
| Invoice Total from HOVENSA | \$                 - | \$                 - | |

# ST. CROIX PETROCHEMICAL CORP.

# FINANCIAL STATEMENT

# DECEMBER 2021

**ST. CROIX PETROCHEMICAL CORP.**
**TABLE OF CONTENTS**
**DECEMBER 2021**

| DESCRIPTION | PAGE |
|---|---|

**FINANCIAL STATEMENT**

| | |
|---|---|
| Balance Sheet | 1-2 |
| Plant Dismantlement Reserve | 3 |
| Statement of Changes in Financial Position | 4 |

**INCOME STATEMENT SCHEDULES**

| | |
|---|---|
| Plant Operating Expenses - December 2017 | 5 |
| Plant Operating Expenses - Year To Date | 6 |
| Plant Operating Expenses - Inception to Date | 7 |
| Maintenance Expense | 8 |
| Summary of Invoices from HOVENSA | 9 |

**ST. CROIX PETROCHEMICAL CORP**
**ANALISS OF BALANCE SHEET ACCOUNTS**
**DECEMBER 2021**
**($ whole USD)**

| (A) PLANT DISMANTLMENT FUND | | | | (C) DEFERRED TAX - NON CURRENT | | |
|---|---|---|---|---|---|---|
| Amount Reserved from November 1982 to May 1992 | | $ | 10,000,000 | Plant Dismantlement Reserve | $ | 668,176 |
| Less: July 1992 through Dec 2021 Charges (see Page 3) | | $ | (6,331,824) | | | |
| Less: Dividend Paid April 1998 | | $ | (3,000,000) | Deferred Tax | $ | 207,339 |
| Total | | $ | 668,176 | | | |

| (B) PREPAID TAXES - U.S. VIRGIN ISLANDS INCOME TAX | | | | (D) ACCRUED EXPENSES | | |
|---|---|---|---|---|---|---|
| Increase (Decrease) in Plant Dismantlement Reserve | | $ | -  See GRT Tax Calc | Legal Fees | $ | 20,000 same as 2013, 2014, 2015, & 2016 file (bdf) |
| Taxable Income | | $ | - | Accounting Fees | $ | 550 same as 2013, 2014, 2015, & 2016 file (bdf) |
| | | | | | $ | 20,550 |
| Income Tax - 35% | 35.00% | $ | - | | | |
| Plus 3.5% V.I. Income Tax Surcharge (Changed from 10%) | 3.50% | $ | - | | | |
| Total Taxes (2021) * 2010 Income Tax Rate changed to 35% | | $ | -   Def Tax | | | |
| Add Prepaid Taxes - 2020 | | $ | - | | | |
| Add Prepaid Taxes - 2019 | | $ | - | | | |
| Add Prepaid Taxes - 2018 | | $ | - | | | |
| Add Prepaid Taxes - 2017 | | $ | - | | | |
| Add Prepaid Taxes - 2016 | | $ | (1,638) | | | |
| Add Prepaid Taxes - 2015 | | $ | (1,348) | | | |
| Add Prepaid Taxes - 2014 | | $ | (432) | | | |
| Add Prepaid Taxes - 2013 | | $ | (2,140) | | | |
| Add Prepaid Taxes - 2012 | | $ | (3,512) | | | |
| Add Prepaid Taxes - 2011 | | $ | (4,610) | | | |
| Add Prepaid Taxes - 2010 | | $ | 4,415 | | | |
| Add Prepaid Taxes - 2009 | | $ | 2,460 | | | |
| Add Prepaid Taxes - 2008 | | $ | 295 | | | |
| Add Prepaid Taxes - 2007 | | $ | 3,425 | | | |
| Add Prepaid Taxes - 2006 | | $ | 1,205 | | | |
| Add Prepaid Taxes - 2005 | | $ | 2,604 | | | |
| Add Prepaid Taxes - 2004 | | $ | 2,008 | | | |
| Add Prepaid Taxes - 2003 | | $ | 3,137 | | | |
| Total Prepaid Taxes | | $ | 5,869 | | | |

ST. CROIX PETROCHEMICAL CORP
BALANCE SHEET
DECEMBER 2021
($ whole USD)

### ASSETS

| | Source | Difference | | Dec 31, 2021 | | Dec 31, 2020 |
|---|---|---|---|---|---|---|
| **Current Assets** | | | | | | |
| Cash - Operating Account | GRT Calc | $ - | $ | 1,066,602 | $ | 1,066,602 |
| Cash - Plant Dismantlement Fund | GRT Calc | $ (1,281) | $ | 668,176 (A) | $ | 669,457 |
| Prepaid U.S. Virgin Islands Income Taxes | Def tax calc | $ - | $ | (5,575) (B) | $ | (5,575) |
| Total Current Assets | | | $ | 1,729,202 | $ | 1,730,483 |
| | | | | | | |
| **Other Assets** | Source | Difference | | | | |
| Deferred U.S. Virgin Islands Income Taxes | Def tax cals | $ - | $ | 207,339 (C) | $ | 207,339 |
| Restricted Cash - Operating Account | | $ - | $ | - | $ | - |
| Restricted Cash - Plant Dismantlement Fund | | $ - | $ | - (A) | $ | - |
| Total Other Assets | | | $ | 207,339 | $ | 207,339 |
| **TOTAL ASSETS** | | | $ | 1,936,541 | $ | 1,937,822 |

### LIABILITIES AND STOCKHOLDERS EQUITY

| | Source | Difference | | Dec 31, 2021 | | Dec 31, 2020 |
|---|---|---|---|---|---|---|
| **Current Liabilities** | | | | | | |
| Accounts Payable - Hovensa LLC | GRT Calc | $ - | $ | 197,791 | $ | 197,791 |
| Taxes Payable - U.S. Virgin Island Gross Receipt | | $ - | $ | - | $ | - |
| Accrued Expenses | | $ - | $ | 20,550 (D) | $ | 20,550 |
| Plant Dismantlement Reserve | GRT Calc | $ (1,281) | $ | 668,176 (A) | $ | 669,457 |
| Total Current Liabilities | | | $ | 886,516 | $ | 887,797 |
| | | | | | | |
| **Stockholders Equity** | Source | Difference | | | | |
| Common Stock | No Change | $ - | $ | 5,800,000 | $ | 5,800,000 |
| Net Income | No Change | $ - | $ | 84,250,026 | $ | 84,250,026 |
| Cumulative Dividends to Date | No Change | $ - | $ | (89,000,000) | $ | (89,000,000) |
| Total Stockholders Equity | No Change | $ - | $ | 1,050,026 | $ | 1,050,026 |
| **TOTAL LIABILITIES AND STOCKHOLDERS EQUITY** | | | $ | 1,936,542 | $ | 1,937,823 |

Page 2

**ST. CROIX PETROCHEMICAL CORP**
**PLANT DISMANTLEMENT RESERVE**
**AS OF DECEMBER 31, 2021**

| ($ whole USD) | 12/31/20 INCEPTION TO - DATE | 2021 YEAR TO - DATE | 12/31/21 INCEPTION TO - DATE | Source |
|---|---|---|---|---|
| FUND BALANCE AS OF 6/30/92 | $ 10,000,000 | $ - | $ 10,000,000 | |
| | | | | |
| Additions to Fund | | | | |
| Sale of Assets | $ 348,500 | $ - | $ 348,500 | |
| Interest Income | $ 1,670,000 | $ 247 | $ 1,670,248 | Bank stmt   See GRT Tax Calc |
| Operating Expenses | $ (8,296,436) | $ (1,529) | $ (8,297,964) | Hovensa Invoice anc See GRT Tax Calc |
| Gross Receipt | $ (52,608) | $ - | $ (52,608) | |
| Change in Fund Balance | $ (6,330,543) | $ (1,281) | $ (6,331,824) | |
| | | | | |
| Less: Dividend paid in April 1998 | $ (3,000,000) | $ - | $ (3,000,000) | |
| | | | | |
| FUND BALANCE AS OF DEC 31 | $ 669,457 | | $ 668,176 | |
| | | | (See Page 1) | |
| | | | | |
| Plant Shutdown | $ 4,526,581 | $ - | $ 4,526,581 | |
| Plant Dismantlement Contract (ICE) | $ 1,068,880 | $ - | $ 1,068,880 | |
| Sieve Removal and Disposal | $ 1,689,559 | $ - | $ 1,689,559 | |
| Heater Regractory Disposal | $ 173,292 | $ - | $ 173,292 | |
| Environmental Study | $ 161,938 | $ - | $ 161,938 | |
| Environmental Remediation Expenses | $ 673,776 | $ - | $ 673,776 | |
| Total Operating Expenses | $ 8,294,026 | $ - | $ 8,294,026 | |

**ST. CROIX PETROCHEMICAL CORP**
**STATEMENT OF CHANGES IN FINANCIAL POSITION**
**AS OF DECEMBER 31, 2021**
**($ whole USD)**

| | | DECEMBER 2021 | YEAR TO - DATE |
|---|---|---|---|
| **SOURCE OF FUNDS** | | | |
| Net Income | | $          - | $          - |
| Deferred U.S. Virgin Islands Income Taxes | See Tax Calc | $          - | $          - |
| Funds Provided from Operations | | $          - | $          - |
| | | | |
| **Application of funds** | | | |
| Dividend Paid | | $          - | $          - |
| **Increase (Decrease) in Working Capital** | | $          - | $          - |
| | | | |
| | | | |
| **Increase (Decrease) in Components of Working Capital** | | | |
| Current Assets | | | |
| Cash - Operating Account | See GRT Tax Calc | $          - | $          - |
| Cash - Dismantlement Fund | See GRT Tax Calc | $          - | $          - |
| Prepaid U.S. Virgin Islands Income Taxes | See GRT Tax Calc | $          - | $          - |
| Total Current Assets | | $          - | $          - |
| | | | |
| Current Liabilities | | | |
| Accounts Payable - Hovensa LLC | | $          - | $          - |
| Taxes payable | | $          - | $          - |
| Other | | $          - | $          - |
| Accrued Expenses | | $          - | $          - |
| Plant Dismantlement Reserve | | $          - | $          - |
| Total Current Liabilites | | $          - | $          - |
| | | | |
| Increase / (Decrease) in Working Capital | | $          - | $          - |

PAGE 4

**ST. CROIX PETROCHEMICAL CORP**
**OPERATING EXPENSE - CHARGED TO DISMANTLEMENT RESERVE**
**DECEMBER 2021**
**($ whole USD)**

|  | See Page | | TOTAL | |
|---|---|---|---|---|
| Operating Expenses |  |  |  |  |
| Variable |  |  |  |  |
| Maintenance | 8 | $ | - | See GRT Tax Calc |
| Miscellaneous Costs |  | $ | 127 | |
| Total Operating Expenses |  | $ | 127 | |

**ST. CROIX PETROCHEMICAL CORP**
**OPERATING EXPENSE - CHARGED TO DISMANTLEMENT RESERVE**
**AS OF DECEMBER 31, 2021**
**($ whole USD)**

| | See Page | YEAR - TO - DATE TOTAL | |
|---|---|---|---|
| Operating Expenses | | | |
| | | | |
| Variable | | | |
| Maintenance | 8 | $ - | See GRT Tax Calc |
| Miscellaneous Costs | | $ 1,529 | |
| | | | |
| Total Operating Expenses | | $ 1,529 | |

**ST. CROIX PETROCHEMICAL CORP**
**OPERATING EXPENSE - CHARGED TO DISMANTLEMENT RESERVE**
**AS OF DECEMBER 31, 2021**
**($ whole USD)**

| | HOVENSA | | SCPC | TOTAL |
|---|---|---|---|---|
| | Direct | Indirect | Direct | |
| **Operating Expenses** | | | | |
| **Fixed** | | | | |
| Insurance | $ (54,652) | $ - | $ 342,573 | 287,921 |
| Rental Land | $ 50,000 | $ - | $ - | 50,000 |
| Real Property Tax | $ 470,000 | $ - | $ - | 470,000 |
| Total Fixed | $ 465,348 | $ - | $ 342,573 | 807,921 |
| | | | | |
| **Variable** | | | | |
| Payroll Cost - Regular | $ 692,458 | $ - | $ 58,850 | 751,308 |
| Payroll Cost - Overtime | $ 94,886 | $ - | $ - | 94,886 |
| | | | | |
| Maintenance | $ 913,058 | $ - | $ 3,450,354 | 4,363,412  Only change - see GRT Tax Calc (maintenance) |
| Catalyst & Chemicals | $ - | $ - | $ (6,087) | (6,087) |
| Plant Fuels | $ 168,880 | $ - | $ - | 168,880 |
| Utilities | $ 667,333 | $ - | $ - | 667,333 |
| Outside Services | $ 83,866 | $ - | $ 454,805 | 538,671 |
| Office Expenses | $ 2,571 | $ - | $ 2,976 | 5,547 |
| Telephone & Telegraph | $ - | $ - | $ 6,554 | 6,554 |
| Employee Costs | $ 92,876 | $ - | $ 4,990 | 97,866 |
| Travel & Entertainment | $ - | $ - | $ 12,563 | 12,563 |
| Operating Supplies | $ 139,065 | $ - | $ 5,932 | 144,997 |
| Materials Freight | $ 329,490 | $ - | $ 101,282 | 430,772 |
| Vehicle Expenses | $ 1,151 | $ - | $ 247 | 1,398 |
| Terminaling Fees | $ (448) | $ - | $ - | (448) |
| Miscellaneous | $ 10,530 | $ - | $ 722 | 11,252 |
| **Administrative Services** | | | | |
| Payroll Accounting | $ - | $ 2,400 | $ - | 2,400 |
| Financial & Administrative Services | $ - | $ 41,000 | $ 1,529 | 42,529 |
| Personnel Department Services | $ - | $ 16,100 | $ - | 16,100 |
| Medical & First Aid Services | $ - | $ 8,200 | $ - | 8,200 |
| Safety | $ - | $ 4,300 | $ - | 4,300 |
| General Fire Protection | $ - | $ 46,600 | $ - | 46,600 |
| Security | $ - | $ 20,100 | $ - | 20,100 |
| Purchasing & Warehousing | $ - | $ 58,500 | $ - | 58,500 |
| | | | | |
| Total Variable | $ 3,195,716 | $ 197,200 | $ 4,094,717 | 7,487,633 |
| | | | | |
| **Total Operating Expenses** | $ 3,661,064 | $ 197,200 | $ 4,437,290 | 8,295,554 |

**ST. CROIX PETROCHEMICAL CORP**
**MAINTENANCE - CHARGED TO DISMANTLEMENT RESERVE**
**AS OF DECEMBER 31, 2021**
**($ whole USD)**

| CONTRACTORS | SERVICE PERFORMED | DECEMBER 2021 | YEAR TO - DATE | INCEPTION TO DATE JULY 1, 1992 THRU DECEMBER 31, 2021 |
|---|---|---|---|---|
| Caribbean Drilling Services | Drilling Services | $    - | $    - | $    60,577 |
| ETC Corp | Laboratory Analysis | $    - | $    - | $    1,920 |
| HOVENSA | Various Other | $    - | $    - | $    856,324 |
| ICE | Plant Dismantlement | $    - | $    - | $    1,068,880 |
| Kemron Environmental | Environmental Services | $    - | $    - | $    102,148 |
| Laidlaw Environmental | Catalyst Disposal | $    - | $    - | $    423,653 |
| Roy F. Weston | Environmental Services | $    - | $    - | $    96,860 |
| Southern Sanitation Service | Heater Refractory Disposal | $    - | $    - | $    109,290 |
| Tisco Catalyst Services Inc | Catalyst Disposal | $    - | $    - | $    913,655 |
| V.I. Industrial Maintenance Co | General Maintenance | $    - | $    - | $    150,184 |
| Virgin Islands Paving | Compacted Fill & Seal Coating at SCPC site | $    - | $    - | $    375,264 |
| | | | | |
| Total Outside Contractors | | $    - | $    - | $    4,158,755 |
| | | | | |
| Maintenance Supplies | | $    - | $    - | $    190,514 |
| | | | | |
| Total Maintenance | | $    - | $    - | $    4,349,269 |

PAGE 8

**ST. CROIX PETROCHEMICAL CORP**
**SUMMARY OF INVOICES FROM HOVENSA**
**AS OF DECEMBER 31, 2021**
**($ whole USD)**

| | DECEMBER 2021 | YEAR TO - DATE | |
|---|---|---|---|
| Manpower and Related | $ - | $ - | |
| Freight | $ - | $ - | |
| Materials | $ - | $ - | |
| Outside Labor | $ - | $ - | See GRT Tax Calc |
| Invoice Total from HOVENSA | $ - | $ - | |

PAGE 9

Debtor Name _____     Case number_____

**Exhibit A-1: Balance Sheet for**                                    **as of**

Debtor Name  _____     Case number_____

**Exhibit A-2: Statement of Income (*Loss*) for**                    **for period ending**

Debtor Name  _____     Case number_____

**Exhibit A-3: Statement of Cash Flows for                    for period ending**

Debtor Name _____     Case number_____

**Exhibit A-4: Statement of Changes in Shareholders'/Partners' Equity (*Deficit*) for**                                    **for period ending**

Debtor Name  _____          Case number_____

**Exhibit B: Description of Operations for**

Debtor Name  _____    Case number_____

**Exhibit C: Description of Intercompany Claims**

Debtor Name  _____          Case number_____

**Exhibit D: Allocation of Tax Liabilities and Assets**

Debtor Name  _____     Case number_____

**Exhibit E: Description of Controlled Non-Debtor Entity's payments of Administrative Expenses, or Professional Fees otherwise payable by a Debtor**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |
|---|---|
| In re: | ) |
|  | ) Chapter 11 |
| HONX, INC.,[1] | ) |
|  | ) Case No. 22-90035 (MI) |
| Debtor. | ) |
|  | ) |

**STATEMENT OF LIMITATIONS AND DISCLAIMERS
REGARDING THE DEBTOR'S RULE 2015.3 REPORT**

The above-captioned debtor and debtor in possession (the "Debtor") has filed its initial "financial report[] of the value, operations, and profitability of each entity that is not a publicly traded corporation or a debtor in a case under title 11, and in which the estate holds a substantial or controlling interest" pursuant to rule 2015.3 of the Federal Rules of Bankruptcy Procedure (such report, the "Rule 2015.3 Report") in the United States Bankruptcy Court for the Southern District of Houston (the "Court").

In preparing the Rule 2015.3 Report, the Debtor relied on financial data derived from its books and records that was available at the time of such preparation. Although the Debtor has made commercially reasonable efforts to ensure the accuracy and completeness of the Rule 2015.3 Report, subsequent information or discovery may result in material changes to the Rule 2015.3 Report. As a result, inadvertent errors or omissions may exist. For the avoidance of doubt, the Debtor hereby reserves its rights to amend and supplement the Rule 2015.3 Report as may be necessary or appropriate.

The Debtor and its agents, attorneys, and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein, and will not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein. While commercially reasonable efforts have been made to provide accurate and complete information herein, inadvertent errors or omissions may exist. The Debtor and its agents, attorneys, and financial advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised, or re-categorized, except as required by applicable law. In no event will the Debtor or its agents, attorneys, and/or financial advisors be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtor or damages to business reputation, lost

---

[1]   The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is HONX, Inc. (2163). The location of the Debtor's service address in this chapter 11 case is: 1501 McKinney Street, Houston, Texas, 77010.

business, or lost profits), whether foreseeable or not and however caused, even if the Debtor or its agents, attorneys, and financial advisors are advised of the possibility of such damages.

Todd R. Snyder, Chief Administrative Officer of HONX, Inc. has signed the Rule 2015.3 Report. Mr. Snyder is an authorized signatory for the Debtor. In reviewing and signing the Rule 2015.3 Report, he has necessarily relied upon the efforts, statements, advice, and representations of the Debtor's legal and financial advisors. Mr. Snyder has not (and could not have) personally verified the accuracy of each such statement and representation contained in the Rule 2015.3 Report.

This *Statement of Limitations and Disclaimers Regarding the Debtor's Rule 2015.3 Report* (this "Statement") is incorporated by reference in and comprise an integral part of the Rule 2015.3 Report and all future Rule 2015.3 Reports filed by the Debtor. This Statement should be referred to and considered in connection with any review of the Rule 2015.3 Report and any future Rule 2015.3 Reports. In the event that any Rule 2015.3 Report differs from this Statement, this Statement controls.

*     *     *     *     *