IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HONX, INC.,[1] | ) | Case No. 22-90035 (MI) |
| | ) | |
| Debtor. | ) | |
| | ) | **Re: Docket No. 128** |

**CERTIFICATE OF NO OBJECTION WITH RESPECT TO THE APPLICATION TO EMPLOY JACKSON WALKER LLP AS CO-COUNSEL AND CONFLICTS COUNSEL FOR THE DEBTOR AND DEBTOR IN POSSESSION**

Pursuant to the *Procedures for Complex Chapter 11 Cases in the Southern District of Texas*, the undersigned counsel for the above-captioned debtor (the "Debtor") certifies as follows:

1. On May 31, 2022, the Debtor filed the *Application to Employ Jackson Walker LLP as Co-Counsel and Conflicts Counsel for the Debtor and Debtor in Possession* ("JW Retention Application") [Docket No. 128].

2. The deadline for parties to respond to the relief requested in the JW Retention Application was June 21, 2022 (the "Objection Deadline"). No objections were filed on the docket on or before the Objection Deadline. Additionally, counsel for the Debtor did not receive any informal responses. The U.S. Trustee has indicated that they have no comments to the JW Retention Application.

3. The Debtor request that the Court enter the attached proposed order at its earliest convenience.

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is HONX, Inc. (2163). The location of the Debtor's service address in this chapter 11 case is: 1501 McKinney Street, Houston, Texas, 77010.

33169401v.1

Houston, Texas
June 24, 2022

*/s/ Matthew D. Cavenaugh*
_____

| | |
|---|---|
| **JACKSON WALKER LLP** | **KIRKLAND & ELLIS LLP** |
| Matthew D. Cavenaugh (TX Bar No. 24062656) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Jennifer F. Wertz (TX Bar No. 24072822) | Christopher T. Greco, P.C. (admitted *pro hac vice*) |
| Veronica A. Polnick (TX Bar No. 24079148) | Matthew C. Fagen (admitted *pro hac vice*) |
| 1401 McKinney Street, Suite 1900 | 601 Lexington Avenue |
| Houston, TX 77010 | New York, New York 10022 |
| Telephone:   (713) 752-4200 | Telephone:   (212) 446-4800 |
| Facsimile:   (713) 752-4221 | Facsimile:   (212) 446-4900 |
| Email:   mcavenaugh@jw.com | Email:   christopher.greco@kirkland.com |
|             jwertz@jw.com |             matthew.fagen@kirkland.com |
|             vpolnick@jw.com | |

*Proposed Co-Counsel to the Debtor
and Debtor in Possession*

- and -

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Whitney C. Fogelberg (admitted *pro hac vice*)
Jaimie Fedell (TX Bar No. 24093423) (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:   whitney.fogelberg@kirkland.com
            jaimie.fedell@kirkland.com

- and -

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Michael F. Williams, P.C. (admitted *pro hac vice*)
Daniel T. Donovan, P.C. (admitted *pro hac vice*)
Alexandra I. Russell (admitted *pro hac vice*)
1301 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Telephone:   (202) 389-5000
Facsimile:   (202) 389-5200
Email:   michael.williams@kirkland.com
            daniel.donovan@kirkland.com
            alexandra.russell@kirkland.com

*Proposed Co-Counsel to the Debtor
and Debtor in Possession*

33169401v.1

**Certificate of Service**

    I certify that on June 24, 2022, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ *Matthew D. Cavenaugh*
Matthew D. Cavenaugh

33169401v.1