**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

------------------------------------------------------- x
  :
In re:  :  Chapter 11
  :
HONX, INC.,[1]  :  Case No. 22-90035 (MI)
  :
        Debtor.  :
  :
------------------------------------------------------- x

**FIRST MONTHLY FEE STATEMENT OF THE HONORABLE BARBARA J.
HOUSER, AS LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS
CLAIMANTS FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT
OF EXPENSES INCURRED FOR THE PERIOD MAY 9, 2022 THROUGH JUNE 30, 2022**

| | | |
|---|---|---|
| **Name of applicant:** | The Honorable Barbara J. Houser (Ret.) | |
| **Applicant's role in case:** | Legal Representative for Future Asbestos Claimants | |
| **Date order of employment signed:** | June 9, 2022, effective as of May 9, 2022 [Docket No. 142] | |
| | **Beginning Date** | **End Date** |
| **Time period covered by this statement:** | May 9, 2022 | June 30, 2022 |
| **Summary of Total Fees and Expenses Requested:** | | |
| **Total fees requested in this statement:** | $120,450.00 | |
| **Total fees requested in this statement (80%):** | $96,360.00 | |
| **Total expenses requested in this statement:** | $0.00 | |
| **Total fees and expenses requested in this statement (inclusive of holdback amount):** | $120,450.00 | |
| **Hourly rate of applicant:** | $1,650 | |

Pursuant to sections 327, 330 and 331 of title 11 of the United States Code (the

"Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is HONX, Inc. (2163). The location of the Debtor's service address in this chapter 11 case is: 1501 McKinney Street, Houston, Texas, 77010.

Rules"), Rule 2016-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Local Rules"), the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals, and (II) Granting Related Relief* [Docket No. 180] (the "Interim Compensation Order"), and the *Order Appointing The Honorable Barbara J. Houser, Retired Bankruptcy Judge for the United States Bankruptcy Court for the Northern District of Texas as Legal Representative for Future Asbestos Claimants* [Docket No. 142] (the "Appointment Order"), the Honorable Barbara J. Houser, retired Bankruptcy Judge for the United States Bankruptcy Court for the Northern District of Texas ("Ret. Judge Houser"), as legal representative for future asbestos claimants (hereinafter the "Future Claimants' Representative", the "FCR", or the "Applicant") in this chapter 11 case, through the undersigned proposed counsel, hereby files this monthly fee statement (this "Monthly Fee Statement") for (i) compensation in the amount of $96,360.00 for the reasonable and necessary legal services rendered from May 9, 2022, through and including June 30, 2022 (the "Fee Period") (80% of $120,450.00) and (ii) reimbursement in the amount of $0.00 for the actual and necessary expenses incurred by the FCR during the Fee Period.

### Itemization of Services Rendered and Disbursements Incurred

1. In support of this Monthly Fee Statement, attached are the following exhibits:

   - **Exhibit A** is a schedule of the number of hours expended and fees incurred by the FCR during the Fee Period. As reflected in **Exhibit A**, the FCR incurred $120,450.00 in fees during the Fee Period. Pursuant to this Monthly Fee Statement, the FCR seeks reimbursement for 80% of such fees ($96,360.00 in the aggregate).

   - **Exhibit B** is a schedule providing a summary of the hours billed by the FCR during this Monthly Fee Statement. The FCR expended a total of 73 hours in connection with this chapter 11 case during the Fee Period.

   - **Exhibit C** is a schedule for the Fee Period, setting forth the total amount of reimbursement sought with respect to each category of expenses for which the

FCR is seeking reimbursement in this Monthly Fee Statement. All of these disbursements comprise the requested sum for the FCR's out-of-pocket expenses.

- **Exhibit D** consists of the FCR's records of fees and expenses incurred during the Fee Period for services performed in connection with her appointment as FCR.

### Notice and Objection Procedures

2.    In accordance with the Interim Compensation Order, this Monthly Fee Statement has been served via electronic mail upon the following parties (collectively, the "Fee Notice Parties"):

(a)    The Debtor, HONX, Inc., 1501 McKinney Street, Houston, TX 77010, Attn: Todd R. Snyder (todd.snyder@psc.com);

(b)    Counsel to the Debtor, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022, Attn: Christopher T. Greco (christopher.greco@kirkland.com) and Matthew C. Fagen (matthew.fagen@kirkland.com); 300 North LaSalle, Chicago, IL 60654, Attn: Whitney C. Fogelberg (whitney.fogelberg@kirkland.com) and Jaimie Fedell (jaimie.fedell@kirkland.com); 1301 Pennsylvania Avenue, N.W., Washington, D.C. 20004, Attn: Michael F. Williams. (michael.williams@kirkland.com), Daniel T. Donovan (daniel.donovan@kirkland.com), and Alexandra L. Russell (alexandra.russell @kirkland.com);

(c)    Co-counsel to the Debtor, Jackson Walker LLP, 1401 McKinney Street, Suite 1900, Houston, TX 77010, Attn: Matthew D. Cavenaugh (mcavenaugh@jw.com), Jennifer F. Wertz (jwertz@jw.com), and Veronica A. Polnick (vpolnick@jw.com);

(d)    The Office of the United States Trustee for the Southern District of Texas, 515 Rusk Street, Suite 3516, Houston, TX 77002, Attn: Alicia Lenae Barcomb (alicia.barcomb@usdoj.gov) and Stephen D. Statham (Stephen.statham@usdoj.gov);

(e)    Proposed counsel to the Official Committee of Unsecured Creditor, Akin Gump Strauss Hauer & Feld LLP, Bank of America Tower, One Bryant Park, New York, NY 10036, Attn: Arik Preis (apreis@akingump.com), Sara Brauner (sbrauner@akingump.com), and James Salwen (jsalwen@akingump.com); and

(f)    Counsel to any other statutory committee appointed in this chapter 11 case.

3.    Pursuant to the Interim Compensation Order, objections to this this Monthly Fee Statement (an "Objection"), if any, must be served upon the Fee Notice Parties no later than twenty-one (21) days after service of this Monthly Fee Statement (the "Objection Deadline"),

setting forth the precise nature of, and basis for, the Objection and the amount of fees or expenses at issue. Upon the expiration of the Objection Deadline, the Debtor will be authorized and directed to pay the FCR an amount equal to the lesser of (a) eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in this Monthly Fee Statement that are not subject to an Objection.

4.    All fees and expenses in this Monthly Fee Statement will be included in the next interim fee application for compensation and reimbursement of expenses to be filed and served by the FCR at a later date.

### Representations

5.    Although every effort has been made to include all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Monthly Fee Statement due to delays caused by accounting and processing during the Fee Period. The FCR reserves the right to make further application to this Court for allowance of such fees and expenses not included herein. Subsequent Monthly Fee Statements will be filed in accordance with the Bankruptcy Code, the Bankruptcy Rules, Bankruptcy Local Rules, and the Interim Compensation Order.

*[Remainder of Page Intentionally Left Blank]*

WHEREFORE, the FCR requests allowance of fees and expenses incurred during the Fee Period in the total amount of $96,360.00, consisting of (a) $96,360.00, which is 80% of the fees incurred by the FCR for reasonable and necessary professional services rendered by the FCR; and (b) $0.00, for actual and necessary costs and expenses, and that such fees and expenses be paid as administrative expenses of the Debtor's estate.

Houston, Texas
Dated: July 5, 2022

O'CONNORWECHSLER PLLC

*/s/ Annie E. Catmull*
Annie E. Catmull (Texas Bar No. 00794932)
4400 Post Oak Parkway, Suite 2360
Houston, Texas 77027
Telephone: (281) 814-5977
Email: aecatmull@o-w-law.com

- and -

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Robert S. Brady (Delaware Bar No. 2847)
Edwin J. Harron (Delaware Bar No. 3396)
Joseph M. Mulvihill (Delaware Bar No. 6061)
Jared W. Kochenash (Delaware Bar No. 6557)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: rbrady@ycst.com
        eharron@ycst.com
        jmulvihill@ycst.com
        jkochenash@ycst.com

*Proposed Counsel to the Future Claimants' Representative*

29479436.2

## <u>EXHIBIT A</u>

**Summary of Fees for the Fee Period**

| Task Code | Task Description | Number of Hours | Amount of Fees |
|:---:|:---|:---:|:---:|
| B001 | Case Administration | 3.20 | $5,280.00 |
| B002 | Court Hearings | 2.80 | $4,620.00 |
| B007 | Claims Analysis, Objections and Resolutions | 3.00 | $4,950.00 |
| B008 | Meetings | 8.20 | $13,530.00 |
| B012 | Plan and Disclosure Statement | 31.50 | $51,975.00 |
| B017 | Retention of Professionals / Fee Issues | 24.30 | $40,095.00 |
| | **TOTAL:** | **73.00** | **$120,450.00** |

29479436.2

**EXHIBIT B**

**Summary of Hours Billed for the Fee Period**

| Professional | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|
| Hon. Barbara J. Houser (Ret.) | $1,650 | 73.00 | $120,450.00 |
| **TOTALS:** | | **73.00** | **$120,450.00** |

29479436.2

## <u>EXHIBIT C</u>

**Summary of Expenses for the Fee Period**

The Applicant did not incur any expenses during the Fee Period.

## **EXHIBIT D**

**Detailed Description of Fees and Expenses for the Fee Period**

# Barbara J Houser LLC

# INVOICE

| Number | 1 |
|---|---|
| Issue Date | 6/30/2022 |
| Due Date | 7/30/2022 |

## Bill To:

Honx, Inc - Case No. 22-90035

Time Entries for May 9, 2022 to May 31, 2022

| Time Entries | Task Code | Rate | Hours | Sub |
|---|---|---|---|---|
| Time<br>5/9/2022<br>Respond to email inquiries from prospective counsel for FCR | B017 | $1,650.00 | 0.30 | $495.00 |
| Time<br>5/9/2022<br>Review draft pleadings and revised draft pleadings regarding motion to appoint FCR and Houser declaration. | B017 | $1,650.00 | 1.30 | $2,145.00 |
| Time<br>5/9/2022<br>Telephone conference with debtor's counsel regarding finalization and filing of motion to appoint FCR | B017 | $1,650.00 | 0.50 | $825.00 |
| Time<br>5/9/2022<br>Various telephone conferences with prospective counsel for FCR | B017 | $1,650.00 | 1.30 | $2,145.00 |
| Time<br>5/10/2022<br>Review materials provided by prospective counsel | B017 | $1,650.00 | 0.60 | $990.00 |
| Time<br>5/10/2022<br>Telephone conference with prospective counsel for FCR | B017 | $1,650.00 | 1.00 | $1,650.00 |
| Time<br>5/10/2022<br>Participate in virtual interview with prospective counsel | B017 | $1,650.00 | 0.70 | $1,155.00 |
| Time<br>5/10/2022<br>Begin review and analysis of estimation motion and related pleadings | B007 | $1,650.00 | 1.50 | $2,475.00 |

| Time Entries | Task Code | Rate | Hours | Sub |
|---|---|---|---|---|
| Time<br>5/10/2022<br>Begin review and analysis of Independent Medical Evaluation proposal and candidates | B012 | $1,650.00 | 1.20 | $1,980.00 |
| Time<br>5/11/2022<br>Review materials provided by prospective counsel | B017 | $1,650.00 | 0.50 | $825.00 |
| Time<br>5/11/2022<br>Virtual conference with prospective counsel | B017 | $1,650.00 | 0.70 | $1,155.00 |
| Time<br>5/11/2022<br>Various telephone conferences with prospective counsel | B017 | $1,650.00 | 0.60 | $990.00 |
| Time<br>5/11/2022<br>Email exchange with debtor's counsel regarding continuance of hearing on estimation motion | B007 | $1,650.00 | 0.20 | $330.00 |
| Time<br>5/12/2022<br>Review materials from prospective counsel | B017 | $1,650.00 | 0.30 | $495.00 |
| Time<br>5/12/2022<br>Virtual conference with prospective counsel | B017 | $1,650.00 | 0.70 | $1,155.00 |
| Time<br>5/13/2022<br>Review and analyze prospective counsel submissions | B017 | $1,650.00 | 0.70 | $1,155.00 |
| Time<br>5/13/2022<br>Telephone conference with E. Harron regarding Young Conaway's selection as proposed counsel to FCR | B017 | $1,650.00 | 0.20 | $330.00 |
| Time<br>5/13/2022<br>Telephone conference or email exchanges with other prospective counsel regarding decision to hire Young Conaway | B017 | $1,650.00 | 0.30 | $495.00 |
| Time<br>5/13/2022<br>Review UST committee appointment | B017 | $1,650.00 | 0.20 | $330.00 |
| Time<br>5/16/2022<br>Review and analyze revised debtor motion to appoint FCR | B017 | $1,650.00 | 0.30 | $495.00 |
| Time<br>5/16/2022<br>Conference with counsel regarding same and work plan issues (2 emails) | B017 | $1,650.00 | 0.30 | $495.00 |
| Time<br>5/16/2022<br>Consider possible local counsel candidates | B017 | $1,650.00 | 0.20 | $330.00 |
| Time<br>5/16/2022<br>Begin review and analysis of Hess funding agreement | B012 | $1,650.00 | 1.20 | $1,980.00 |

| Time Entries | Task Code | Rate | Hours | Sub |
|---|---|---|---|---|
| Time<br>5/17/2022<br>Telephone conference with E. Harron regarding work plan and pending matters | B012 | $1,650.00 | 0.60 | $990.00 |
| Time<br>5/17/2022<br>Begin review of hearing transcripts | B002 | $1,650.00 | 0.50 | $825.00 |
| Time<br>5/17/2022<br>Continue analysis of Hess funding agreement and discuss same with counsel | B012 | $1,650.00 | 1.30 | $2,145.00 |
| Time<br>5/18/2022<br>Finish review and analysis of hearing transcripts | B002 | $1,650.00 | 1.20 | $1,980.00 |
| Time<br>5/18/2022<br>email exchange with Young Conaway paralegals regarding dockets and various administrative matters | B001 | $1,650.00 | 0.20 | $330.00 |
| Time<br>5/18/2022<br>Review and analyze recently filed pleadings and notice of 341 meeting | B001 | $1,650.00 | 0.50 | $825.00 |
| Time<br>5/18/2022<br>Email exchange with E. Harron regarding work plan and weekly meetings | B012 | $1,650.00 | 0.20 | $330.00 |
| Time<br>5/18/2022<br>Email to possible local counsel | B017 | $1,650.00 | 0.20 | $330.00 |
| Time<br>5/18/2022<br>Book flights to Houston for 6/9 341 meeting and 6/10 hearinbg | B001 | $1,650.00 | 2.00 | $3,300.00 |
| Time<br>5/19/2022<br>Review and analyze proposed work plan from E. Harron | B012 | $1,650.00 | 0.40 | $660.00 |
| Time<br>5/19/2022<br>Respond to E. Harron regarding proposed work plan | B012 | $1,650.00 | 0.10 | $165.00 |
| Time<br>5/19/2022<br>Telephone conference with possible local counsel regarding availability | B017 | $1,650.00 | 0.20 | $330.00 |
| Time<br>5/19/2022<br>Various email exchanges with possible local counsel | B017 | $1,650.00 | 0.30 | $495.00 |
| Time<br>5/20/2022<br>Telephone conference with E. Harron and A. Catmull regarding case, work plan and strategies | B012 | $1,650.00 | 0.70 | $1,155.00 |
| Time<br>5/22/2022<br>Various email exchanges regarding UCC formation and selection of counsel | B017 | $1,650.00 | 0.60 | $990.00 |

| Time Entries | Task Code | Rate | Hours | Sub |
|---|---|---|---|---|
| Time<br>5/22/2022<br>Various email exchanges with A. Preis regarding scheduling of telephone conference | B012 | $1,650.00 | 0.30 | $495.00 |
| Time<br>5/23/2022<br>Telephone conference with A. Preis regarding case issues | B012 | $1,650.00 | 0.70 | $1,155.00 |
| Time<br>5/23/2022<br>Email to E. Harron and J. Patton regarding call with A. Preis | B012 | $1,650.00 | 0.20 | $330.00 |
| Time<br>5/23/2022<br>Telephone conference with E. Harron regarding case issues | B012 | $1,650.00 | 0.30 | $495.00 |
| Time<br>5/24/2022<br>Review and exchange emails regarding June 10 hearings and rescheduling of estimation hearing | B002 | $1,650.00 | 0.70 | $1,155.00 |
| Time<br>5/25/2022<br>Review email from B. Brady regarding debtor retention applications and objection deadline | B017 | $1,650.00 | 0.30 | $495.00 |
| Time<br>5/25/2022<br>Review and analyze debtor retention applications | B017 | $1,650.00 | 0.50 | $825.00 |
| Time<br>5/25/2022<br>Respond to B. Brady regarding recommendation | B017 | $1,650.00 | 0.10 | $165.00 |
| Time<br>5/25/2022<br>Review email from E. Harron regarding status of possible Hess meeting | B008 | $1,650.00 | 0.10 | $165.00 |
| Time<br>5/25/2022<br>Telephone conference with E. Harron regarding same and regarding expert retention issues | B017 | $1,650.00 | 0.30 | $495.00 |
| Time<br>5/26/2022<br>Prepare for meeting with representatives of Hess, debtor, and UCC | B008 | $1,650.00 | 0.50 | $825.00 |
| Time<br>5/27/2022<br>Telephone conference with E. Harron in preparation for upcoming zoom meeting | B008 | $1,650.00 | 0.30 | $495.00 |
| Time<br>5/27/2022<br>Participate in zoom meeting with representatives of Hess, debtor and UCC regarding various case matters | B008 | $1,650.00 | 1.10 | $1,815.00 |
| Time<br>5/27/2022<br>Telephone conference with E. Harron and B. Brady regarding results of meeting and upcoming meeting with NERA representatives | B008 | $1,650.00 | 0.30 | $495.00 |
| Time<br>5/27/2022<br>Review email from E. Harron regarding financial advisor | B017 | $1,650.00 | 0.20 | $330.00 |

| Time Entries | Task Code | Rate | Hours | Sub |
|---|---|---|---|---|
| Time<br>5/27/2022<br>Consider possible shared retention of financial advisor with UCC | B017 | $1,650.00 | 0.30 | $495.00 |
| Time<br>5/28/2022<br>Email exchange with E. Harron regarding financial advisor retention | B017 | $1,650.00 | 0.20 | $330.00 |
| Time<br>5/31/2022<br>Review bios of NERA consultants in preparation for meeting | B017 | $1,650.00 | 0.30 | $495.00 |
| Time<br>5/31/2022<br>Participate in zoom meeting with counsel and NERA representatives | B017 | $1,650.00 | 0.70 | $1,155.00 |
| Time<br>5/31/2022<br>Telephone conference with E. Harron and B. Brady regarding UCC request for extension of objection deadline and related matters | B001 | $1,650.00 | 0.30 | $495.00 |
| Time<br>5/31/2022<br>Telephone conference with E. Harron and B. Brady regarding extension of deadline to object to FCR appointment and results of funding agreement meeting | B001 | $1,650.00 | 0.20 | $330.00 |
| | **Time Entries Total** | | **31.70** | **$52,305.00** |

| | |
|---|---|
| Total  (USD) | $52,305.00 |
| Paid | $0.00 |
| Balance | $52,305.00 |

# Barbara J Houser LLC

# INVOICE

| | |
|---|---|
| Number | 2 |
| Issue Date | 6/30/2022 |
| Due Date | 7/31/2022 |

## Bill To:

Honx, Inc - Case No. 22-90035

Time Entries for June 1, 2022 to June 30, 2022

| Time Entries | Task Code | Rate | Hours | Sub |
|---|---|---|---|---|
| Time<br>6/1/2022<br>Email exchange with E. Harron and B. Brady regarding scheduling of meeting with debtor | B008 | $1,650.00 | 0.30 | $495.00 |
| Time<br>6/1/2022<br>Various emails with FCR counsel regarding debtor's budgeting requests | B017 | $1,650.00 | 0.40 | $660.00 |
| Time<br>6/1/2022<br>Analyze likely time spent in order to prepare budget | B017 | $1,650.00 | 0.30 | $495.00 |
| Time<br>6/2/2022<br>Various email exchanges with FCR counsel regarding budgets per the debtor's request | B017 | $1,650.00 | 0.50 | $825.00 |
| Time<br>6/2/2022<br>Various email exchanges with FCR counsel and debtor counsel regarding meeting on 6/7 | B008 | $1,650.00 | 0.30 | $495.00 |
| Time<br>6/2/2022<br>Email exchange with B. Brady regarding numerous pending matters including budgets, UCC issues, debtor's intention to dual track or mediate first, and release issues | B012 | $1,650.00 | 0.40 | $660.00 |
| Time<br>6/3/2022<br>Participate in virtual meeting with E. Harron and B. Brady to discuss pending matters and case strategy | B012 | $1,650.00 | 0.90 | $1,485.00 |
| Time<br>6/3/2022<br>Review and analyze UCC requested changes to funding agreement | B012 | $1,650.00 | 0.50 | $825.00 |
| Time<br>6/3/2022<br>Review letter from debtor counsel regarding possible mediation and terms of such a mediation | B012 | $1,650.00 | 0.20 | $330.00 |
| Time<br>6/3/2022<br>Consider possible mediators to be suggested | B012 | $1,650.00 | 0.30 | $495.00 |

| Time Entries | Task Code | Rate | Hours | Sub |
|---|---|---|---|---|
| Time<br>6/3/2022<br>Review UST requested revisions to FCR retention order and various email exchanges with counsel regarding same | B017 | $1,650.00 | 0.40 | $660.00 |
| Time<br>6/3/2022<br>Begin review and analysis of the confidentiality agreement to be entered into between UCC and debtor | B012 | $1,650.00 | 0.50 | $825.00 |
| Time<br>6/3/2022<br>Various emails regarding virtual interview of potential financial advisor | B017 | $1,650.00 | 0.20 | $330.00 |
| Time<br>6/6/2022<br>Review answers provided to UCC questions | B012 | $1,650.00 | 0.30 | $495.00 |
| Time<br>6/6/2022<br>Participate in telephone conference regarding possible mediation | B012 | $1,650.00 | 0.30 | $495.00 |
| Time<br>6/6/2022<br>Telephone conference with E. Harron regarding mediation and related issues and various email exchanges regarding same | B012 | $1,650.00 | 0.50 | $825.00 |
| Time<br>6/6/2022<br>Telephone conference with C. Beckham regarding mediators and related case issues | B012 | $1,650.00 | 0.20 | $330.00 |
| Time<br>6/6/2022<br>Finish review of presentation by potential financial advisor in preparation for virtual meeting | B017 | $1,650.00 | 0.50 | $825.00 |
| Time<br>6/6/2022<br>Telephone conference with E. Harron regarding pending matters, including mediation protocol | B012 | $1,650.00 | 0.20 | $330.00 |
| Time<br>6/6/2022<br>Participate in virtual meeting with possible financial advisor to FCR | B017 | $1,650.00 | 1.00 | $1,650.00 |
| Time<br>6/6/2022<br>Virtual conference with Young Conaway attorneys in preparation for UCC telephone call | B012 | $1,650.00 | 0.40 | $660.00 |
| Time<br>6/6/2022<br>Participate in telephone conference with UCC regarding case issues | B012 | $1,650.00 | 0.60 | $990.00 |
| Time<br>6/7/2022<br>Review confidentiality agreement and email exchange regarding same | B012 | $1,650.00 | 0.50 | $825.00 |
| Time<br>6/7/2022<br>Review and revise proposed retention applications of FCR counsels and email exchange with proposed counsel regarding comments to same | B017 | $1,650.00 | 0.70 | $1,155.00 |
| Time<br>6/7/2022<br>Participate in virtual meeting with debtor counsel regarding case history | B008 | $1,650.00 | 1.00 | $1,650.00 |

| Time Entries | Task Code | Rate | Hours | Sub |
|---|---|---|---|---|
| Time<br>6/7/2022<br>Participate in virtual meeting with UCC regarding case history | B008 | $1,650.00 | 1.70 | $2,805.00 |
| Time<br>6/7/2022<br>Telephone conference with E. Harron regarding pending matters and timing of interview of FA | B017 | $1,650.00 | 0.20 | $330.00 |
| Time<br>6/9/2022<br>Review materials in preparation for virtual conference with possible FA | B017 | $1,650.00 | 0.40 | $660.00 |
| Time<br>6/9/2022<br>Various email exchanges about the status of FCR retention order and need to attend 6/10 hearing in person if no order signed | B017 | $1,650.00 | 0.40 | $660.00 |
| Time<br>6/9/2022<br>Participate in virtual interview of FA candidate | B017 | $1,650.00 | 0.60 | $990.00 |
| Time<br>6/9/2022<br>Virtual meeting with counsel to discuss FA candidates | B017 | $1,650.00 | 0.30 | $495.00 |
| Time<br>6/9/2022<br>Various telephone conversations with E. Harron regarding status of agreement to mediate and possible mediators | B012 | $1,650.00 | 0.50 | $825.00 |
| Time<br>6/9/2022<br>Various emails regarding status of hearings on 6/10 | B002 | $1,650.00 | 0.30 | $495.00 |
| Time<br>6/9/2022<br>Brief review of order appointing FCR | B017 | $1,650.00 | 0.20 | $330.00 |
| Time<br>6/9/2022<br>Participate in virtual meeting with debtor counsel regarding various matters including perspective on claim values, mediation, and 6/10 status conference | B008 | $1,650.00 | 0.90 | $1,485.00 |
| Time<br>6/9/2022<br>Telephone conference with E. Harron regarding pending issues including mediation protocol, status conference, data flow and motion to intervene | B012 | $1,650.00 | 0.40 | $660.00 |
| Time<br>6/9/2022<br>Review and revise draft intervention motion and email exchange with counsel regarding same | B012 | $1,650.00 | 1.00 | $1,650.00 |
| Time<br>6/9/2022<br>Review debtor's outline for 6/10 status conference | B002 | $1,650.00 | 0.10 | $165.00 |
| Time<br>6/10/2022<br>Review retention applications for filing and email counsel regarding same | B017 | $1,650.00 | 0.50 | $825.00 |
| Time<br>6/10/2022<br>Participate in virtual conference with counsel to discuss status and pending matters | B012 | $1,650.00 | 0.70 | $1,155.00 |

| Time Entries | Task Code | Rate | Hours | Sub |
|---|---|---|---|---|
| Time<br>6/10/2022<br>Review "final" motion to intervene on appeal and email counsel with approval | B012 | $1,650.00 | 0.30 | $495.00 |
| Time<br>6/11/2022<br>Various email exchanges among parties regarding scheduling of meeting to discuss mediation protocol | B012 | $1,650.00 | 0.40 | $660.00 |
| Time<br>6/11/2022<br>Review and revise proposed list of topics to be discussed during mediation protocol meeting | B012 | $1,650.00 | 0.50 | $825.00 |
| Time<br>6/11/2022<br>Email exchanges with E. Harron regarding same | B012 | $1,650.00 | 0.20 | $330.00 |
| Time<br>6/12/2022<br>Review proposed agenda from debtor for mediation protocol meeting | B012 | $1,650.00 | 0.20 | $330.00 |
| Time<br>6/12/2022<br>Begun analysis of claims bar date issues and various email exchanges with E. Harron regarding same | B007 | $1,650.00 | 0.50 | $825.00 |
| Time<br>6/13/2022<br>Email exchanges with E. Harron and telephone conference with E. Harron in preparation for mediation protocol call | B012 | $1,650.00 | 0.70 | $1,155.00 |
| Time<br>6/13/2022<br>Participate in telephone conference among debtor, Hess, UCC and FCR regarding mediation protocol and order | B012 | $1,650.00 | 1.40 | $2,310.00 |
| Time<br>6/13/2022<br>Review proposed confidentiality stipulation for FCR signature and email counsel regarding same | B012 | $1,650.00 | 0.30 | $495.00 |
| Time<br>6/14/2022<br>Participate in virtual meeting with NERA representatives | B017 | $1,650.00 | 0.50 | $825.00 |
| Time<br>6/14/2022<br>Review email sent by C. Greco to mediators and send email to parties including mediators | B012 | $1,650.00 | 0.30 | $495.00 |
| Time<br>6/14/2022<br>Review correspondence between debtor and FCR counsel | B012 | $1,650.00 | 0.30 | $495.00 |
| Time<br>6/14/2022<br>Email J. Mulvihill to confirm NERA contact with Bates White | B012 | $1,650.00 | 0.10 | $165.00 |
| Time<br>6/14/2022<br>Begin review and analysis of Gomez settlement documents | B012 | $1,650.00 | 0.50 | $825.00 |
| Time<br>6/15/2022<br>Review and analyze proposed mediation stipulation and order | B012 | $1,650.00 | 0.60 | $990.00 |

| Time Entries | Task Code | Rate | Hours | Sub |
|---|---|---|---|---|
| Time<br>6/15/2022<br>Review counsel's comments to the proposed mediation stipulation | B012 | $1,650.00 | 0.20 | $330.00 |
| Time<br>6/15/2022<br>Email R Brady regarding comments to proposed mediation stipulation | B012 | $1,650.00 | 0.20 | $330.00 |
| Time<br>6/15/2022<br>Email exchange with FCR counsel regarding status of NERA/Bates White connecting | B012 | $1,650.00 | 0.30 | $495.00 |
| Time<br>6/15/2022<br>Email exchanges with R. Brady regarding retention of financial advisor | B017 | $1,650.00 | 0.20 | $330.00 |
| Time<br>6/16/2022<br>Review and analyze proposed changes to mediation stipulation from UCC | B012 | $1,650.00 | 0.40 | $660.00 |
| Time<br>6/16/2022<br>Email R. Brady regarding same and forwarding FCR incremental comments | B012 | $1,650.00 | 0.10 | $165.00 |
| Time<br>6/16/2022<br>Review email and attachment from R. Brady to debtor counsel regarding mediation stipulation | B012 | $1,650.00 | 0.20 | $330.00 |
| Time<br>6/18/2022<br>Review revised mediation stipulation and email exchanges with FCR counsel regarding same | B012 | $1,650.00 | 0.60 | $990.00 |
| Time<br>6/18/2022<br>Review email exchanges between UCC and debtor counsel regarding discovery requests | B012 | $1,650.00 | 0.30 | $495.00 |
| Time<br>6/18/2022<br>Begin review and analysis of debtor discover responses and insurance information | B012 | $1,650.00 | 1.00 | $1,650.00 |
| Time<br>6/19/2022<br>Review email from R. Brady and proposed agenda for 6/20 meeting | B008 | $1,650.00 | 0.20 | $330.00 |
| Time<br>6/19/2022<br>Review proposed work plan from potential financial advisor in preparation for 6/20 meeting | B008 | $1,650.00 | 0.30 | $495.00 |
| Time<br>6/20/2022<br>Participate in meeting with FCR counsel regarding open issues including retention of FA, mediation stipulation, interim compensation order and document production | B008 | $1,650.00 | 0.40 | $660.00 |
| Time<br>6/20/2022<br>Review UCC comments to draft mediation stipulation | B012 | $1,650.00 | 0.20 | $330.00 |
| Time<br>6/20/2022<br>Review and analyze latest draft mediation stipulation | B012 | $1,650.00 | 0.40 | $660.00 |

| Time Entries | Task Code | Rate | Hours | Sub |
|---|---|---|---|---|
| Time<br>6/21/2022<br>Review "final" proposed mediation stipulation | B012 | $1,650.00 | 0.30 | $495.00 |
| Time<br>6/21/2022<br>Email E. Harron regarding "final" mediation stipulation and possible additional change | B012 | $1,650.00 | 0.20 | $330.00 |
| Time<br>6/21/2022<br>Review multiple email exchanges between debtor's counsel and UCC counsel regarding discovery issues | B012 | $1,650.00 | 0.40 | $660.00 |
| Time<br>6/21/2022<br>Review email to Co-Mediators regarding proposed "final" mediation stipulation | B012 | $1,650.00 | 0.10 | $165.00 |
| Time<br>6/21/2022<br>Various email exchanges with FCR counsel regarding budget requests from debtor | B017 | $1,650.00 | 0.50 | $825.00 |
| Time<br>6/22/2022<br>Email exchange with R. Brady regarding FCR request for change to proposed mediation stipulation | B012 | $1,650.00 | 0.20 | $330.00 |
| Time<br>6/22/2022<br>Exchange email with R. Brady regarding UCC's suggested revision to mediation stipulation | B012 | $1,650.00 | 0.20 | $330.00 |
| Time<br>6/22/2022<br>Review revised Interim Compensation Order | B017 | $1,650.00 | 0.30 | $495.00 |
| Time<br>6/22/2022<br>Email exchange with FCR counsel regarding same | B017 | $1,650.00 | 0.20 | $330.00 |
| Time<br>6/23/2022<br>Review final proposed mediation stipulation | B012 | $1,650.00 | 0.30 | $495.00 |
| Time<br>6/23/2022<br>Email exchange with R. Brady regarding virtual meeting agenda | B008 | $1,650.00 | 0.20 | $330.00 |
| Time<br>6/24/2022<br>Participate in virtual meeting with FCR counsel regarding pending matters | B008 | $1,650.00 | 0.50 | $825.00 |
| Time<br>6/24/2022<br>Review and analyze FCR insurance quotes obtained by debtor | B017 | $1,650.00 | 0.40 | $660.00 |
| Time<br>6/24/2022<br>Review communication from K. Feinberg regarding initial mediation conference | B012 | $1,650.00 | 0.10 | $165.00 |
| Time<br>6/24/2022<br>Review email from debtor counsel regarding approval of mediation stipulation | B012 | $1,650.00 | 0.20 | $330.00 |

| Time Entries | Task Code | Rate | Hours | Sub |
|---|---|---|---|---|
| Time<br>6/24/2022<br>Email exchange with FCR counsel regarding response to debtor approving mediation stipulation | B012 | $1,650.00 | 0.20 | $330.00 |
| Time<br>6/24/2022<br>Review revised proposed work plan for a financial advisor | B017 | $1,650.00 | 0.40 | $660.00 |
| Time<br>6/24/2022<br>Review email from financial advisor to UCC regarding claim data base | B007 | $1,650.00 | 0.20 | $330.00 |
| Time<br>6/24/2022<br>Email to E. Harron regarding access to data base | B007 | $1,650.00 | 0.10 | $165.00 |
| Time<br>6/25/2022<br>Review emails regarding mediation stipulation and initial mediation session | B012 | $1,650.00 | 0.50 | $825.00 |
| Time<br>6/27/2022<br>Review revised draft mediation stipulation | B012 | $1,650.00 | 0.30 | $495.00 |
| Time<br>6/27/2022<br>Email exchange with E. Harron regarding approval of mediation stipulation | B012 | $1,650.00 | 0.20 | $330.00 |
| Time<br>6/27/2022<br>Email exchange with E. Harron regarding preparation for initial mediation session | B012 | $1,650.00 | 0.30 | $495.00 |
| Time<br>6/29/2022<br>Review email from K. Feinberg regarding initial mediation conference | B012 | $1,650.00 | 0.30 | $495.00 |
| Time<br>6/29/2022<br>virtual meeting with FCR counsel in preparation for initial mediation conference | B012 | $1,650.00 | 0.50 | $825.00 |
| Time<br>6/29/2022<br>Review and analyze NERA assessment of data room and missing data | B007 | $1,650.00 | 0.40 | $660.00 |
| Time<br>6/30/2022<br>Review emails from co-mediators | B012 | $1,650.00 | 0.20 | $330.00 |
| Time<br>6/30/2022<br>Participate in virtual mediation session regarding scheduling | B012 | $1,650.00 | 1.40 | $2,310.00 |
| Time<br>6/30/2022<br>Virtual meeting with FCR counsel regarding mediation issues | B012 | $1,650.00 | 0.30 | $495.00 |
| Time<br>6/30/2022<br>Review email exchange with Judge Jones' law clerk about scheduling a meeting | B008 | $1,650.00 | 0.10 | $165.00 |

| Time Entries | Task Code | Rate | Hours | Sub |
|---|---|---|---|---|
| Time<br>6/30/2022<br>Email exchanges with J. Mulvihill regarding interim compensation order and preparation of fee statements | B017 | $1,650.00 | 0.30 | $495.00 |
| Time<br>6/30/2022<br>Email C. Beckham regarding non-tort claims | B007 | $1,650.00 | 0.10 | $165.00 |
| | | **Time Entries Total** | **41.30** | **$68,145.00** |

| | |
|---|---|
| Total  (USD) | $68,145.00 |
| Paid | $0.00 |
| Balance | $68,145.00 |