## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HONX, INC.,[1] | ) | Case No. 22-90035 (MI) |
| | ) | |
| Debtor. | ) | |
| | ) | |

## NOTICE OF JACKSON WALKER LLP'S FIRST MONTHLY
## FEE STATEMENT FOR COMPENSATION OF SERVICES RENDERED
## AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE DEBTORS
## FOR THE PERIOD FROM APRIL 28, 2022 THROUGH MAY 31, 2022

| Name of Applicant: | Jackson Walker LLP | |
|---|---|---|
| **Applicant's Role in Case:** | Counsel to Debtors | |
| **Date Order of Employment Signed:** | June 24, 2022 [Docket No. 186] | |
| | **Beginning of Period:** | **End of Period** |
| **Time period covered by this Statement:** | April 28, 2022 | May 31, 2022 |
| **Summary of Total Fees and Expenses Requested** | | |
| **Total fees requested in this Statement:** | $100,976.00 (80% of $126,220.00) | |
| **Total expenses requested in this Statement:** | $4,188.75 | |
| **Total fees and expenses requested in this Statement (exclusive of 20% Holdback):** | $105,164.75 | |
| **Total fees and expenses referenced in this Statement (inclusive of 20% Holdback):** | $130,408.75 | |
| **Summary of Attorney Fees Requested** | | |
| **Total attorney fees requested in this Statement:** | $122,612.50 | |
| **Total actual attorney hours covered by this Statement:** | 152.5 | |
| **Average hourly rate for attorneys:** | $804.02 | |
| **Summary of Paraprofessional Fees Requested** | | |
| **Total paraprofessional fees requested in this Statement:** | $3,607.50 | |
| **Total actual paraprofessional hours covered by this Statement:** | 17.9 | |
| **Average hourly rate for paraprofessionals:** | $201.54 | |

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is HONX, Inc. (2163). The location of the Debtor's service address in this chapter 11 case is: 1501 McKinney Street, Houston, Texas, 77010.

> **In accordance with the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [Docket No. 180], each party receiving notice of the monthly fee statement will have until 4:00 p.m. (Prevailing Central Time), 14 days after service of the monthly fee statement to object to the requested fees and expenses.  Upon the expiration of such 14-day period, the Debtor is authorized to pay the Professional an amount of 80% of the fees and 100% of the expenses requested in the applicable monthly fee statement.**

Pursuant to §§ 327, 330, and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-1 of the Bankruptcy Local Rules for the Southern District of Texas (the "Bankruptcy Local Rules"), and the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and (II) Granting Related Relief* (the "Fee Procedures Order") [Docket No. 180], Jackson Walker LLP ("JW"), as co-counsel to the Debtor, hereby files its *First Monthly Fee Statement for Compensation of Services Rendered and Reimbursement of Expenses as Counsel to the Debtor for the Period from April 28, 2022 through May 31, 2022* ("Monthly Fee Statement").

1.      By this Monthly Fee Statement, and pursuant to the Fee Procedures Order, JW seeks interim payment of $100,976.00 (80% of $126,220.00) as compensation for professional services rendered to the Debtor during the period from April 28, 2022 through May 31, 2022 (the "Fee Period"); and reimbursement of actual and necessary expenses in the amount of $4,188.75, for a total of $105,164.75.

2.      In support of the Monthly Fee Statement, JW submits a *Summary of Expenses for the Fee Period*, attached hereto as **Exhibit A**, a *Summary of Legal Fees by Category as Counsel for the Fee Period*, attached hereto as **Exhibit B**, and a *Detailed Record of Fees as Counsel for the Fee Period*, attached hereto as **Exhibit C**.

3.     Pursuant to the Fee Procedures Order, any party objecting to the payment of interim compensation and reimbursement of expenses shall, within fourteen (14) days of service of the Monthly Fee Statement, serve via email to JW, and the following Application Recipients (as defined in the Fee Procedures Order), a written notice setting forth the precise nature of the objection and the amount at issue (the "<u>Notice of Objection</u>") on or before 4:00 p.m. (prevailing Central Time) fourteen (14) days after service of this Monthly Fee Statement:

(a)     the Debtor, HONX, Inc., 1501 McKinney Street, Houston, Texas, 77010; Attn.: Todd R. Snyder (todd.snyder@psc.com);

(b)     co-counsel to the Debtor, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022, Attn.: Christopher T. Greco, P.C. (christopher.greco@kirkland.com) and Matthew C. Fagen (matthew.fagen@kirkland.com); Kirkland & Ellis LLP, 300 North LaSalle, Chicago, IL 60654; Attn.: Whitney C. Fogelberg (whitney.fogelberg@kirkland.com) and Jaimie Fedell (jaimie.fedell@kirkland.com); Kirkland & Ellis LLP, 1301 Pennsylvania Ave., N.W., Washington, D.C. 20004, Attn: Michael F. Williams, P.C. (michael.williams@kirkland.com), Daniel T. Donovan, P.C. (daniel.donovan@kirkland.com), and Alexandra L. Russell (alexandra.russell@kirkland.com);

(c)     co-counsel to the Debtor, Jackson Walker LLP, 1401 McKinney Street, Suite 1900, Houston, Texas 77010, Attn: Matthew D. Cavenaugh (mcavenaugh@jw.com), Jennifer F. Wertz (jwertz@jw.com), and Veronica A. Polnick (vpolnick@jw.com);

(d)     the Office of the United States Trustee for the Southern District of Texas (the "U.S. Trustee"), 515 Rusk Street, Suite 3516, Houston, Texas 77002;

(e)     counsel to the unsecured creditors' committee, Akin Gump Strauss Hauer & Feld LLP, Bank of America Tower, One Bryant Park, New York, NY 10036, Attn: Arik Preis (apreis@akingump.com), Sara Brauner (sbrauner@akingump.com), and James Salwen (jsalwen@akingump.com);

(f)     counsel to the future claimants representative, Young, Conaway, Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, DE 19801, Attn: Edwin J. Harron (eharron@ycst.com); and

(g)     counsel to any statutory committee appointed in this chapter 11 case, if any.

4.      If a Notice of Objection is timely served pursuant to the Fee Procedures Order, the objecting party and the Professional shall attempt to resolve the objection on a consensual basis. If the parties reach an agreement, the Debtor shall promptly pay JW an amount equal to 80% of the agreed-upon fees and 100% of the agreed-upon expenses.

5.      Although every effort has been made to include all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Monthly Fee Statement due to delays caused by accounting and processing during the Fee Period. JW reserves the right to make further application to this Court for allowance of such fees and expenses not included herein. Subsequent Monthly Fee Statements will be filed in accordance with the Bankruptcy Code, the Bankruptcy Rules, and the Fee Procedures Order.

Dated: July 21,2022

/s/ *Jennifer F. Wertz*
**JACKSON WALKER LLP**
Matthew D. Cavenaugh (TX Bar No. 24062656)
Jennifer F. Wertz (TX Bar No. 24072822)
Veronica A. Polnick (TX Bar No. 24079148)
1401 McKinney Street, Suite 1900
Houston, TX 77010
Telephone:    (713) 752-4200
Facsimile:    (713) 752-4221
Email: mcavenaugh@jw.com
Email: jwertz@jw.com
Email: vpolnick@jw.com

*Co-Counsel to the Debtor and Debtor in Possession*

## <u>EXHIBIT A</u>

### SUMMARY OF EXPENSES FOR THE FEE PERIOD

| EXPENSE | TOTAL |
|---|---|
| Airfare | $506.20 |
| Hotel | $777.71 |
| Taxi Expense | $191.71 |
| Filing Fees | $2,088.00 |
| Flight wifi | $8.00 |
| Hearing Transcript | $326.70 |
| Hearing Transcript | $290.40 |
| **TOTAL** | **$4,188.75** |

**EXHIBIT B**

**SUMMARY OF LEGAL FEES AND EXPENSES
BY CATEGORY FOR THE FEE PERIOD**

|  | DESCRIPTION | LEGAL FEES | EXPENSES | TOTAL |
|---|---|---|---|---|
| 110 | Case Administration | $58,785.50 | | |
| 115 | Reporting | $2,740.00 | | |
| 140 | Relief from Automatic Stay and Adequate Protection | $23,781.50 | | |
| 150 | Meetings and Communications with Creditors | $1,619.50 | | |
| 160 | Fee/Employment Applications | $24,237.50 | | |
| 210 | Business Operations | $61.50 | | |
| 230 | Financing and Cash Collateral | $1,233.00 | | |
| 310 | Claims Administration and Objections | $12,761.50 | | |
| | **Totals** | **$126,220.00** | **$4,188.75** | **$130,408.75** |

| | |
|---|---|
| Total Fees for Fee Period | **$126,220.00** |
| 20% Fee Holdback for Fee Period | $25,244.00 |
| **80% of Fees Amount for Fee Period** | **$100,976.00** |
| Expenses for Fee Period | $4,188.75 |
| **TOTAL REQUEST** | **$105,164.75** |

## EXHIBIT C

## DETAILED RECORD OF FEES FOR THE FEE PERIOD

| Date | Timekeeper | Hours | Amount | Description |
|------|-----------|-------|--------|-------------|
| **Case Administration:** | | | | |
| 04/28/22 | E. Freeman | 7.3 | 6,935.00 | Finalize first day pleadings for filing (3.8); review orders issued by the Court (.6); confer regarding strategy (2.9). |
| 04/28/22 | K. Gradney | 1.8 | 369.00 | Coordinate new case filing including review of petitions for accuracy (.2); review drafts of first day pleadings for accuracy and compliance with local rules and prepare and finalize same for filing (.9); prepare adversary cover sheet for TRO (.2); finalize and prepare for filing Complaint and TRO (.2); multiple email correspondence with KE and JW teams regarding same (.3). |
| 05/02/22 | M. Cavenaugh | 4.7 | 4,465.00 | Prepare for (3.4) and attend first day hearing (1.3). |
| 05/02/22 | C. Cameron | 1.3 | 565.50 | Attend first day hearing. |
| 05/02/22 | V. Polnick | 2.0 | 1,370.00 | Prepared for (.7) and attended first day hearings (1.3) |
| 05/02/22 | E. Vesely | 1.3 | 760.50 | Attend first day hearing. |
| 05/02/22 | K. Gradney | 1.4 | 287.00 | Attend first day hearing (1.3); update calendar with emergency hearing setting (.1). |
| 05/03/22 | M. Cavenaugh | 3.8 | 3,610.00 | Review and evaluate case administration including post-filing workstreams and upcoming conference with management/advisor teams. |
| 05/03/22 | V. Polnick | 2.5 | 1,712.50 | Reviewed and revised creditor matrix order and attachments including proof of claim forms, notice of commencement, and suggestion of bankruptcy. |
| 05/03/22 | K. Gradney | 1.5 | 307.50 | Multiple edits to order appointing independent medical examiner as required by the Court (.9); multiple email correspondence regarding same and edits thereto (.4); finalize order for filing (.2) |

| Date | Timekeeper | Hours | Amount | Description |
|------|-----------|-------|--------|-------------|
| 05/04/22 | M. Cavenaugh | 2.1 | 1,995.00 | Correspond with K&E team re postpetition workstream organization and next steps (.9); review reporting obligations summary (.8); correspond with JW team re same (.4). |
| 05/04/22 | J. Wertz | 0.1 | 69.50 | Correspondence concerning indefinite deadline in creditor matrix order. |
| 05/04/22 | V. Polnick | 3.0 | 2,055.00 | Reviewed creditor matrix order and related documents including proof of claim forms, notice of commencement, and discussed with KE team. |
| 05/04/22 | K. Gradney | 0.5 | 102.50 | Review court docket for recently filed pleadings and entered orders and calculate and docket related deadlines. |
| 05/04/22 | K. Gradney | 0.2 | 41.00 | Review adversary docket for appeal filings and calculate and docket related deadlines. |
| 05/04/22 | K. Gradney | 0.1 | 20.50 | Prepare for transmission to US Trustee updated creditor matrix. |
| 05/05/22 | M. Cavenaugh | 4.0 | 3,800.00 | Review HONX chapter 11 case materials re upcoming priority items (1.5); prepare for and participate in telephone conference with K&E team re chapter 11 planning (1.5); telephone conference with K&E team re coordination meeting agenda (1.0) |
| 05/05/22 | E. Freeman | 4.0 | 3,800.00 | Confer regarding strategy (2.0); review representative matters (2.0). |
| 05/05/22 | V. Polnick | 0.5 | 342.50 | Revised creditor matrix order and related documents. |
| 05/06/22 | K. Gradney | 0.3 | 61.50 | Prepare for filing notice of IME and various pro hac vice motions. |
| 05/09/22 | M. Cavenaugh | 1.3 | 1,235.00 | Correspond with K&E team re initial operating report (.4); correspond K&E teams re exhibit and witness lists (.4); prepare for and attend conference with K&E team re diligence issues (.5). |
| 05/09/22 | K. Gradney | 0.1 | 20.50 | Prepare and finalize for filing pro hac vice motions for S McVay and W Fogelberg. |

2

| Date | Timekeeper | Hours | Amount | Description |
|------|-----------|-------|--------|-------------|
| 05/09/22 | K. Gradney | 0.2 | 41.00 | Prepare for filing the motion to appoint Ret Judge Barbara Houser as representative of asbestos litigation claimants (.2). |
| 05/10/22 | V. Polnick | 5.0 | 3,425.00 | Discussed various creditor matrix issues with KE team including review of documents related to same (4.0); communicated with chambers and team regarding hearing settings and noticing (1.0) |
| 05/10/22 | K. Gradney | 0.2 | 41.00 | Prepare for filing list of top 20 law firms. |
| 05/11/22 | K. Gradney | 0.1 | 20.50 | Review notice of appeal and calculate related deadlines. |
| 05/12/22 | M. Cavenaugh | 2.1 | 1,995.00 | Correspond with K&E team re postpetition workstream organization and next steps (.9); review reporting obligations summary (.8); correspond with JW team re same (.4). |
| 05/16/22 | K. Gradney | 0.4 | 82.00 | Review court docket and recently filed pleadings and entered orders and calculate related deadlines. |
| 05/19/22 | M. Cavenaugh | 3.3 | 3,135.00 | Attend portion of telephone conference with K&E team re case status (.3); draft chapter 11 timeline and correspond with K&E team re same (2.5); review and analyze recent docket entries (.5) |
| 05/23/22 | M. Cavenaugh | 2.6 | 2,470.00 | Correspond with multiple parties re works in progress and next steps (1.3); review and revise work in process summary (.9); correspond with KE team re same (.4). |
| 05/23/22 | V. Polnick | 1.0 | 685.00 | Coordinated with JW and KE teams regarding various filings and procedural matters. |
| 05/24/22 | V. Polnick | 2.5 | 1,712.50 | Coordinated regarding hearing times, creditor matrix order, related documents. |
| 05/24/22 | V. Polnick | 1.0 | 685.00 | Attend WIP call. |
| 05/25/22 | V. Polnick | 0.5 | 342.50 | Reviewed US Trustee comments to creditor matrix order. |
| 05/26/22 | V. Polnick | 1.0 | 685.00 | Discussed various case posture matters and current workstreams with KE and JW teams. |

3

| Date | Timekeeper | Hours | Amount | Description |
|------|-----------|-------|--------|-------------|
| 05/27/22 | M. Cavenaugh | 1.1 | 1,045.00 | Prepare for and attend telephone conference with KE team re work in process and priority workstreams (.7); correspond with Akin and JW team re same (.4). |
| 05/27/22 | B. Ruzinsky | 1.5 | 1,477.50 | Participate in HONX, Hess, UCC call on case status and manner of proceeding (1.0); participate in portion of follow up debrief call (0.40); emails from/to Jan Baker regarding weekend call (0.10). |
| 05/27/22 | V. Polnick | 1.0 | 685.00 | Introductory call with UCC, KE team, and FCR group. |
| 05/29/22 | M. Cavenaugh | 1.7 | 1,615.00 | Prepare for (.7) and attend strategy call with independent directors (1.0) |
| 05/29/22 | B. Ruzinsky | 1.6 | 1,576.00 | Participate in call with Jan Baker, Matt Kahn, Matt Cavenaugh, and Liz Freeman regarding case status and manner of proceeding (1.0); follow up call with Matt Cavenaugh and Liz Freeman regarding same (0.20); emails from Matt Cavenaugh and others regarding Burns Charest LLP (0.20); email from Matt Cavenaugh regarding Warren's message to Hess (0.20). |
| 05/30/22 | M. Cavenaugh | 2.3 | 2,185.00 | Assist in development of workstreams processes. |
| 05/31/22 | M. Cavenaugh | 1.7 | 1,615.00 | Prepare for and attend PMO conference with advisor teams to discus WIP and next steps. |
| 05/31/22 | V. Polnick | 0.5 | 342.50 | WIP call with KE and UCC groups. |
| Total Case Administration | | 75.1 | $ 59,785.50 | |

**Reporting**:

| Date | Timekeeper | Hours | Amount | Description |
|------|-----------|-------|--------|-------------|
| 05/12/22 | V. Polnick | 2.0 | 1,370.00 | Discussions with KE team and US Trustee office regarding open issues following chapter 11 filing. |
| 05/17/22 | V. Polnick | 2.0 | 1,370.00 | Discussed 341 meeting setting and bar date matters with UST, KE, and JW teams. |
| Total Reporting | | 4.0 | $ 2,740.00 | |

**Relief from Stay/Adequate Protection Proceedings**:

4

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| 04/28/22 | M. Cavenaugh | 3.4 | 3,230.00 | Plan and prepare for contested adversary proceeding seeking extension of the automatic stay. |
| 04/29/22 | M. Cavenaugh | 5.7 | 5,415.00 | Prepare for (4.2) and attend emergency hearing for extension of the automatic stay (1.5). |
| 04/29/22 | E. Freeman | 6.0 | 5,700.00 | Prepare for the TRO hearing (2.2); Confer regarding strategy for the TRO hearing (2.3); attend the hearing (1.5). |
| 04/29/22 | C. Cameron | 1.5 | 652.50 | Attend hearing on TRO. |
| 04/29/22 | V. Polnick | 5.5 | 3,767.50 | Prepare for TRO hearing (4.0); attend TRO hearing (1.5). |
| 04/29/22 | E. Vesely | 1.5 | 877.50 | Attend hearing on TRO. |
| 04/29/22 | K. Gradney | 3.5 | 717.50 | Prepare for (2.0) and attend emergency hearing on TRO (1.5). |
| 05/03/22 | E. Freeman | 3.2 | 3,040.00 | Confer regarding order on automatic stay as it pertains to Hess. |
| 05/03/22 | V. Polnick | 0.5 | 342.50 | Call with KE regarding automatic stay concerns regarding Hess. |
| 05/23/22 | D. Trevino | 0.2 | 39.00 | Finalized for filing the Appellee's Designation of Additional Items on Appeal. |
| Total Relief from Stay/Adequate Protection Proceedings | | 31.0 | $ 23,781.50 | |

**Meetings of and Communications with Creditors:**

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| 05/03/22 | J. Wertz | 1.1 | 764.50 | Review sample asbestos claimant claim forms provided by Stretto in other cases (.9) and correspond with V. Polnick concerning same (.2) |
| 05/13/22 | E. Freeman | 0.9 | 855.00 | Review and confer regarding the committee appointment and strategy. |
| Total Meetings of and Communications with Creditors | | 2.0 | $ 1,619.50 | |

**Fee/Employment Applications:**

33185058v.3 162050/00001

| Date | Timekeeper | Hours | Amount | Description |
|------|-----------|-------|--------|-------------|
| 05/03/22 | V. Polnick | 2.5 | 1,712.50 | Reviewed and revised various retention applications. |
| 05/04/22 | J. Wertz | 0.2 | 139.00 | Correspond with V. Polnick concerning Stretto inquiry with respect to retention practice in SDTX. |
| 05/04/22 | V. Polnick | 4.2 | 2,877.00 | Reviewed and revised various retention applications and communicated with KE team regarding same. |
| 05/05/22 | J. Wertz | 0.2 | 139.00 | Correspondence concerning proposed order of retention providing that compensation does not constitute bonus or fee enhancement. |
| 05/05/22 | V. Polnick | 2.0 | 1,370.00 | Reviewed and revised various retention applications and discussed with KE team. |
| 05/09/22 | V. Polnick | 3.0 | 2,055.00 | Revised various retention applications and discussed with KE team. |
| 05/11/22 | V. Polnick | 2.5 | 1,712.50 | Reviewed and revised KE and Bates White retention applications (2.0); discussed with KE team and Bates White team. (.5) |
| 05/12/22 | V. Polnick | 1.5 | 1,027.50 | Revise various retention applications. |
| 05/12/22 | K. Gradney | 0.2 | 41.00 | Finalize for filing KE retention application (.1); calculate objection deadline for same (.1). |
| 05/13/22 | V. Argeroplos | 0.5 | 292.50 | Review and revise Bates White retention application for filing. |
| 05/13/22 | V. Polnick | 1.0 | 685.00 | Coordinated filing of retention applications. |
| 05/16/22 | J. Wertz | 0.3 | 208.50 | Correspond with V. Polnick concerning need to correct retention applications. |
| 05/16/22 | V. Polnick | 1.3 | 890.50 | Reviewed corrected retention applications and approved for filing. |
| 05/17/22 | J. Wertz | 1.9 | 1,320.50 | Draft application to retain Jackson Walker as co counsel including declaration of M. Cavenaugh in support of same. |
| 05/17/22 | V. Polnick | 3.0 | 2,055.00 | Revise corrected retention applications and approved for filing. |
| 05/17/22 | K. Gradney | 0.5 | 102.50 | Finalize for filing TRS retention application. |

| Date | Timekeeper | Hours | Amount | Description |
|------|-----------|-------|--------|-------------|
| 05/18/22 | V. Polnick | 0.6 | 411.00 | Communicated with the UST and KE regarding UST comments to various retention applications. |
| 05/19/22 | J. Wertz | 0.2 | 139.00 | Review comments from UST to Piper Sadler retention circulated by S. Statham. |
| 05/19/22 | D. Trevino | 2.3 | 448.50 | Update Schedule to declaration in support of Jackson Walker retention application. |
| 05/23/22 | D. Trevino | 0.1 | 19.50 | Create comparison document for the Interim Compensation Motion. |
| 05/24/22 | J. Wertz | 0.5 | 347.50 | Correspondence concerning schedules of parties to application to retain Jackson Walker. |
| 05/24/22 | V. Polnick | 1.5 | 1,027.50 | Revise interim compensation motion. |
| 05/24/22 | D. Trevino | 0.2 | 39.00 | Create comparison document for the Interim Compensation Motion. |
| 05/24/22 | D. Trevino | 1.2 | 234.00 | Continued draft of schedules for retention application. |
| 05/25/22 | J. Wertz | 0.7 | 486.50 | Final revisions to draft retention application for Jackson Walker (.5); correspond with M. Cavenaugh concerning declaration in support of same (.2) |
| 05/25/22 | V. Polnick | 0.5 | 342.50 | Discussed UST comments to fee applications. |
| 05/25/22 | D. Trevino | 1.6 | 312.00 | Finalize draft of schedules for the JW retention application. |
| 05/27/22 | J. Wertz | 0.3 | 208.50 | Correspond with V. Polnick concerning final draft of application to retain Jackson Walker and approval to file same. |
| 05/27/22 | V. Polnick | 1.5 | 1,027.50 | Discussed UST comments to retention applications with KE Team. |
| 05/31/22 | J. Wertz | 0.1 | 69.50 | Correspondence concerning approval to file application to retain Jackson Walker. |
| 05/31/22 | V. Polnick | 3.5 | 2,397.50 | Coordinated approval and filing of the JW retention application. |
| 05/31/22 | K. Gradney | 0.2 | 41.00 | Update Jackson Walker retention application. |

33185058v.3 162050/00001

| Date | Timekeeper | Hours | Amount | Description |
|------|-----------|-------|--------|-------------|
| 05/31/22 | D. Trevino | 0.3 | 58.50 | Edits to the JW retention application (.1); compile and finalize same for filing (.1) Coordinate service (.1) |
| Total Fee/Employment Applications | | 40.1 | $ 24,237.50 | |

**Business Operations**:

| Date | Timekeeper | Hours | Amount | Description |
|------|-----------|-------|--------|-------------|
| 05/01/22 | K. Gradney | 0.3 | 61.50 | Prepare comparison documents and second day relief for attorney review. |
| Total Business Operations | | 0.3 | $ 61.50 | |

**Financing/Cash Collections**:

| Date | Timekeeper | Hours | Amount | Description |
|------|-----------|-------|--------|-------------|
| 05/02/22 | V. Polnick | 1.8 | 1,233.00 | Reviewed and provided comment to funding agreement and post hearing filings. |
| Total Financing/Cash Collections | | 1.8 | $ 1,233.00 | |

**Claims Administration and Objections**:

| Date | Timekeeper | Hours | Amount | Description |
|------|-----------|-------|--------|-------------|
| 05/03/22 | V. Polnick | 0.6 | 411.00 | Reviewed claims estimation motion. |
| 05/05/22 | J. Wertz | 1.1 | 764.50 | Review of claims estimation motion and proposed order as amended with updated dates. |
| 05/06/22 | E. Freeman | 3.2 | 3,040.00 | Discuss litigation strategy (.3); review and comment on drafts (2.9). |
| 05/09/22 | V. Polnick | 1.5 | 1,027.50 | Discussed hearing strategy and timing with KE regarding FCR motion and estimation motion. |
| 05/10/22 | K. Gradney | 0.2 | 41.00 | Prepare and finalize for filing notice of hearing on estimation motion (.1); coordinate service of same (.1). |
| 05/11/22 | V. Polnick | 2.0 | 1,370.00 | Revise asbestos proof of claim form (1.5) and discussed with KE and JW teams (.5). |
| 05/11/22 | V. Polnick | 0.3 | 205.50 | Reviewed reply to IME objection. |
| 05/12/22 | E. Freeman | 2.5 | 2,375.00 | Review and comment on the IME matters. |
| 05/13/22 | E. Freeman | 1.7 | 1,615.00 | Confer regarding the notice of commencement and bar date issues (.8); review and comment on drafts (.9). |

8

| Date | Timekeeper | Hours | Amount | Description |
|------|-----------|-------|--------|-------------|
| 05/13/22 | V. Polnick | 1.5 | 1,027.50 | Discussions with US Trustee office and KE team regarding proof of claim form and other open issues. |
| 05/27/22 | J. Wertz | 0.3 | 208.50 | Review proposed form of notice of hearing on estimation motion (.2) and correspond with V. Polnick concerning same (.1). |
| 05/31/22 | J. Wertz | 0.1 | 69.50 | Correspondence concerning form of notice of hearing prior to filing same for estimation motion. |
| 05/31/22 | V. Polnick | 0.8 | 548.00 | Communicated with KE team regarding estimation motion hearing and notice. |
| 05/31/22 | D. Trevino | 0.3 | 58.50 | Edits and comparison document created for the Notice of Hearing regarding the estimation motion. |
| Total Claims Administration and Objections | | 16.1 | $ 12,761.50 | |

9