**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HONX, INC.,[1] | ) | Case No. 22-90035 (MI) |
| | ) | |
| Debtor. | ) | |
| | ) | |

**AMENDED[2] FIRST MONTHLY FEE STATEMENT OF AKIN GUMP STRAUSS HAUER &**
**FELD LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT**
**OF EXPENSES AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED**
**CREDITORS FOR THE PERIOD FROM MAY 21, 2022 THROUGH MAY 31, 2022**

> In accordance with the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals, and (II) Granting Related Relief* [ECF No. 180], each Application Recipient receiving notice of this monthly fee statement shall have until 4:00 p.m. (CT), 21 days after service of this monthly fee statement to object to the fees and expenses requested herein.  Upon the expiration of such 21-day period, the Debtor is authorized and directed to pay 80% of the fees and 100% of the expenses requested in this monthly fee statement that are not subject to an objection.

---

[1]  The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is HONX, Inc. (2163).  The location of the Debtor's service address in this chapter 11 case is:  1501 McKinney Street, Houston, Texas, 77010.

[2] This amended First Monthly Fee Statement corrects the inadvertent omission of **Exhibit B** and **Exhibit C** from the original First Monthly Fee Statement [ECF No. 240] due to a clerical error.  For the avoidance of doubt, no other changes have been made between this amended First Monthly Fee Statement and the version previously filed.

| Name of Professional: | Akin Gump Strauss Hauer & Feld LLP |
|---|---|
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date Order of Employment Signed: | July 18, 2022, *nunc pro tunc* to May 21, 2022 [ECF No. 210] |
| Time Period Covered: | May 21, 2022 – May 31, 2022 |
| Total Fees Sought: | $376,624.00[3] |
| Amount of retainer received in case: | N/A |
| Total professional fees covered by this statement: | $366,139.00 |
| Total professional hours covered by this statement: | 288.70 |
| Average hourly rate for professionals: | $1,265.83 |
| Total paraprofessional fees covered by this statement: | $10,485.00 |
| Total paraprofessional hours covered by this statement: | 23.00 |
| Average hourly rate for paraprofessionals: | $447.50 |
| Reimbursable expenses sought in this statement: | $40.00 |
| Payment requested: | |
|     80% Fees | $301,299.20 |
|     100% Expenses | $40.00 |
|     Total: | $301,339.20 |

Pursuant to sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-1 of the Bankruptcy Local Rules of the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Local Rules"), the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals, and (II) Granting Related Relief* [ECF No. 180] (the "Interim Compensation Order"), and the *Order Authorizing the Official Committee of Unsecured Creditors of HONX, Inc. to Retain and Employ Akin Gump Strauss Hauer & Feld LLP as Counsel, Effective as of May 21, 2022* [ECF No. 210], the law firm of Akin Gump Strauss Hauer & Feld LLP ("Akin Gump"), as counsel to the Official

---

[3] The total fees sought in this First Monthly Fee Statement reflect a voluntary reduction of $26,748.00.

Committee of Unsecured Creditors (the "Committee") appointed in this chapter 11 case, hereby submits this *Amended First Monthly Fee Statement of Akin Gump Strauss Hauer & Feld LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period from May 21, 2022 to May 31, 2022* (the "First Monthly Fee Statement").  By the First Monthly Fee Statement and pursuant to the Interim Compensation Order, Akin Gump seeks interim payment of (i) $301,299.20 (80% of $376,624.00) as compensation for professional services rendered to the Committee and (ii) $40.00 for reimbursement of actual and necessary expenses, for a total of $301,339.20 for the period May 21, 2022 through and including May 31, 2022 (the "Fee Period").  Pursuant to the Interim Compensation Order, the Application Recipients have until 4:00 p.m. (CT) on the twenty-first day following service of this First Monthly Fee Statement to object to the requested fees and expenses.

## Itemization of Services Rendered and Expenses Incurred

1.     In support of this First Monthly Fee Statement, attached are the following exhibits:

- **Exhibit A** is a schedule of the number of hours expended and fees incurred (on an aggregate basis) by Akin Gump partners, counsel, associates, consultants and paraprofessionals during the Fee Period with respect to each of the subject matter categories Akin Gump established in accordance with its internal billing procedures.  As reflected in Exhibit A, Akin Gump incurred $376,624.00 in fees during the Fee Period.  Pursuant to this First Monthly Fee Statement, Akin Gump seeks compensation in the amount of $301,299.20 or 80% of such fees.

- **Exhibit B** is a schedule providing certain information regarding the Akin Gump attorneys and paraprofessionals for whose work on this chapter 11 case compensation is sought in this First Monthly Fee Statement.  Attorneys and paraprofessionals of Akin Gump expended a total of 311.70 hours in connection with this chapter 11 case during the Fee Period.

- **Exhibit C** is a schedule setting forth the amount sought with respect to each category of expenses for which reimbursement is sought in this First Monthly Fee Statement.  This First Monthly Fee Statement seeks reimbursement of expenses in the aggregate total amount of $40.00.

- **<u>Exhibit D</u>** consists of Akin Gump's detailed records of fees and expenses incurred during the Fee Period in rendering professional services to the Committee.

<u>**Representations**</u>

2.     Although Akin Gump has used its reasonable best efforts to include all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this First Monthly Fee Statement due to delays caused by accounting and processing during the Fee Period. Akin Gump reserves the right to seek payment of such fees and expenses not included herein. Subsequent monthly fee statements will be submitted in accordance with the Bankruptcy Code, the Bankruptcy Rules, the Bankruptcy Local Rules and the Interim Compensation Order.

[*Remainder of page intentionally left blank.*]

Dated: August 11, 2022                    Respectfully Submitted,

                                          **AKIN GUMP STRAUSS HAUER & FELD LLP**

                                          /s/ *Marty L. Brimmage, Jr.*
                                          Marty L. Brimmage, Jr. (State Bar No. 00793386;
                                          S.D. Tex. 30464)
                                          2300 N. Field Street, Suite 1800
                                          Dallas, TX 75201-2481
                                          Telephone: (214) 969-2800
                                          Facsimile: (214) 969-4343
                                          Email: mbrimmage@akingump.com

                                          -and-

                                          Arik Preis (admitted *pro hac vice*)
                                          Mitchell P. Hurley (admitted *pro hac vice*)
                                          Sara L. Brauner (admitted *pro hac vice*)
                                          Theodore James Salwen (admitted *pro hac vice*)
                                          One Bryant Park
                                          New York, NY 10036-6745
                                          Telephone: (212) 872-1000
                                          Facsimile: (212) 872-1002
                                          Email: apreis@akingump.com
                                          Email: mhurley@akingump.com
                                          Email: sbrauner@akingump.com
                                          Email: jsalwen@akingump.com

                                          *Counsel to the Official Committee of Unsecured*
                                          *Creditors of HONX, Inc.*

**CERTIFICATE OF SERVICE**

I certify that on August 11, 2022, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Marty L. Brimmage, Jr.*
Marty L. Brimmage, Jr.

**EXHIBIT A**

**Summary of Hours Expended and Fees Incurred by Project Category**

| Matter Number | Matter Description | Total Hours Billed | Total Fees Requested |
|---|---|---|---|
| 2 | Case Administration | 19.60 | $17,696.00 |
| 3 | Akin Gump Fee Application/Monthly Billing Reports | 1.70 | $1,861.50 |
| 4 | Analysis of Other Professionals fee Applications/Reports | 3.80 | $4,292.00 |
| 6 | Retention of Professionals | 50.30 | $53,320.50 |
| 7 | Creditors Committee Matters/Meetings (including 341 Meetings) | 141.70 | $175,634.50 |
| 8 | Hearings and Court Matters/Court Preparation | 8.90 | $13,435.50 |
| 10 | DIP, Cash Collateral Usage, Adequate Protection and Exit Financing | 20.60 | $31,554.00 |
| 12 | General Claims Analysis/Claims Objections | 53.20 | $63,441.00 |
| 13 | Analysis of Pre-Petition Transactions | 9.60 | $12,258.50 |
| 17 | Adversary Proceedings | 2.30 | $3,130.50 |
| | **Totals** | **311.70** | **$376,624.00** |

## EXHIBIT B

### Summary of Timekeepers Included in Fee Period

| TIMEKEEPER | DEPT. | BAR ADMISSION | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| **PARTNERS** | | | | | |
| PREIS, ARIK | FRS | 2001 | $1,775.00 | 47.30 | $83,957.50 |
| BRAUNER, SARA L. | FRS | 2011 | $1,400.00 | 38.80 | $54,320.00 |
| HURLEY, MITCHELL P. | LIT | 1997 | $1,775.00 | 18.20 | $32,305.00 |
| BRIMMAGE, MARTY JR. | LIT | 1995 | $1,775.00 | 6.80 | $12,070.00 |
| WETWISKA, JIM R. | LIT | 1992 | $1,345.00 | 10.60 | $14,257.00 |
| WELKIS, SCOTT | COR | 1997 | $1,565.00 | 7.50 | $11,737.50 |
| **COUNSEL** | | | | | |
| SALWEN, JAMES | FRS | 2017 | $1,095.00 | 89.40 | $97,893.00 |
| NEWDECK, JOANNA | FRS | 2006 | $1,300.00 | 9.20 | $11,960.00 |
| **ASSOCIATES** | | | | | |
| DOSS, MALAK | FRS | 2020 | $880.00 | 9.60 | $8,448.00 |
| CARRILLO, C. ALAN | FRS | 2018 | $880.00 | 18.00 | $15,840.00 |
| LEGGIERO, ANGELINE C. | FRS | 2022 | $710.00 | 18.70 | $13,277.00 |
| GAFFORD, MADISON M. | LIT | 2020 | $690.00 | 14.60 | $10.074.00 |
| **PARAPROFESSIONALS** | | | | | |
| KEMP, BRENDA R. | FRS | -- | $420.00 | 8.00 | $3,360.00 |
| KRASA, DAGMARA K. | FRS | -- | $475.00 | 15.00 | $7,125.00 |
| **TOTALS** | | | | **311.70** | **$376,624.00** |

Key: FRS = Financial Restructuring; COR = Corporate; LIT = Litigation

## EXHIBIT C

### Summary of Expenses for the Fee Period

| Expense Category | Amount ($) |
|---|---:|
| Courier Service/Messenger Service | $40.00 |
| **TOTAL** | **$40.00** |

## **EXHIBIT D**

**Detailed Description of Services and Expenses**



HONX, INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS
900 JACKSON STREET
STE. 500
DALLAS, TX  75202
ATTN: WARREN T BURNS

| | |
|---|---|
| Invoice Number | 1999646 |
| Invoice Date | 08/10/22 |
| Client Number | 105465 |
| Matter Number | 0001 |

Re: RESTRUCTURING

FOR PROFESSIONAL SERVICES RENDERED:

MATTER SUMMARY OF TIME BILLED BY TASK :

| | | HOURS | VALUE |
|---|---|---|---|
| 0002 | Case Administration | 19.60 | $17,696.00 |
| 0003 | Akin Gump Fee Application/Monthly Billing Reports | 1.70 | $1,861.50 |
| 0004 | Analysis of Other Professionals Fee Applications/Reports | 3.80 | $4,292.00 |
| 0006 | Retention of Professionals | 50.30 | $53,320.50 |
| 0007 | Creditors Committee Meetings/Meetings (including 341 Meetings) | 141.70 | $175,634.50 |
| 0008 | Hearings and Court Matters/Court Preparation | 8.90 | $13,435.50 |
| 0010 | DIP, Cash Collateral Usage, Adequate Protection and Exit Financing | 20.60 | $31,554.00 |
| 0012 | General Claims Analysis/Objections (including Estimation, DOJ Settlement) | 53.20 | $63,441.00 |
| 0013 | Analysis of Pre-Petition Transactions | 9.60 | $12,258.50 |
| 0017 | Adversary Proceedings (including Preliminary Injunction Motion and TRO) | 2.30 | $3,130.50 |
| | TOTAL | 311.70 | $376,624.00 |

HONX, INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS | Page 2
Invoice Number: 1999646 | August 10, 2022

| Date | Tkpr | Task | | Hours | Value |
|------|------|------|---|-------|-------|
| 05/21/22 | EYP | 0007 | Call with members of Kirkland team re case issues and next steps (.5); correspondence with members of Kirkland team re same (.5); call with W. Burns [Burns Charest] re various UCC issues (.3); correspondence with members of Akin team re various UCC issues (.6); call with J. Salwen re same (.2). | 2.10 | $3,727.50 |
| 05/21/22 | EYP | 0012 | Review of past pleadings (.3); analyze issues in connection with same (.3). | 0.60 | $1,065.00 |
| 05/21/22 | TJS | 0007 | Call with A. Preis re case background (.2); review first day pleadings and related material (1.9). | 2.10 | $2,299.50 |
| 05/21/22 | ACL | 0007 | Correspond with FR team members re bylaws and other UCC matters (.5); draft Committee bylaws (2.7). | 3.20 | $2,272.00 |
| 05/21/22 | CAC | 0002 | Monitor docket and circulate updates to Akin team (.4); coordinate creation of email distribution lists (.3); correspondence with FR team members re same and related issues (.5). | 1.20 | $1,056.00 |
| 05/21/22 | MSD | 0007 | Review background materials in connection with representation (.8); correspondence with FR team members re same (.1). | 0.90 | $792.00 |
| 05/22/22 | JRW | 0008 | Review April 29 hearing transcript. | 1.60 | $2,152.00 |
| 05/22/22 | JRW | 0012 | Analyze Court Order on IME and protocol for claimant selection (.6); analyze IME protocol issues for claimants who have undergone prior examinations (.5). | 1.10 | $1,479.50 |
| 05/22/22 | SLB | 0007 | Review background materials (2.3); review correspondence among members of FR team re same (.8). | 3.10 | $4,340.00 |
| 05/22/22 | EYP | 0007 | Call with W. Burns [Burns Charest] re engagement and various UCC issues (.5); correspondence with members of Akin team re case issues (1.0); correspondence with company and UCC members re engagement and background (1.5). | 3.00 | $5,325.00 |
| 05/22/22 | EYP | 0008 | Analyze past hearing transcripts to aid preparation for case next steps. | 3.00 | $5,325.00 |
| 05/22/22 | EYP | 0012 | Analyze case facts and core claims issues. | 2.00 | $3,550.00 |
| 05/22/22 | EYP | 0006 | Review materials from potential financial advisor (.7); analyze issues re same (.3). | 1.00 | $1,775.00 |
| 05/22/22 | MLB | 0007 | Review and comment on notice of appearance. | 0.20 | $355.00 |
| 05/22/22 | TJS | 0012 | Review prepetition litigation materials (.8); review materials re IME order/appeal (1.3). | 2.10 | $2,299.50 |
| 05/22/22 | TJS | 0007 | Review first day pleadings and related case background material (2.7); correspondence with FR team members re same (.2). | 2.90 | $3,175.50 |
| 05/22/22 | TJS | 0006 | Correspondence to J. Newdeck re Akin retention app issues (.1); review materials re same (.3). | 0.40 | $438.00 |
| 05/22/22 | TJS | 0010 | Analyze issues re funding agreement (.6); review materials re same (.8). | 1.40 | $1,533.00 |

HONX, INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS Page 3
Invoice Number: 1999646                                                                       August 10, 2022

| Date | Tkpr | Task | | Hours | Value |
|------|------|------|------|-------|-------|
| 05/22/22 | TJS | 0013 | Review HOVENSA plan in connection with analysis of prepetition transactions (.8); analyze issues re same (.5). | 1.30 | $1,423.50 |
| 05/22/22 | ACL | 0007 | Review emails re docket updates and bylaws (.5); draft notice of appearance (1.2); emails re notice of appearance (.2); review docket for funding agreements and emails re same (.6); update notice of appearance (1.5); correspond with FR team members re case issues and trajectory (.6). | 4.60 | $3,266.00 |
| 05/22/22 | ACL | 0008 | Confer with M. Doss re transcript binders for team members. | 0.10 | $71.00 |
| 05/22/22 | CAC | 0007 | Review (.8) and revise (1.2) UCC bylaws; correspondence with FR team members re same and related issues (.5). | 2.50 | $2,200.00 |
| 05/22/22 | MSD | 0007 | Review draft notice of appearance (.2); emails with FR team members re same and related issues (.2). | 0.40 | $352.00 |
| 05/22/22 | MSD | 0008 | Review (.4) and compile (.3) hearing transcripts and addresses for delivery; confer with A. Leggiero re same (.1); correspondence with mailroom re same (.3). | 1.10 | $968.00 |
| 05/23/22 | JFN | 0006 | Correspond with members of FR team re retention considerations (.3); consider issues re same (.3); consider information for Akin retention application (.6). | 1.20 | $1,560.00 |
| 05/23/22 | SLB | 0007 | Confer with A. Preis re case status and background (.5); review materials re same (2.5); team meeting with members of FR team re same (.5); correspondence with members of FR team re open case issues and next steps (.7); correspondence with J. Salwen re information protocol motion (.3); confer with J. Salwen re case status (.4). | 4.90 | $6,860.00 |
| 05/23/22 | EYP | 0012 | Call with FCR re case issues (.8); review past pleadings and materials (.3); analyze issues in connection with same (.5). | 1.60 | $2,840.00 |
| 05/23/22 | EYP | 0008 | Call with Burns Charest re upcoming hearing. | 0.70 | $1,242.50 |
| 05/23/22 | EYP | 0007 | Call with S. Brauner and J. Salwen re case status and background (.5); correspondence with UCC re case updates (.5); correspondence with counsel to UCC members re same (.5); review revised UCC bylaws (1.0); call with Kirkland re same (.4). | 2.90 | $5,147.50 |
| 05/23/22 | EYP | 0006 | Calls with various FA's regarding pitches (1.3); correspondence with members of FR team re retention issues (.3). | 1.60 | $2,840.00 |
| 05/23/22 | MLB | 0006 | Review and analyze FA candidate proposals. | 1.40 | $2,485.00 |
| 05/23/22 | MLB | 0008 | Analyze prior hearing transcripts. | 1.80 | $3,195.00 |
| 05/23/22 | TJS | 0006 | Correspondence with members of FR team re Akin retention app (.3); correspondence with members of FR team re financial advisor pitches (.4); review proposals from financial advisors (1.2). | 1.90 | $2,080.50 |

HONX, INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS                                    Page 4
Invoice Number: 1999646                                                                 August 10, 2022

| Date | Tkpr | Task | | Hours | Value |
|------|------|------|------|-------|-------|
| 05/23/22 | TJS | 0007 | Revise UCC bylaws (.6); correspondence with members of FR team re same (.3); correspondence with Debtors re same (.2); review correspondence with UCC members and member counsel re case work stream proposals (.7); coordinate collection of UCC member information (.3); review case background material (3.4); confer with S. Brauner re same (.4); correspondence with members of FR team re preparation of information protocol motion (.2); review materials re same (.5); confer with A. Preis and S. Brauner re case work streams (.5); attend FR team meeting re same (.5); comment on draft task list for FR team (.5); review update correspondence to UCC (.2). | 8.30 | $9,088.50 |
| 05/23/22 | TJS | 0013 | Analyze issues re HOVENSA plan impact on estate claims (.4); review materials re same (.2); review correspondence with Debtor re same (.2). | 0.80 | $876.00 |
| 05/23/22 | TJS | 0017 | Review draft protective order. | 1.20 | $1,314.00 |
| 05/23/22 | TJS | 0012 | Review prior settlement materials. | 0.70 | $766.50 |
| 05/23/22 | MMG | 0012 | Analyze issues re bankruptcy appeals in connection with Stay and IME Orders (.3); draft motion to intervene in bankruptcy appeals in connection with Stay and IME Orders (2.0). | 2.30 | $1,587.00 |
| 05/23/22 | ACL | 0007 | Draft pro hac vices for team (.7); emails with members of Akin team re pro hacs and notice of appearance (1.0); compile committee contact information (.7); compile (.3) and circulate information for financial advisor pitches (.3); attend FR team meeting re introduction to matter (.5). | 3.50 | $2,485.00 |
| 05/23/22 | CAC | 0006 | Correspondence with FR team members re conflicts check process for retention application (.3); review FA pitch materials for UCC (.2). | 0.50 | $440.00 |
| 05/23/22 | CAC | 0002 | Review and circulate new docket entries to Akin team. | 0.20 | $176.00 |
| 05/23/22 | CAC | 0007 | Review pro hac motions and notice of appearance drafts (.2); correspondence with FR team members re same (.3); prepare case checklist and task list for FR team members (1.0); call with FR team members re same and case next steps (.5); review correspondence to UCC counsels and members re case updates and next steps (.5); revise UCC bylaws draft (1.0). | 3.50 | $3,080.00 |
| 05/23/22 | MSD | 0007 | Attend financial restructuring team meeting. | 0.50 | $440.00 |
| 05/24/22 | MPH | 0006 | Attend financial advisor pitches. | 2.20 | $3,905.00 |
| 05/24/22 | MPH | 0007 | Review correspondence from multiple case professionals concerning preliminary matters (.8); review materials relating to sealing (1.1); review other case background materials (.8). | 2.70 | $4,792.50 |
| 05/24/22 | MPH | 0012 | Review materials re bar date order (.3); | 1.00 | $1,775.00 |

HONX, INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS
Invoice Number: 1999646

| Date | Tkpr | Task | | Hours | Value |
|------|------|------|---|-------|-------|
| | | | review cases re Hess liability (.7). | | |
| 05/24/22 | BRK | 0002 | Confer with A. Carrillo re case management. | 0.30 | $126.00 |
| 05/24/22 | JRW | 0012 | Review orders from prior claim litigation (.6); review prior Hess asbestos settlement information (.4). | 1.00 | $1,345.00 |
| 05/24/22 | JRW | 0006 | Attend interviews of six financial advisory firms. | 2.20 | $2,959.00 |
| 05/24/22 | JFN | 0006 | Draft Akin retention application (2.2); internal emails to FR members re same (.2); consider retention matters (.5). | 2.90 | $3,770.00 |
| 05/24/22 | DK | 0006 | Review parties-in-interest list (.5); review categories and draft master conflicts summary workbook (1.3); prepare categories lists to be submitted to conflicts (.6); effect the above (.2). | 2.60 | $1,235.00 |
| 05/24/22 | SLB | 0002 | Correspondence with FR and lit team members re case administration startup issues. | 0.70 | $980.00 |
| 05/24/22 | SLB | 0006 | Correspondence with members of FR team re retention of UCC professionals and related issues (.4); analyze issues re same (.8). | 1.20 | $1,680.00 |
| 05/24/22 | SLB | 0007 | Correspondence with members of FR team re status and open case issues (.9); review recent filings (1.5); analyze issues re same (1.2). | 3.60 | $5,040.00 |
| 05/24/22 | EYP | 0006 | Participate in Financial Advisor presentations (2.2); participate in pre-calls with financial advisors (.6); correspondence with UCC members re considerations in connection with same (.3). | 3.10 | $5,502.50 |
| 05/24/22 | EYP | 0012 | Analyze proof of claim and bar date order issues (.7); call with K. Porter re same (.3). | 1.00 | $1,775.00 |
| 05/24/22 | EYP | 0004 | Review interim comp motion and correspondence with J. Salwen re same. | 0.10 | $177.50 |
| 05/24/22 | EYP | 0007 | Calls with W. Burns [Burns Charest] re case strategy (.4); call with Haynes and Boone re case background and general updates (.5); call with Independent Director re case background and various UCC issues (1.0); correspondence with UCC re case updates (1.0). | 2.90 | $5,147.50 |
| 05/24/22 | MLB | 0006 | Review and analyze additional FA Pitch book in preparation for upcoming pitches. | 2.00 | $3,550.00 |
| 05/24/22 | MLB | 0012 | Review and analyze IME appeal issues. | 0.30 | $532.50 |
| 05/24/22 | TJS | 0006 | Correspondence with FR team members re FA pitches (.6); correspondence with members of FR team re Akin retention application (.2); analyze issues re same (.2); review materials re same (.7). | 1.70 | $1,861.50 |
| 05/24/22 | TJS | 0013 | Conduct research re impact of HOVENSA plan on estate claims (1.8); review materials re same (.4). | 2.20 | $2,409.00 |
| 05/24/22 | TJS | 0002 | Coordinate with administrative staff re setup of case management systems. | 1.30 | $1,423.50 |
| 05/24/22 | TJS | 0004 | Comment on draft interim compensation | 0.60 | $657.00 |

HONX, INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS          Page 6
Invoice Number: 1999646                                      August 10, 2022

| Date | Tkpr | Task | | Hours | Value |
|------|------|------|--|-------|-------|
| | | | motion & proposed order (.4); correspondence with A. Preis re same (.2). | | |
| 05/24/22 | TJS | 0012 | Review prepetition settlement materials (.8); revise chart re same (.3); correspondence with M. Doss re same (.3). | 1.40 | $1,533.00 |
| 05/24/22 | TJS | 0007 | Review draft UCC bylaws (.3); correspondence with FR team members re same (.2); comment on information protocol motion (.4); correspondence with Debtor re same (.2); correspondence with FR team members re same (.2). | 1.30 | $1,423.50 |
| 05/24/22 | MMG | 0012 | Draft motion to intervene in bankruptcy appeals in connection with Stay and IME Orders (2.7); review relevant filings to incorporate into motion to intervene (1.2). | 3.90 | $2,691.00 |
| 05/24/22 | ACL | 0007 | Update notice of appearance and pro hacs (.3); draft and revise information protocol motion (4.1); correspondence with FR team members re same and other case issues (.4). | 4.80 | $3,408.00 |
| 05/24/22 | ACL | 0002 | Correspond with FR and lit team members re case logistics and administration. | 0.20 | $142.00 |
| 05/24/22 | CAC | 0006 | Review and revise retention application draft (.5); correspondence with members of FR team re same (.2); review correspondence with UCC members' counsel re financial advisor pitches (.2). | 0.90 | $792.00 |
| 05/24/22 | CAC | 0002 | Correspondence with FR and lit team members re case logistics and next steps (.2); confer with B. Kemp re same (.3); coordinate creation of internal email distribution lists (1.0). | 1.50 | $1,320.00 |
| 05/24/22 | CAC | 0007 | Revise UCC bylaws draft. | 0.70 | $616.00 |
| 05/24/22 | MSD | 0012 | Conduct research re prior settlements (2.1); prepare and revise table comparing same (.5); correspondence with J. Salwen re same (.2). | 2.80 | $2,464.00 |
| 05/25/22 | MPH | 0007 | Lead call with lit team members re case strategy issues (.5); attend UCC call (.4); confer with counsel for committee members re follow-up issues (.8). | 1.70 | $3,017.50 |
| 05/25/22 | MPH | 0012 | Call with Debtor's and FCR's counsel re claim issues (.5); review Hess VI cases (1.3); review local rules and Isgur rules re same (.6); review case law re same (.7). | 3.10 | $5,502.50 |
| 05/25/22 | MPH | 0017 | Comment on draft protective order. | 0.90 | $1,597.50 |
| 05/25/22 | BRK | 0002 | Organize file systems for management of case. | 0.70 | $294.00 |
| 05/25/22 | BRK | 0008 | Compile and circulate hearing transcripts. | 0.10 | $42.00 |
| 05/25/22 | JFN | 0006 | Update draft Akin retention application (.8); correspondence with FR team members re same (.2); draft shell for Province retention application (2.0); correspondence with Province re same (.1). | 3.10 | $4,030.00 |
| 05/25/22 | DK | 0006 | Organize received conflicts reports (.5); update status tracking chart (.4). | 0.90 | $427.50 |
| 05/25/22 | SLB | 0004 | Review and comment on Interim Comp | 0.70 | $980.00 |

HONX, INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS                                    Page 7
Invoice Number: 1999646                                                                  August 10, 2022

| Date | Tkpr | Task | | Hours | Value |
|------|------|------|---|-------|-------|
| | | | motion (.5); correspondence with members of FR team re same (.2). | | |
| 05/25/22 | SLB | 0006 | Correspondence with members of FR team re Akin retention and related issues. | 0.40 | $560.00 |
| 05/25/22 | SLB | 0007 | Participate on UCC call (.4); review materials re same (.5); correspondence with members of FR team re strategy and next steps (.5); confer with A. Preis and J. Salwen re open case issue (.7); analyze same (2.6). | 4.70 | $6,580.00 |
| 05/25/22 | EYP | 0006 | Calls with FAs re UCC decision on representation. | 0.50 | $887.50 |
| 05/25/22 | EYP | 0007 | Prepare for (.1) and lead call with UCC (.4); call with UCC member counsel re case strategy (.8); individual follow-up calls with UCC member counsel re strategy (.5); call with S. Brauner and J. Salwen re case strategy and open issues (.7); analyze issues re same in preparation for Friday meeting (.6). | 3.10 | $5,502.50 |
| 05/25/22 | EYP | 0010 | Analyze funding agreement. | 1.00 | $1,775.00 |
| 05/25/22 | EYP | 0012 | Call with Debtor's and FCR's counsels re claim issues (.5); call with Debtor's counsel re proof of claim form issues (.5); analyze issues in connection with same (.5); review IME issues (.5). | 2.00 | $3,550.00 |
| 05/25/22 | SW | 0010 | Review funding agreement (1.8); analyze related issues (.6). | 2.40 | $3,756.00 |
| 05/25/22 | TJS | 0007 | Attend UCC call (.4); call with counsel to UCC members re case strategy (.7); call with Stretto re information agent role and information protocol motion (.2); revise information protocol motion (.6); correspondence with members of FR team re same (.1); correspondence with Stretto re same (.3); correspondence with FR team members re setting up public case calendars (.2); call with A. Preis and S. Brauner re case strategy and open issues (.7); review materials re same (1.8); conduct research re same (.4). | 5.40 | $5,913.00 |
| 05/25/22 | TJS | 0017 | Review proposed comments to protective order. | 0.20 | $219.00 |
| 05/25/22 | TJS | 0006 | Review correspondence with Province re Province retention app (.2); analyze issues re Akin retention app (.3). | 0.50 | $547.50 |
| 05/25/22 | TJS | 0012 | Analyze issues re proposed bar date motion and proof of claim forms (.4); review materials re same (.7); conduct research re same (.3); correspondence with FR team members re same (.4); review briefing re IME selection issues (.8); conduct research re same (1.5). | 4.10 | $4,489.50 |
| 05/25/22 | TJS | 0004 | Comment on draft interim compensation motion & proposed order (.8); analyze issues re same (.4); correspondence with members of FR team re same (.2); | 1.70 | $1,861.50 |

| Date | Tkpr | Task | | Hours | Value |
|------|------|------|---|-------|-------|
| | | | correspondence with Debtor re same (.3). | | |
| 05/25/22 | MMG | 0012 | Revise motion to intervene re bankruptcy appeals in connection with Stay and IME Orders (.7); research relevant legal issues re causes of action in the Virgin Islands (.8); prepare summary re same (.3). | 1.80 | $1,242.00 |
| 05/25/22 | ACL | 0012 | Conduct research re proof of claim forms (.8); summarize same (.4); correspondence with FR team members re same (.3). | 1.50 | $1,065.00 |
| 05/25/22 | ACL | 0002 | Circulate docket items (.2); correspondence with FR team members re docket coverage and distribution (.3). | 0.50 | $355.00 |
| 05/25/22 | CAC | 0002 | Coordinate and update internal distribution lists (.5); correspondence with FR team members re same (.2). | 0.70 | $616.00 |
| 05/25/22 | CAC | 0007 | Correspondence with FR team members re filings and related deadlines. | 0.40 | $352.00 |
| 05/25/22 | MSD | 0004 | Revise markup of interim compensation motion (.4); correspondence with J. Salwen and S. Brauner re same (.3). | 0.70 | $616.00 |
| 05/25/22 | MSD | 0002 | Correspondence with members of FR team re docket coverage schedule. | 0.10 | $88.00 |
| 05/25/22 | MSD | 0012 | Correspondence with FR team members re proof of claim issues. | 0.20 | $176.00 |
| 05/26/22 | MPH | 0010 | Call with Province re funding agreement. | 0.80 | $1,420.00 |
| 05/26/22 | MPH | 0007 | Call with FR team members re case updates and strategy (.8); review pleadings and related correspondence (1.2). | 2.00 | $3,550.00 |
| 05/26/22 | BRK | 0002 | Prepare case calendar. | 0.90 | $378.00 |
| 05/26/22 | JRW | 0012 | Review IME appeal information (.2); analyze issues in connection with same (.2). | 0.40 | $538.00 |
| 05/26/22 | DK | 0006 | Organize received conflicts reports (.3); review Debtor and related parties conflicts reports (1.0); analyze data re same (1.0); update conflicts review summary (.6); review Equity Holders conflicts reports (.7). | 3.60 | $1,710.00 |
| 05/26/22 | SLB | 0002 | Correspondence with members of FR team re UCC distribution lists and related matters. | 0.90 | $1,260.00 |
| 05/26/22 | SLB | 0007 | Participate on internal call re open case issues and strategy with members of FR and Lit teams (.8); analyze issues re same (1.0); review materials re same (1.5); correspondence with members of FR team re work streams and case issues (.7); review correspondence and related analysis from members of Lit team re open case issue (.5); correspondence with members of FR team re 2019 and related issues (.1). | 4.60 | $6,440.00 |
| 05/26/22 | SW | 0010 | Analyze funding agreement (.6); call with Province re same (.8). | 1.40 | $2,191.00 |
| 05/26/22 | TJS | 0007 | Call with members of FR and lit teams re case status and strategy (.8); review materials re same (1.9); correspondence with members of FR team re 2019 | 8.60 | $9,417.00 |

HONX, INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS                    Page 9
Invoice Number: 1999646                                                August 10, 2022

---

| Date | Tkpr | Task | | Hours | Value |
|------|------|------|---|-------|-------|
| | | | statement for UCC (.3); draft same (.5); review materials re same (.7); draft outline of motion to dismiss (.7); conduct research re same (2.9); review Debtor's response to informal information requests (.5); analyze issues re same (.3). | | |
| 05/26/22 | TJS | 0012 | Analyze issues re IME appeal (.3); review materials re same (.5); analyze issues re procedural treatment of claims (.6); conduct research re same (.5); review correspondence from Debtor re extension of estimation objection deadline (.1). | 2.00 | $2,190.00 |
| 05/26/22 | TJS | 0002 | Coordinate updates to email distribution list. | 0.30 | $328.50 |
| 05/26/22 | MMG | 0012 | Research relevant legal issues re causes of action in the Virgin Islands (2.9); prepare summary re same (1.4). | 4.30 | $2,967.00 |
| 05/26/22 | CAC | 0002 | Coordinate update of internal email distribution lists. | 0.50 | $440.00 |
| 05/27/22 | MPH | 0007 | Prepare for (.1) and attend (1.0) kickoff call with counsel to Debtor, Hess, and FCR re various case issues. | 1.10 | $1,952.50 |
| 05/27/22 | MPH | 0010 | Analyze funding agreement issues (.7); review correspondence with Debtor's counsel re same (.2). | 0.90 | $1,597.50 |
| 05/27/22 | DK | 0006 | Organize received conflicts reports (.3); review Equity Holders and Insurers conflicts reports (1.5); analyze data (.7); update conflicts review summary chart (.5); update status tracking chart (.3). | 3.30 | $1,567.50 |
| 05/27/22 | SLB | 0002 | Correspondence with members of FR team re case admin (.4); attention to the same (.3). | 0.70 | $980.00 |
| 05/27/22 | SLB | 0007 | Attend kickoff meeting with Debtor, Hess and FCR reps and advisors and UCC advisors (1.0); correspondence with members of FR team re open case issues and status (.4); review materials re same (1.0); analyze issues re same (1.2). | 3.60 | $5,040.00 |
| 05/27/22 | EYP | 0007 | Prepare for (1.0) and attend (1.0) kickoff meeting with counsel to Debtors, Hess and FCR; follow-up call with W. Burns [Burns Charest] re same (.6); follow-up correspondence with UCC members re same (.5); various calls and correspondence with counsel to claimants re same (.6). | 3.70 | $6,567.50 |
| 05/27/22 | MLB | 0007 | Prepare for (.1) and participate in conference with debtors, Hess, proposed FCR and counsel regarding various issues and possibilities going forward (1.0). | 1.10 | $1,952.50 |
| 05/27/22 | TJS | 0007 | Prepare for (.1) and participate in call with Debtor, Hess and proposed FCR re case trajectory and multiple case issues (1.0); correspondence with members of FR team re same (.3); draft motion to dismiss outline (.4); conduct research re same (3.8); | 7.70 | $8,431.50 |

HONX, INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS                                   Page 10
Invoice Number: 1999646                                                             August 10, 2022

| Date | Tkpr | Task | | Hours | Value |
|------|------|------|--|-------|-------|
| | | | review materials re same (1.9); comment on draft UCC website (.2). | | |
| 05/27/22 | TJS | 0010 | Analyze issues re funding agreement (.4); review materials re same (1.3); review correspondence from Debtor's counsel re same (.1). | 1.80 | $1,971.00 |
| 05/27/22 | TJS | 0003 | Draft correspondence to members of FR and lit teams re billing issues. | 0.80 | $876.00 |
| 05/27/22 | MMG | 0012 | Research relevant legal issues re causes of action in the Virgin Islands (1.5); prepare summary re same (.8). | 2.30 | $1,587.00 |
| 05/27/22 | MSD | 0002 | Prepare list of UCC member counsel and coordinate creation of distribution list re same (.3); review and compile list of key case dates for calendar (.8); correspondence with members of FR team re same (.2). | 1.30 | $1,144.00 |
| 05/28/22 | MPH | 0012 | Call with A. Preis re open claim issues (.4); correspondence with Province re same (.4). | 0.80 | $1,420.00 |
| 05/28/22 | SLB | 0007 | Analyze open strategy issue (.5); review materials re same (.7). | 1.20 | $1,680.00 |
| 05/28/22 | EYP | 0012 | Call with M. Hurley re claim issues (.4); analyze estimation issues in connection with same (.6); review open IME issues (.4). | 1.40 | $2,485.00 |
| 05/28/22 | EYP | 0013 | Analyze diligence issues (.6); review claim issues re historical Hess relationship (.5). | 1.10 | $1,952.50 |
| 05/28/22 | TJS | 0007 | Draft memo outline re UCC strategy issues (1.9); conduct research re same (3.8). | 5.70 | $6,241.50 |
| 05/28/22 | TJS | 0003 | Draft correspondence to Akin timekeepers re billing practices and task code usage (.8); correspondence with S. Brauner re same (.1). | 0.90 | $985.50 |
| 05/29/22 | SLB | 0007 | Analyze case issues and next steps (.4); review recent filings (.7). | 1.10 | $1,540.00 |
| 05/29/22 | SLB | 0002 | Correspondence with members of FR team re case admin (.4); attention to the same (.3). | 0.70 | $980.00 |
| 05/29/22 | TJS | 0007 | Draft outline of memo re case strategy. | 2.10 | $2,299.50 |
| 05/29/22 | TJS | 0012 | Review Province analysis of IME candidates (.6); analyze issues re same (.2). | 0.80 | $876.00 |
| 05/29/22 | TJS | 0013 | Review draft diligence list (1.1); analyze issues re same (.6); review background material re Hess operating history (.9). | 2.60 | $2,847.00 |
| 05/29/22 | CAC | 0008 | Conduct research in connection with UCC hearing presentation. | 0.50 | $440.00 |
| 05/29/22 | CAC | 0002 | Correspondence with FR team members re docket coverage. | 0.20 | $176.00 |
| 05/29/22 | MSD | 0002 | Correspondence with members of FR team re docket updates and docket coverage schedule. | 0.20 | $176.00 |
| 05/30/22 | JRW | 0012 | Review summary on IME candidates (1.3); review IME issues and protocol issues and prior problems with IME's for asbestos claimants (.8). | 2.10 | $2,824.50 |
| 05/30/22 | JRW | 0010 | Review information re funding agreement. | 0.40 | $538.00 |

HONX, INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS
Invoice Number: 1999646

Page 11
August 10, 2022

| Date | Tkpr | Task | | Hours | Value |
|------|------|------|---|-------|-------|
| 05/30/22 | SLB | 0007 | Analyze open case issue re UCC strategy (.8); review materials re same (.7). | 1.50 | $2,100.00 |
| 05/30/22 | EYP | 0012 | Review materials re Hess conduct in connection with claims analysis. | 1.00 | $1,775.00 |
| 05/30/22 | EYP | 0010 | Analyze issues in connection with funding agreement. | 2.00 | $3,550.00 |
| 05/30/22 | SW | 0010 | Review Province's funding agreement issues list. | 0.80 | $1,252.00 |
| 05/30/22 | TJS | 0007 | Revise outline of analysis of open issue re UCC strategy (.8); comment on mockup of UCC website from Stretto (.9); conduct research re open case issue (.5). | 2.20 | $2,409.00 |
| 05/30/22 | ACL | 0002 | Emails with members of FR team re docket update coverage. | 0.20 | $142.00 |
| 05/30/22 | CAC | 0012 | Review Province analysis of IME candidates. | 0.10 | $88.00 |
| 05/30/22 | CAC | 0013 | Review Province diligence request list draft. | 0.10 | $88.00 |
| 05/30/22 | CAC | 0007 | Revise UCC public case calendar (.5); review research in connection with open issue re UCC strategy (1.5). | 2.00 | $1,760.00 |
| 05/30/22 | MSD | 0002 | Emails with A. Leggiero re docket coverage schedule. | 0.20 | $176.00 |
| 05/31/22 | MPH | 0010 | Call with Debtor, Hess and FRC re funding agreement. | 1.00 | $1,775.00 |
| 05/31/22 | BRK | 0006 | Review Plaintiffs' Firms conflict report (.4); analyze data (.7); update summary chart re conflict report (.3); review Other Professionals conflict report (.3); analyze data (.6); update summary chart (.2); review Governmental & Regulatory conflict report (.9); analyze data (.6); update summary chart (.2); update master summary (.4). | 4.60 | $1,932.00 |
| 05/31/22 | BRK | 0002 | Review and monitor main case, adversary proceeding and appeal dockets (.4); circulate newly filed pleadings (.2); update docket folders (.2); circulate calendar invites to team re hearing dates and deadlines (.6). | 1.40 | $588.00 |
| 05/31/22 | JRW | 0012 | Review letter re claimant information (.2); review claimant information chart for Burns Charest claimants (.5); review case law IME's (.9); review information re IME order (.2). | 1.80 | $2,421.00 |
| 05/31/22 | JFN | 0006 | Email to FR team re retention matters (.1); correspondence with Province re retention query (.4); consider issues re Akin retention representation (.6); emails with GC re screening procedures (.4); analyze issues re same (.5). | 2.00 | $2,600.00 |
| 05/31/22 | DK | 0006 | Review Third Party Defendants conflicts reports (2.3); analyze data (1.0); research additional company info (.7); update conflicts review summary chart (.6). | 4.60 | $2,185.00 |
| 05/31/22 | SLB | 0007 | Revise outline re analysis of case issue (1.2); confer (.2) and correspond (.2) with J. Salwen re same; analyze issues re same | 5.20 | $7,280.00 |

HONX, INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Page 12

Invoice Number: 1999646

August 10, 2022

| Date | Tkpr | Task | | Hours | Value |
|------|------|------|------|-------|-------|
| | | | (.8); review materials re same (1.0); confer with M. Fagen (K&E) re pending motions and related issues (.2); correspondence with members of FR team re same (.4); analyze issue re same (.4); review recent filings (.8). | | |
| 05/31/22 | EYP | 0010 | Call with Debtor, FRC Hess's counsels re funding agreement (1.0); prepare for same (.9); call with S. Welkis re same (.3). | 2.20 | $3,905.00 |
| 05/31/22 | EYP | 0007 | Correspondence with UCC re case updates and strategy (.5); call with UCC member re same (.4); call with Kirkland re case issues and updates (.3). | 1.20 | $2,130.00 |
| 05/31/22 | EYP | 0013 | Review documents related to prepetition HONX-Hess issues. | 1.50 | $2,662.50 |
| 05/31/22 | EYP | 0012 | Call with FCR re open claims issues. | 1.00 | $1,775.00 |
| 05/31/22 | SW | 0010 | Draft (.4) and revise (.6) funding agreement issues list; call with Debtor, FRC and Hess's advisors re same (1.0); call with A. Preis re same (.3); call with H. Soofi re same (.6). | 2.90 | $4,538.50 |
| 05/31/22 | TJS | 0010 | Review update from call with Debtor, Hess and FCR re funding agreement issues (.7); review materials re same (.7); conduct research in connection with same (.2). | 1.60 | $1,752.00 |
| 05/31/22 | TJS | 0012 | Analyze FCR motion issue (.2); conduct research re same (.5). | 0.70 | $766.50 |
| 05/31/22 | TJS | 0002 | Correspondence with members of FR team re calendaring of deadlines (.3); call with M. Doss and A. Carrillo re same (.2); conduct research re same (.5). | 1.00 | $1,095.00 |
| 05/31/22 | TJS | 0007 | Revise outline of analysis of open issue re UCC strategy (3.4); confer with S. Brauner re same (.2); correspondence with S. Brauner re same (.2); incorporate comments re same (.7); correspondence with members of FR and lit teams re same (.2); review materials re 2019 statement (1.6); draft inserts for same (.5); correspondence with Stretto re UCC website and info protocol motion (.3). | 7.10 | $7,774.50 |
| 05/31/22 | ACL | 0007 | Update information protocol motion. | 0.10 | $71.00 |
| 05/31/22 | CAC | 0002 | Revise internal case calendar (1.7); call with members of FR team re same (.2); call with B. Kemp re same (.1); correspondence with FR team members re same (.5). | 2.50 | $2,200.00 |
| 05/31/22 | MSD | 0002 | Call with J. Salwen and A. Carrillo re case calendar (.2); review local rules, federal rules, complex case rules, and chambers rules re key dates (.5); emails with Akin team re same (.3); communications with J. Salwen and A. Leggiero re working group list (.2). | 1.20 | $1,056.00 |
| | | | Total Hours | 311.70 | |

HONX, INC. OFFICIAL COMMITTEE OF UNSECURED CREDITORS          Page 13
Invoice Number: 1999646                                       August 10, 2022

TIMEKEEPER TIME SUMMARY:

| Timekeeper | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| M P HURLEY | 18.20 | at | $1775.00 | = | $32,305.00 |
| J R WETWISKA | 10.60 | at | $1345.00 | = | $14,257.00 |
| S L BRAUNER | 38.80 | at | $1400.00 | = | $54,320.00 |
| A PREIS | 47.30 | at | $1775.00 | = | $83,957.50 |
| M L BRIMMAGE JR. | 6.80 | at | $1775.00 | = | $12,070.00 |
| S WELKIS | 7.50 | at | $1565.00 | = | $11,737.50 |
| J F NEWDECK | 9.20 | at | $1300.00 | = | $11,960.00 |
| J SALWEN | 89.40 | at | $1095.00 | = | $97,893.00 |
| M M GAFFORD | 14.60 | at | $690.00 | = | $10,074.00 |
| A C LEGGIERO | 18.70 | at | $710.00 | = | $13,277.00 |
| C A CARRILLO | 18.00 | at | $880.00 | = | $15,840.00 |
| M DOSS | 9.60 | at | $880.00 | = | $8,448.00 |
| B R KEMP | 8.00 | at | $420.00 | = | $3,360.00 |
| D K KRASA | 15.00 | at | $475.00 | = | $7,125.00 |

Current Fees                                                  $376,624.00

FOR COSTS ADVANCED AND EXPENSES INCURRED:

Courier Service/Messenger Service- Off          $40.00
Site

Current Expenses                                              $40.00

| Date | | Value |
|---|---|---|
| 05/23/22 | Courier Service/Messenger Service- Off Site  VENDOR: CITY EXPEDITOR INC; INVOICE#: 93352; DATE: 5/31/2022 SENDER'S NAME: M.Doss; JOB NUMBER: 1530493; PICKUP: One Bryant Park; DESTINATION: 245 West 99th Street; DATE: 05/23/2022 | $40.00 |

Current Expenses                                              $40.00

**Total Amount of This Invoice**                              **$376,664.00**