IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HONX, INC.,[1] | ) | Case No. 22-90035 (MI) |
| | ) | |
| Debtor. | ) | |
| | ) | |

## ORDER DISMISSING THE CHAPTER 11 CASE

Upon the motion (the "Motion")[2] of the Official Committee of Unsecured Creditors (the "Committee") appointed in the above-captioned chapter 11 case (the "Chapter 11 Case") of HONX, Inc. (the "Debtor") for entry of an order, pursuant to sections 105(a) and 1112(b)(1) of title 11 of the United States Code (the "Bankruptcy Code") and Rules 1017(f)(1) and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), dismissing the Chapter 11 Case or, in the alternative, converting the Chapter 11 Case to a case under chapter 7 of the Bankruptcy Code; and the Court having jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 1334(a) and the *Order of Reference to Bankruptcy Judges*, dated May 24, 2012 (General Order 2012-6); and consideration of the Motion being a core proceeding pursuant to 28 U.S.C. § 157(2); and venue being proper pursuant to 28 U.S.C. § 1409(a); and the Court having authority to enter a final order with respect to the Motion consistent with Article III of the United States Constitution; and adequate notice of the Motion having been given; and it appearing that no other notice need be given; and upon the record of all proceedings before the Court; and after due deliberation and good

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is HONX, Inc. (2163).  The location of the Debtor's service address in this chapter 11 case is:  1501 McKinney Street, Houston, Texas, 77010.

[2] Capitalized terms used herein but otherwise not defined shall have the meaning ascribed to such term in the Motion.

and sufficient cause appearing therefor, it is hereby **ORDERED, ADJUDGED AND DECREED THAT**:

1. The Chapter 11 Case is dismissed.

2. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: _____

_____
THE HONORABLE MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE