IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| HONX, INC.,[1] | ) | Case No. 22-90035 (MI) |
|  | ) |  |
| Debtor. | ) |  |
|  | ) | Re: Docket Nos. 101, 183, 228, 500 |

**THIRD SUPPLEMENTAL DECLARATION OF
CHRISTOPHER T. GRECO IN SUPPORT OF DEBTOR'S
APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE
RETENTION AND EMPLOYMENT OF KIRKLAND & ELLIS LLP AND
KIRKLAND & ELLIS INTERNATIONAL LLP AS ATTORNEYS FOR THE
DEBTOR AND DEBTOR IN POSSESSION EFFECTIVE AS OF APRIL 28, 2022**

I, Christopher T. Greco, being duly sworn, state the following under penalty of perjury:

I am the president of Christopher T. Greco, P.C., a partner in the law firm of Kirkland & Ellis LLP, located at 601 Lexington Avenue, New York, New York 10022, and a partner of Kirkland & Ellis International, LLP (together with Kirkland & Ellis LLP, collectively, "Kirkland"). I am a member in good standing of the Bars of the State of New Jersey and New York, and I have been admitted to practice in the United States Supreme Court, the United States District Court for the Southern District of New York, the United States District Court for the Northern District of Illinois, and I have been admitted *pro hac vice* in the United States Bankruptcy Court for the Southern District of Texas. There are no disciplinary proceedings pending against me.

1. On April 28, 2022 (the "Petition Date"), the above-captioned debtor and debtor in possession (the "Debtor") filed a petition with this Court under chapter 11 of title 11 of the

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is HONX, Inc. (2163). The location of the Debtor's service address in this chapter 11 case is: 1501 McKinney Street, Houston, Texas, 77010.

United States Code (the "Bankruptcy Code").  On May 16, 2022, the Debtor filed an application to employ and retain Kirkland as counsel for the Debtor [Docket No. 101] (the "Application")[2] pursuant to sections 327(a) and 330 of the Bankruptcy Code, rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and rules 2014-1, 2016-1, and 9013-1 of the Bankruptcy Local Rules for the Southern District of Texas.

2. My declaration in support of the Application (the "Original Declaration") was attached to the Application as Exhibit A.  On June 24, 2022, the Court entered the *Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtor and Debtor in Possession Effective as of April 28, 2022* [Docket No. 183] (the "Retention Order").  On July 29, 2022, I filed the *First Supplemental Declaration of Christopher T. Greco in Support of Debtor's Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtor and Debtor in Possession Effective as of April 28, 2022* [Docket No. 228] (the "First Supplemental Declaration").  On November 28, 2022, I filed the *Second Supplemental Declaration of Christopher T. Greco in Support of Debtor's Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtor and Debtor in Possession Effective as of April 28, 2022* [Docket No. 500] (together with the Original Declaration and the First Supplemental Declaration, the "Previous Declarations").

---

[2] On May 16, 2022, the Debtor filed a corrected version of the Application (originally filed at [Docket No. 83]) to address nonsubstantive edits in the exhibits attached to the Application.  The docket number referenced herein refers to the "corrected" Application.

2

3. In connection with the Application and the Retention Order, I submit this third supplemental declaration (this "Third Supplemental Declaration") to provide additional disclosures in accordance with rules 2014(a) and 2016(b) of the Bankruptcy Rules and as required under the Retention Order. Unless otherwise stated in this Third Supplemental Declaration, I have personal knowledge of the facts set forth herein.

4. In the Original Declaration, I disclosed Kirkland's billing rates in effect at that time for matters related to this chapter 11 case. I also disclosed that that the billing rates are subject to periodic adjustments to reflect economic and other conditions. Pursuant to the Retention Order, Kirkland must provide notice of changes to its billing rates during this chapter 11 case.

5. In accordance with ordinary practice, some billing rates for partners and associates will change effective as of January 1, 2023. The rates will change due to rate increases or promotion, although Kirkland does not typically disclose changes to billing rates resulting from promotion. Kirkland's billing rates that will take effect on January 1, 2023 for matters related to these chapter 11 cases range as follows:[3]

| Billing Category | Range |
|---|---|
| Partners | $1,195 - $2,245 |
| Of Counsel | $820 - $2,125 |
| Associates | $685 - $1,395 |
| Paraprofessionals | $295 - $575 |

---

[3] For professionals and paraprofessionals residing outside of the U.S., hourly rates are billed in the applicable currency. When billing a U.S. entity, such foreign rates are converted into U.S. dollars at the then applicable conversion rate. After converting these foreign rates into U.S. dollars it is possible that certain rates may exceed the billing ranges listed in the chart herein.

Dated:  December 16, 2022

Respectfully submitted,

/s/ *Christopher T. Greco*
Christopher T. Greco
President of Christopher T. Greco, P.C., as
Partner of Kirkland & Ellis LLP and as Partner
of Kirkland & Ellis International LLP