IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| HONX, INC.,[1] | ) Case No. 22-90035 (MI) |
| Debtor. | ) |

**DEBTOR'S RESPONSE TO THE NOTICE OF THE OFFICIAL UNSECURED CREDITORS COMMITTEE (ECF NO. 634)**

The Debtor, by and through its undersigned counsel, hereby submits the following Response to the Notice filed by the Official Unsecured Creditors Committee (the "UCC") on January 20, 2023, (the "UCC Notice") in order to provide additional information on the status of discovery. As such, the Debtor puts forth the record and responds as follows:

1.  In the ten days since the Court directed the production of documents on January 13, 2023, the Debtor has still not received any documents from the UCC or Burns Charest. When the Debtor requested a timeframe for compliance with the Court's ruling, the UCC and Burns Charest requested additional meet-and-confers. *See* January 17, 2023 Email from John Higgins (attached hereto as Exhibit A). The Debtor understands that the UCC intends to produce documents today.

2.  The UCC disclosed during a meet-and-confer that it will produce approximately 1,400 documents from Burns Charest on Monday, January 23, 2023. According to the UCC, the documents from Burns Charest constitute the only non-privileged documents in possession, custody, or control at this time, apart from documents already produced in connection with the mediation.

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is HONX, Inc. (2163). The location of the Debtor's service address in this chapter 11 case is: 1501 McKinney Street, Houston, Texas, 77010

1

3.     Burns Charest stated that it would produce documents by the end of this week (by Friday, January 27, 2023). Notably, Burns Charest disclosed during the meet-and-confer that it has not yet contacted all of its clients for documents within the possession, custody, or control of claimants or potential claimants. Burns Charest could give no anticipated timeframe for the production of these documents.

4.     In addition to document issues, there is a present dispute concerning the availability of UCC members for depositions, and whether the Debtor may inquire into issues concerning the UCC. The Debtor is filing a motion to compel for the Court's resolution concerning the deposition of UCC member Glaston Quashie, which is currently noticed for February 3, 2023, in Miami, Florida.

5.     The Debtor will continue to seek responses to its discovery requests and will continue to attempt to work with the UCC and Burns Charest to ensure that it receives timely responses.

Houston, TX
January 23, 2023

*/s/ Matthew D. Cavenaugh*

| | |
|---|---|
| **JACKSON WALKER LLP** | **KIRKLAND & ELLIS LLP** |
| Matthew D. Cavenaugh (TX Bar No. 24062656) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Jennifer F. Wertz (TX Bar No. 24072822) | Christopher T. Greco, P.C. (admitted *pro hac vice*) |
| Veronica A. Polnick (TX Bar No. 24079148) | Matthew C. Fagen (admitted *pro hac vice*) |
| 1401 McKinney Street, Suite 1900 | 601 Lexington Avenue |
| Houston, TX 77010 | New York, New York 10022 |
| Telephone: (713) 752-4200 | Telephone: (212) 446-4800 |
| Facsimile:  (713) 752-4221 | Facsimile:  (212) 446-4900 |
| Email:   mcavenaugh@jw.com | Email:   christopher.greco@kirkland.com |
|          jwertz@jw.com |          matthew.fagen@kirkland.com |
|          vpolnick@jw.com | |

*Co-Counsel to the Debtor
and Debtor in Possession*

- and -

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Whitney C. Fogelberg (admitted *pro hac vice*)
Jaimie Fedell (TX Bar No. 24093423) (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile:  (312) 862-2200
Email:
          whitney.fogelberg@kirkland.com
          jaimie.fedell@kirkland.com

- and -

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Michael F. Williams, P.C. (admitted *pro hac vice*)
Daniel T. Donovan, P.C. (admitted *pro hac vice*)
Alexandra I. Russell (admitted *pro hac vice*)
1301 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Telephone: (202) 389-5000
Facsimile:  (202) 389-5200
Email:   michael.williams@kirkland.com
          daniel.donovan@kirkland.com
          alexandra.russell@kirkland.com

*Co-Counsel to the Debtor and Debtor in Possession*

## Certificate of Service

I certify that on January 23, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                                         */s/ Matthew D. Cavenaugh*
                                                                         Matthew D. Cavenaugh

# **Exhibit A**

| | |
|---|---|
| **From:** | Higgins, John F. |
| **To:** | Williams, Michael F. |
| **Cc:** | Porter, Katherine; Nary, Charles S.; Zieg, Sharon; Brimmage, Marty; Mulvihill, Joseph (External); Preis, Arik; Brady, Robert; Doorley, Kate; Brauner, Sara; Salwen, James; Hurley, Mitchell; HONX AKIN; Burns, Warren (External); Harron, Edwin; #HONX_CoreTeam; *Carolyn.OConnor@wilsonelser.com; *Charlie.Jones@haynesboone.com; *Martha.Wyrick@haynesboone.com; *Charles.beckham@haynesboone.com; *Arsalan.Muhammad@haynesboone.com; ReNecia.Sherald@haynesboone.com |
| **Subject:** | Re: HONX - document productions |
| **Date:** | Tuesday, January 17, 2023 11:26:14 PM |

**This message is from an EXTERNAL SENDER**
Be cautious, particularly with links and attachments.

No it was my understanding that we were trying to schedule a meet and confer.

John F. Higgins
Porter Hedges LLP
1000 Main St., 36th Floor
Houston, Tx. 77002
jhiggins@porterhedges.com
(713) 226-6648 office
(713) 226-6628 fax

On Jan 17, 2023, at 10:16 PM, Williams, Michael F. <mwilliams@kirkland.com> wrote:

 John — Yes. The Kirkland & Ellis distribution list is a recipient.

Are you able to answer our questions on behalf of Burns Charest?

Would appreciate receiving a response. Thank you.

Michael F. Williams, P.C.
-------------------------------------------------------
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave., NW, Washington, DC 20004
T +1 202 389 5123<tel:+1%20312%20862%202474>
M +1 703 203 5249<tel:+1%20312%20371%208854>
-------------------------------------------------------
michael.williams@kirkland.com<mailto:first.last@kirkland.com>

On Jan 17, 2023, at 11:05 PM, Higgins, John F. <JHiggins@porterhedges.com> wrote:


Is Chris on this chain? John F. Higgins Porter Hedges LLP 1000 Main St. , 36th Floor Houston, Tx. 77002 jhiggins@ porterhedges. com (713) 226-6648 office (713) 226-6628 fax On Jan 17, 2023, at 10: 02 PM, Williams, Michael F. <mwilliams@ kirkland. com>

Is Chris on this chain?

John F. Higgins
Porter Hedges LLP
1000 Main St., 36th Floor
Houston, Tx. 77002
jhiggins@porterhedges.com
(713) 226-6648 office
(713) 226-6628 fax

On Jan 17, 2023, at 10:02 PM, Williams, Michael F. <mwilliams@kirkland.com> wrote:


Katherine — I received your letter, but it does not answer our questions. Your letter indicates that the UCC is making documents that were produced in the mediation available for the Debtor's use in the estimation proceedings, subject to new conditions that were not authorized by the Court and subject to various new objections. Your letter does not address any documents that the UCC had not previously made available in the data site during mediation. If I am incorrect about that, then please advise.

Does your letter address all of the documents that the UCC and Burns Charest intend to produce responsive to our Third and Fourth Requests for Production, or should we expect an additional production of documents?  Please advise as soon as possible and also advise when we can expect to receive any additional documents. Thank you.

Michael F. Williams, P.C.
-------------------------------------------------------
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave., NW, Washington, DC 20004
T +1 202 389 5123<tel:+1%20312%20862%202474>
M +1 703 203 5249<tel:+1%20312%20371%208854>
-------------------------------------------------------
michael.williams@kirkland.com<mailto:first.last@kirkland.com>

On Jan 17, 2023, at 10:47 PM, Porter, Katherine <kporter@akingump.com> wrote:


Hi Mike – I sent you a letter earlier tonight. Best regards, Katherine Porter AKIN GUMP STRAUSS HAUER & FELD LLP Direct: +1 212. 872. 7467 | Internal: 37467 From: Williams, Michael F. <mwilliams@ kirkland. com> Sent: Tuesday, January
Hi Mike – I sent you a letter earlier tonight.  Best regards,

Katherine Porter
AKIN GUMP STRAUSS HAUER & FELD LLP
Direct: +1 212.872.7467<tel:+12128727467> | Internal: 37467<tel:37467>

From: Williams, Michael F. <mwilliams@kirkland.com>
Sent: Tuesday, January 17, 2023 10:45 PM
To: Porter, Katherine <kporter@akingump.com>

Cc: Nary, Charles S. <charles.nary@kirkland.com>; Zieg, Sharon <SZIEG@ycst.com>; Brimmage, Marty <mbrimmage@akingump.com>; Mulvihill, Joseph (External) <jmulvihill@ycst.com>; Preis, Arik <apreis@akingump.com>; Brady, Robert <RBRADY@ycst.com>; Doorley, Kate <kdoorley@akingump.com>; Brauner, Sara <sbrauner@akingump.com>; Salwen, James <jsalwen@akingump.com>; Hurley, Mitchell <mhurley@AkinGump.com>; HONX AKIN <HONXAKIN@akingump.com>; Burns, Warren (External) <wburns@burnscharest.com>; Harron, Edwin <eharron@ycst.com>; #HONX_CoreTeam <HONX_CoreTeam@kirkland.com>; *Carolyn.OConnor@wilsonelser.com <Carolyn.OConnor@wilsonelser.com>; *Charlie.Jones@haynesboone.com <Charlie.Jones@haynesboone.com>; *Martha.Wyrick@haynesboone.com <Martha.Wyrick@haynesboone.com>; *Charles.beckham@haynesboone.com <Charles.beckham@haynesboone.com>; *Arsalan.Muhammad@haynesboone.com <Arsalan.Muhammad@haynesboone.com>; ReNecia.Sherald@haynesboone.com; Higgins, John (External) <JHiggins@porterhedges.com>
Subject: Re: HONX - document productions


**EXTERNAL Email**
Could somebody please answer my question.
Michael F. Williams, P.C.
-------------------------------------------------------
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave., NW, Washington, DC 20004
T +1 202 389 5123<tel:+1%20312%20862%202474>
M +1 703 203 5249<tel:+1%20312%20371%208854>
-------------------------------------------------------
michael.williams@kirkland.com<mailto:first.last@kirkland.com>


On Jan 17, 2023, at 10:01 AM, Williams, Michael F. <mwilliams@kirkland.com<mailto:mwilliams@kirkland.com>> wrote:
Please advise when we can expect to receive the document productions from the UCC and Burns Charest. Thank you.


The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com<mailto:postmaster@kirkland.com>, and destroy this communication and all copies thereof, including all attachments.

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in

error, please notify us immediately by e-mail, and delete the original message.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com<mailto:postmaster@kirkland.com>, and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com<mailto:postmaster@kirkland.com>, and destroy this communication and all copies thereof, including all attachments.