United States Bankruptcy Court
Southern District of Texas
**ENTERED**
January 25, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 22-90035 |
| HONX, INC., | § | |
| | § | |
| Debtor. | § | |
| | § | |
| | § | |
| | § | CHAPTER 11 |

## ORDER

The Court is extraordinarily concerned about the allegations and implications of the Emergency Motion to Compel filed at ECF No. 641. The Court orders:

1. Not later than 2:00 p.m. on January 25, 2023, Burns Charest must file its certification that (a) it has fully complied with the Court's order compelling it immediately to produce documents, rendered on the record on January 13, 2023; or (b) it has not fully complied with the Court's order compelling it immediately to produce documents, rendered on the record on January 13, 2023.

2. If Burns Charest either (i) fails to file the certification for any reason; or (ii) files a certification under paragraph 1(b), it must pay a daily coercive sanction of $10,000.00 on or before 2:00 p.m. into the Court's registry and file proof of such payment by 2:00 p.m.

3. Additional daily coercive sanctions are imposed on a daily basis and must be paid into the Court's registry not later than 2:00 p.m. on each day until the certification required by paragraph 1(a) has been filed. The amount of the sanctions, pending the filing of a certificate as required by paragraph 1, will increase by 50% on a daily basis for each day of non-compliance (exclusive of Saturdays, Sundays and Federal Holidays, when no coercive sanction will be payable); provided, the maximum daily sanction will be capped at $150,000.00. By way of example, if there is non-compliance on Friday, January 27, 2023, the daily sanction is $22,500.00.

4. Glaston Quashie is ordered to appear at a deposition at 9:00 a.m. on February 3, 2023 at the location designated in the subpoena filed at ECF 641-1.

5. The deposition will be conducted in accordance with Federal Rule of Bankruptcy Procedure 7030, including without limitation the provisions of Fed. R. Civ. P. 30(c)(2), which is incorporated into Rule 7030. Counsel are specifically ordered that they may not make speaking objections during the course of the deposition, may not confer with their client during the course of the deposition, may not instruct the client not to answer

questions except as authorized by Rule 30, and may not make comments or statements during the course of the deposition.

SIGNED 01/25/2023

                                                         Marvin Isgur
                                         United States Bankruptcy Judge