# VIRGIN ISLANDS OF THE UNITED STATES

# JUDICIAL DISTRICT OF THE U.S. VIRGIN ISLANDS

**In the matter of: NOTICE OF CLAIMS DEADLINE-In the United States Bankruptcy Court for the Southern District of Texas, Houston Division: In re: HONX, INC., Debtor Chapter 11, Case No. 22-90035(MI) RE: DOCKET No. 444.**

I, _____AIMEE LAPLACE_____ of St. Thomas, Virgin Islands of the United States, being duly sworn, deposes and says as follows:

__X__  1. I am Billing Clerk of The Virgin Islands Daily News, a daily newspaper of general circulation printed and published in English in St. Thomas, United States Virgin Islands.

__X__  2. The advertisement as described above of which the annexed is a printed copy was published in said newspaper(s) **AD# 896010 PUBLISHED ON January 10, 2023** in St. Thomas, United States Virgin Islands.

Dated: ___January 10, 2023_____

_____
AIMEE LAPLACE, BILLING CLERK

Sworn to and executed on this __10th__ day of __January__, 20__23__.

_____
NOTARY PUBLIC

BRENDA D HOLDER
Notary Public
STT/STJ, U.S. Virgin Islands
NP-575-22
My Commission Expires 11/16/2026

### Apt For Rent - West

FULLY FURNISHED 1 bedroom apartment. A/C. Electricity & water included. 1st last and security. Call 340-690-1510.

### Apt For Rent - North

Northside large 2 bedroom, 1 Bath apartment. Fully furnished, overlooking Magen´s Bay, private parking. includes electricity Security, deposit required. $1,400/mo Call 340-690-0385.

### Apt For Rent - South

Solid masonry 2 bdrm, 1 bath apt. in Frenchman's Bay. Close to town. Non smoking. No pets. $1,700/mon. No Section 8. Call (340)643-4170 to view.

Two (2) furnished studio apts for rent. Ocean front view with balcony. Utilities included. Suitable for 1 person. No pets. $1,650 & $1,550. Call (561)329-6298.

### Apt For Rent Other

Semi-furnish one Bedroom apt./ business space near French Town opposite Hurley/Davis Funeral Home. Safe area. Walk to town. Near Veteran's Highway. *Call 917-822-2046 or 340-626-2582.*

### Legal Notices

**We're Here For You!**

To Reach The Daily News

**SPORTS DEPARTMENT**

Please Call

**(340) 714-9117**

### Employment



**A Pulitzer Prize-Winning Newspaper**

ST. CROIX    ST. JOHN    ST. THOMAS    TORTOLA

**Title: Operations Administrator/St. Croix**

**Job Description:**

**Skills and Experience Required**

- Customer Service
- Office Management
- Proficiency in the use of computers and software such as Word and Excel
- Strong organization and time-management skills
- Reliable transportation, Valid V.I. Driver's License, automobile insurance and acceptable driving record
- Ability to lift 25-pound bundles of newspapers

To apply, e-mail resume and references to yfenton@dailynews.vi

### Legal Notices



**NOTICE TO ESTABLISHED VIRGIN ISLANDS BUSINESSES**

**International Private Bank, LLC,** a participant in the Economic Development Program of the Virgin Islands has a procurement program to purchase goods and services locally in the Virgin Islands to the maximum extent practicable and regularly purchases the following types of goods and/or services:

| | |
|---|---|
| Office Supplies | Security Services |
| Computer Hardware & Supplies | Janitorial Services |
| Pest Control Services | Bottled Water |
| Air Conditioning Services | Plumbing Services |
| Generator Services | Water Delivery |

**Contact person: Suzette Rojas (787) 523-8357**

**suzette.rojas@ipbvi.com**

**ST. CROIX OFFICE**
Virgin Islands Economic Development Commission
116 King Street, Frederiksted
St. Croix, Virgin Islands 00840
(340) 773-6499

OR

**ST. THOMAS OFFICE**
Virgin Islands Economic Development Commission
PO Box 305038, St. Thomas, Virgin Islands 00803
(340) 714-1700

OR

Virgin Islands Economic Development Commission
8000 Nisky Shopping Center, Suite 620, St. Thomas, VI 00802

### Legal Notices

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION**

In re: HONX, INC.,[1]  )  Chapter 11, Case No. 22-90035 (MI)
                       )
            Debtor.    )  **Re: Docket No. 444**

**NOTICE OF DEADLINES FOR THE FILING OF PROOFS OF CLAIM, INCLUDING REQUESTS FOR PAYMENTS UNDER SECTION 503(B)(9) OF THE BANKRUPTCY CODE**

**THE NON-ASBESTOS GENERAL CLAIMS BAR DATE IS MARCH 17, 2023 AT 5:00 P.M., PREVAILING CENTRAL TIME.**

**THE GOVERNMENTAL GENERAL CLAIMS BAR DATE IS MARCH 17, 2023 AT 5:00 P.M. PREVAILING CENTRAL TIME**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

**Notwithstanding anything contained herein, the claimants who have claims against the Debtor as a result of alleged exposure to asbestos and other toxic substances at the Refinery are *not* required to submit a Proof of Claim Form, solely to the extent they are asserting Asbestos Claims.**

*Deadlines for Filing Proofs of Claim*. On November 2, 2022, the United States Bankruptcy Court for the Southern District of Texas (the "Court") entered an order [Docket No. 444] (the "Non-Asbestos Bar Date Order") establishing certain deadlines for the filing of proofs of claim, including requests for payment under section 503(b)(9) of the Bankruptcy Code (collectively, "Proofs of Claim"), in the chapter 11 case of the following debtor and debtor in possession (the "Debtor"): **DEBTOR, CASE NO.:** HONX, Inc., 22-90035.

*The Bar Dates*. Pursuant to the Non-Asbestos Bar Date Order, *all* entities (except governmental units and holders of Asbestos Claims,[2] solely with respect to such Asbestos Claims), including individuals, partnerships, estates, and trusts that have a claim or potential claim against the Debtor that arose prior to April 28, 2022, no matter how remote or contingent such right to payment or equitable remedy may be, *including* requests for payments under section 503(b)(9) of the Bankruptcy Code, MUST FILE A PROOF OF CLAIM on or before **March 17, 2023 at 5:00 p.m., prevailing Central Time (the "Non-Asbestos General Claims Bar Date")**. Governmental entities that have a claim or potential claim against the Debtor that arose prior to April 28, 2022, no matter how remote or contingent such right to payment or equitable remedy may be, MUST FILE A PROOF OF CLAIM on or before **March 17, 2023, at 5:00 p.m., prevailing Central Time (the "Governmental Bar Date")**. All entities holding claims arising from the Debtor's rejection of executory contracts and unexpired leases are required to file Proofs of Claim by **the date that is (a) the later of the Non-Asbestos General Claims Bar Date or the Governmental Bar Date,** as applicable, and **(b) the date that is thirty days following entry of the order approving the Debtor's rejection of the applicable executory contract or unexpired lease (the "Rejection Damages Bar Date")**. All entities holding claims affected by an amendment to the Debtor's schedules of liabilities filed in this case (the "Schedules") are required to file Proofs of Claim by **the later of (a) the Non-Asbestos General Claims Bar Date or the Governmental Bar Date,** as applicable, and **(b) 5:00 p.m., prevailing Central Time, on the date that is fifty (50) days from the date on which the Debtor mails notice of the amendment to the Schedules (the "Amended Schedules Bar Date")**, provided that for the avoidance of doubt the Amended Schedules Bar Date shall not apply with respect to Asbestos Claims.

**ANY PERSON OR ENTITY WHO FAILS TO FILE A PROOF OF CLAIM, INCLUDING ANY REQUEST FOR PAYMENT UNDER SECTION 503(B)(9) OF THE BANKRUPTCY CODE, ON OR BEFORE THE NON-ASBESTOS GENERAL CLAIMS BAR DATE OR THE GOVERNMENTAL BAR DATE, AS APPLICABLE, SHALL NOT BE TREATED AS A CREDITOR WITH RESPECT TO SUCH CLAIM FOR THE PURPOSES OF VOTING AND DISTRIBUTION ON ANY CHAPTER 11 PLAN.**

*Filing a Proof of Claim*. Each Proof of Claim must be filed, including supporting documentation, by either (i) electronic submission through PACER (Public Access to Court Electronic Records at http://ecf.txsb.uscourts.gov), (ii) electronic submission using the interface available on the Claims and Administrative Agent's website at https://cases.stretto.com/HONX, or (iii) if submitted through non-electronic means, by U.S. Mail or other hand delivery system, so as to be *actually received* by the Claims and Administrative Agent on or before the Non-Asbestos General Claims Bar Date or the Governmental Bar Date, or other applicable Bar Date, at the following addresses: **If by First-Class Mail, Hand Delivery, or Overnight Mail:** HONX, Inc. Claims Processing, c/o Stretto, 410 Exchange, Suite 100, Irvine, CA 92602.

**PROOFS OF CLAIM SUBMITTED BY FACSIMILE WILL NOT BE ACCEPTED.**

*Contents*. Each Proof of Claim must: (i) be written in legible English; (ii) include a claim amount denominated in United States dollars; (iii) conform substantially with the Proof of Claim Form provided by the Debtor or Official Form 410; and (iv) be signed by the claimant or by an authorized agent or legal representative of the claimant on behalf of the claimant, whether such signature is an electronic signature or is ink, and (v) include any and all documentation on which the claim is based.

*Electronic Signatures Permitted*. Only *original* Proofs of Claim signed in ink or electronically by the claimant or an authorized agent or legal representative of the claimant may be deemed acceptable for purposes of claims administration. Copies of Proofs of Claim, or Proofs of Claim sent by facsimile or electronic mail will not be accepted. Unless otherwise ordered by the Court, any original document containing the original signature of any party other than the party that files the Proof of Claim shall be retained by the filing party for a period of not less than five (5) years after the Debtor's chapter 11 case is closed, and upon request, such original document must be provided to the Court or other parties for review, pursuant to the Administrative Procedures for the Filing, Signing, and Verifying of Documents by Electronic Means in Texas Bankruptcy Courts.

*Section 503(b)(9) Claim*. Any Proof of Claim asserting a claim entitled to priority under section 503(b)(9) of the Bankruptcy Code must also: (i) include the value of the goods delivered to and received by the Debtor in the twenty (20) days prior to the Petition Date; (ii) attach any documentation identifying the particular invoices for which the 503(b)(9) claim is being asserted; and (iii) attach documentation of any reclamation demand made to the Debtor under section 546(c) of the Bankruptcy Code (if applicable).

*Supporting Documentation*. In order to have *prima facie* validity, each Proof of Claim must include supporting documentation in accordance with Bankruptcy Rules 3001(c) and 3001(d). If, however, such documentation is voluminous, upon prior written consent of the Debtor's counsel and the Committee's counsel, such Proof of Claim may include a summary of such documentation or an explanation as to why such documentation is not available; *provided* that any creditor that received such written consent shall be required to transmit such writings to Debtor's counsel and the Committee's counsel upon request no later than ten (10) days from the date of such request.

*Additional Information*. If you have any questions regarding the claims process and/or you wish to obtain a copy of the Bar Date Notice, a proof of claim form or related documents you may do so by: (1) calling the Debtor's restructuring hotline at (855) 345-6272 (US/Canada Toll Free) or (949) 236-4562 (International); and/or (2) visiting the Debtor's restructuring website at: https://cases.stretto.com/HONX.

If you believe that you hold an Asbestos Claim and have questions regarding this notice as it pertains to your Asbestos Claim, or if you have any questions regarding this notice whatsoever, you may contact counsel to the Official Committee of Unsecured Creditors: Akin Gump Strauss Hauer & Feld, One Bryant Park, NY, NY 10036, Attn: Arik Preis, or by email at apreis@akingump.com.

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is HONX, Inc. (2163). The location of the Debtor's service address in this chapter 11 case is: 1501 McKinney Street, Houston, Texas, 77010.

[2] As used herein, "Asbestos Claim" shall mean any claim (as defined in section 101(5) of the Bankruptcy Code) for costs or damages, including with respect to bodily injury, death, sickness, disease, emotional distress, fear of cancer, medical monitoring or other personal injuries (whether physical, emotional or otherwise), for which the Debtor is alleged to be liable, directly or indirectly, arising out of or relating to the presence of or exposure to asbestos or asbestos-containing products or materials. Asbestos Claims include all such claims, whether: (a) in tort, contract, warranty, restitution, conspiracy, contribution, indemnity, guarantee, subrogation or any other theory of law, equity or admiralty; (b) seeking compensatory, special, economic, non-economic, punitive, exemplary, administrative or any other costs or damages; or (c) seeking any legal, equitable or other relief of any kind whatsoever. Asbestos Claims also include any such claims that have been resolved or are subject to resolution pursuant to any agreement, or any such claims that are based on a judgment or verdict.