IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| In re: | ) |
|  | ) Chapter 11 |
|  | ) |
| HONX, INC.,[1] | ) Case No. 22-90035 (MI) |
|  | ) |
| Debtor. | ) |
|  | ) |

**CERTIFICATE OF SERVICE**

I, James Nguyen-Phan, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtor in the above-captioned case.

On January 23, 2023, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Notice of Service of Subpoena to Dr. Christopher John** (Docket No. 635)

- **Notice of Service of Subpoena to Dr. Jay Segarra** (Docket No. 636)

- **Notice of Service of Subpoena to Michael Chesnutt** (Docket No. 637)

- **Debtor's Response to the Notice of the Official Unsecured Creditors Committee (ECF No. 634)** (Docket No. 638)

Dated: January 25, 2023

*/s/ James Nguyen-Phan*
James Nguyen-Phan
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
Telephone: 949.236.4562
Email: TeamHONX@stretto.com

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is HONX, Inc. (2163). The location of the Debtor's service address in this chapter 11 case is: 1501 McKinney Street, Houston, Texas, 77010.

# **<u>Exhibit A</u>**



# Exhibit A
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Alcoa Corporation and Alcoa World Alumina LLC | c/o Reed Smith, LLP | Attn: Paul D. Moak | 811 Main Street, Suite 1700 | Houston | TX | 77002 |
| BC Litigants | c/o Burns Charest LLP | Attn Warren T Burns & Daniel H Charest | 900 Jackson St Ste 500 | Dallas | TX | 75202 |
| BC Litigants | c/o Porter Hedges LLP | Attn: John F Higgins, Eric M English & M Shane Johnson | 1000 Main Street, 36th Floor | Houston | TX | 77002 |
| Counsel to Future Asbestos Claimants Representative | c/o Young, Conaway, Stargatt & Taylor, LLP | Attn: Edwin J. Harron | Rodney Square, 1000 North King Street | Wilmington | DE | 19801 |
| Environmental Protection Agency | Caribbean Environmental Protection Division | City View Plaza II – Suite 7000 | 48 Rd. 165 km 1.2 | Guaynabo | PR | 00968-8069 |
| Environmental Protection Agency | Region 2 | 290 Broadway | | New York | NY | 10007-1866 |
| Environmental Protection Agency | Region 5 | 77 West Jackson Blvd | | Chicago | IL | 60604-3507 |
| Harris County and Cypress-Fairbanks ISD | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Tara L Grundemeier | PO Box 3064 | Houston | TX | 77253-3064 |
| Hess Corporation | c/o Haynes and Boone, LLP | Attn Martha Wyrick | 2323 Victory Ave Suite 700 | Dallas | TX | 75219 |
| Hess Corporation | c/o Haynes Boone, LLP | Attn Charles Beckham Jr & Arsalan Muhammad | 1221 McKinney Street Suite 4000 | Houston | TX | 77010 |
| Hess Corporation | c/o Wilson Elser Moskowitz Edelman & Dicker LLP | Attn Carolyn F. O'Connor | 200 Campus Drive | Florham Park | NY | 07932-0668 |
| Honorable Barbara J. Houser, Retired Bankruptcy Judge for the USBC for the Northern District of Texas as Legal Representative for Future Asbestos Claimants | | Address Redacted | | | | |
| Internal Revenue Service | | Department of the Treasury | | Ogden | UT | 84201-0045 |
| Internal Revenue Service | Attn: Centralized Insolvency Operation | 2970 Market Street | | Philadelphia | PA | 19104-50 |
| Internal Revenue Service | Attn: Centralized Insolvency Operation | PO Box 7346 | | Philadelphia | PA | 19101-7346 |
| Internal Revenue Service | Houston Department | 1919 Smith Street | | Houston | TX | 77002 |
| Lockheed Martin Corporation | c/o Reed Smith, LLP | Attn: Paul D Moak | 811 Main Street, Suite 1700 | Houston | TX | 77002 |
| Office of the Attorney General for the State of Illinois | | James R. Thompson Center | 100 W. Randolph St | Chicago | IL | 62706 |
| Office of the Attorney General for the State of New York | | The Capitol 2nd Floor | | Albany | NY | 12224 |
| Office of the U.S. Trustee | Stephen Douglas Statham & Alicia Lenae Barcomb | 515 Rusk Street, Suite 3516 | | Houston | TX | 77002 |
| Official Committee of Unsecured Creditors | c/o Akin Gump Strauss Hauer & Feld LLP | Attn Arik Preis, Mitchell P Hurley, Sara L Brauner & Theodore James Salwen | One Bryant Park | New York | NY | 10036 |
| Official Committee of Unsecured Creditors | c/o Akin Gump Strauss Hauer & Feld LLP | Attn Marty L Brimmage Jr | 2300 N Field Street Suite 1800 | Dallas | TX | 75201 |



# Exhibit A
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Securities & Exchange Commission | Attn: Andrew Calamari Regional Director | Brookfield Place 200 Vesey Street, Ste 400 | | New York | NY | 10281-1022 |
| Securities & Exchange Commission | Secretary of the Treasury | 100 F Street, NE | | Washington | DC | 20002 |
| Southern District of Texas United States Attorneys Office | Attn: Jennifer Lowery | 1000 Louisiana St Suite 2300 | | Houston | TX | 77002 |
| Texas Office of the Attorney General | | 300 W. 15th Street | | Austin | TX | 78701 |
| Texas Office of the Attorney General | | PO Box 12548 | | Austin | TX | 78711-2548 |
| Top Asbestos Counsel | c/o Burns Charest LLP | Attn Warren Burns and Daniel Charest | 900 Jackson Street Suite 500 | Dallas | TX | 75202 |
| Top Asbestos Counsel | c/o Harris & Huge, LLC | Attn Theodore ("Ted") Huge | 180 Spring Street | Charleston | SC | 29403 |
| Top Asbestos Counsel | c/o Law Office of Ryan W. Greene | PO Box 1197 | 15-B Norre Gade | St Thomas | VI | 00804-0000 |
| Top Asbestos Counsel | c/o Lee J. Rohn and Associates, LLC | Attn Lee J. Rohn, Esq. | 1101 King Street | Christiansted-St Croix | VI | 00820-0000 |
| Top Asbestos Counsel | c/o Maune Raichle Hartley French & Mudd, LLC | Attn Dawn Besserman, Esq. | 1015 Locust Street, Suite 1200 | St. Louis | MO | 63101 |
| Top Asbestos Counsel | c/o Meirowitz & Wasserberg, LLP | Attn Daniel Wasserberg, Esq. | 1040 Sixth Avenue Suite 12B | New York | NY | 10018 |
| Top Asbestos Counsel | c/o Murray Law Firm | Attn Stephen Murray Sr & Stephen Murray Jr & Devin Lowell | 701 Poydras Street, Suite 4250 | New Orleans | LA | 70139 |
| Top Asbestos Counsel | c/o The Gori Law Firm, P.C. | Attn Sara Salger & Erin Beavers | 156 N. Main St. | Edwardsville | IL | 62025 |
| Top Asbestos Counsel | c/o The Pate Law Firm | Attn J. Russell B Pate | PO Box 370 | Christiansted-St Croix | VI | 00821-0000 |
| Top Asbestos Counsel | c/o Thomas Alkon P.C. | PO Box 223032 | | Christiansted-St Croix | VI | 00822-0000 |
| Top Asbestos Counsel | c/o Waters & Kraus, LLP | Attn Peter Andrew Kraus | 3141 Hood Street, Suite 700 | Dallas | TX | 75219 |
| U.S. Environmental Protection Agency | Office of General Counsel | 1200 Pennsylvania Avenue N.W. | Mail Code 2310A | Washington | DC | 20460 |
| U.S. Virgin Islands Dept of Justice | Office of the Attorney General | 213 Estate La Reine | 6151 RR1 | St. Croix | VI | 00850-0000 |
| U.S. Virgin Islands Dept of Justice | Office of the Attorney General | 3438 Krondprindsens | Gade GERS Building, 2nd Floor | St. Thomas | VI | 00802-0000 |

# **Exhibit B**



# Exhibit B
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Alcoa Corporation and Alcoa World Alumina LLC | c/o Reed Smith, LLP | Attn: Paul D. Moak | pmoak@reedsmith.com |
| BC Litigants | c/o Burns Charest LLP | Attn Warren T Burns & Daniel H Charest | dcharest@burnscharest.com<br>wburns@burnscharest.com |
| BC Litigants | c/o Porter Hedges LLP | Attn: John F Higgins, Eric M English & M Shane Johnson | jhiggins@porterhedges.com<br>eenglish@porterhedges.com<br>sjohnson@porterhedges.com |
| Counsel to Future Asbestos Claimants Representative | c/o Young, Conaway, Stargatt & Taylor, LLP | Attn: Edwin J. Harron | eharron@ycst.com |
| Harris County and Cypress-Fairbanks ISD | c/o Linebarger Goggan Blair & Sampson, LLP | Attn: Tara L Grundemeier | houston_bankruptcy@lgbs.com |
| Hess Corporation | c/o Wilson Elser Moskowitz Edelman & Dicker LLP | Attn Carolyn F. O'Connor | Carolyn.OConnor@wilsonelser.com |
| Hess Corporation | c/o Haynes Boone, LLP | Attn Charles Beckham Jr & Arsalan Muhammad | charles.beckham@haynesboone.com<br>arsalan.muhammad@haynesboone.com |
| Hess Corporation | c/o Haynes and Boone, LLP | Attn Martha Wyrick | martha.wyrick@haynesboone.com |
| HONX, Inc. | c/o Kirkland & Ellis LLP | Attn: Christopher T. Greco & Matthew C. Fagen | christopher.greco@kirkland.com<br>matthew.fagen@kirkland.com |
| HONX, Inc. | c/o Jackson Walker LLP | Attn: Matthew D. Cavenaugh, Jennifer F. Wertz & Veronica A. Polnick | mcavenaugh@jw.com<br>jwertz@jw.com<br>vpolnick@jw.com |
| Lockheed Martin Corporation | c/o Reed Smith, LLP | Attn: Paul D Moak | pmoak@reedsmith.com |
| National Association of Attorneys General | Attn: Karen Cordry | | kcordry@naag.org |
| Office of the Attorney General for the State of Illinois | | | michelle@lisamadigan.org |
| Office of the U.S. Trustee | Stephen Douglas Statham & Alicia Lenae Barcomb | | stephen.statham@usdoj.gov<br>alicia.barcomb@usdoj.gov |
| Official Committee of Unsecured Creditors | c/o Akin Gump Strauss Hauer & Feld LLP | Attn Arik Preis, Mitchell P Hurley, Sara L Brauner & Theodore James Salwen | apreis@akingump.com<br>mhurley@akingump.com<br>sbrauner@akingump.com<br>jsalwen@akingump.com |
| Official Committee of Unsecured Creditors | c/o Akin Gump Strauss Hauer & Feld LLP | Attn Marty L Brimmage Jr | mbrimmage@akingump.com<br>apreis@akingump.com<br>sbrauner@akingump.com<br>jsalwen@akingump.com |
| Southern District of Texas United States Attorneys Office | Attn: Jennifer Lowery | | usatxs.atty@usdoj.gov |
| Top Asbestos Counsel | c/o Meirowitz & Wasserberg, LLP | Attn Daniel Wasserberg, Esq. | dw@mwinjurylaw.com |



**Exhibit B**
Served Via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Top Asbestos Counsel | c/o Maune Raichle Hartley French & Mudd, LLC | Attn Dawn Besserman, Esq. | dbesserman@mrhfmlaw.com |
| Top Asbestos Counsel | c/o The Pate Law Firm | Attn J. Russell B Pate | sunlawvi@gmail.com pate@sunlawvi.com |
| Top Asbestos Counsel | c/o Lee J. Rohn and Associates, LLC | Attn Lee J. Rohn, Esq. | lee@rohnlaw.com |
| Top Asbestos Counsel | c/o Waters & Kraus, LLP | Attn Peter Andrew Kraus | kraus@waterskraus.com |
| Top Asbestos Counsel | c/o The Gori Law Firm, P.C. | Attn Sara Salger & Erin Beavers | sara@gorijulianlaw.com erin@gorijulianlaw.com |
| Top Asbestos Counsel | c/o Murray Law Firm | Attn Stephen Murray Sr & Stephen Murray Jr & Devin Lowell | smurray@murray-lawfirm.com smurrayjr@murray-lawfirm.com |
| Top Asbestos Counsel | c/o Harris & Huge, LLC | Attn Theodore ("Ted") Huge | ted@harrisandhuge.com |
| Top Asbestos Counsel | c/o Burns Charest LLP | Attn Warren Burns and Daniel Charest | wburns@burnscharest.com dcharest@burnscharest.com |
| Top Asbestos Counsel | c/o Thomas Alkon P.C. | | attorney.alkonlaw@gmail.com |
| U.S. Virgin Islands Dept of Justice | Office of the Attorney General | | info@usvidoj.com |