IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| HONX, INC., | ) ) | Case No. 22-90035 (MI) |
| Debtor. | ) ) ) | Relates to Docket No. 885, 999, 1218 |

**NOTICE REGARDING IMC ENTITIES' OBJECTIONS TO DEBTOR'S MODIFIED FIRST AMENDED CHAPTER 11 PLAN (DOCKET NO. 885, 999, AND 1218)**

Virgin Islands Industrial Maintenance Corporation, Riggers & Erectors International, Inc., Resal, Inc., and Riggers & Erectors Virgin Islands Corporation (collectively, "IMC") gives notice that the Debtor's modifications to its proposed chapter 11 plan (Dkt. 1218) do not resolve IMC's objections to confirmation.

On December 21, 2023, Debtor filed a Modified First Amended Chapter 11 Plan of Reorganization. (Dkt. 1218) ("Modified First Amended Plan"). Nothing in the Modified First Amended Plan addresses or resolves IMC's objections to confirmation of the Debtor's proposed plan. IMC continues to object to confirmation of the Modified First Amended Plan for all of the reasons set out in IMC's plan objections filed on September 11, 2023 at Docket No. 999.

Respectfully submitted,

By: */s/ Tony L. Draper*
Tony L. Draper
Texas State Bar No. 00798156
Charles B. Walther
Texas State Bar No. 24005125
WALKER WILCOX MATOUSEK LLP
1001 McKinney, Suite 2000
Houston, Texas 77002
Telephone: (713) 654-8001
Facsimile: (713) 343-6571
tdraper@walkerwilcox.com
bwather@walkerwilcox.com

2

> **Attorneys For Virgin Islands Industrial Maintenance Corporation; Riggers & Erectors International, Inc.; Resal, Inc.; and Riggers & Erectors Virgin Islands Corporation**

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2024, a true and correct copy of the foregoing was served electronically on all parties registered for service through the Court's ECF system and/or via regular U.S. mail, postage prepaid on the parties on the attached service list.

>  */s/ Tony L. Draper*
>  Tony L. Draper